UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARON WALKER, individually and on behalf of a class of all others similarly situated,<br><br>                     Plaintiff,<br><br>                     -against-<br><br>THE CITY OF NEW YORK; NEW YORK CITY POLICE (NYPD) COMMISSIONER JAMES P. O'NEILL; NYPD OFFICER (P.O.) MICHAEL G. PARKS; P.O. EDWARD NAJARRO; P.O. COLON; P.O. SCHWAB; Detective ROBERT NELSON; Sergeant RAYMOND GONZALEZ; P.O. JASON WHYTE; Detective BRENDA VASQUEZ; Sergeant DAN OSPINA; P.O. EDWARD VAVRUICK; Sergeant JERRY SUKHNANDAN; JOHN DOES 1-6,<br><br>                     Defendants. | **CIVIL ACTION**<br><br>**No. 17-CV-03234 (RJD)(CLP)** |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff BARON WALKER, through his undersigned counsel, hereby provides notice that he has accepted Defendants' Offer of Judgment to Plaintiff dated July 20, 2018.

Dated:   New York, New York
            October 22, 2018

                                                        Respectfully submitted,

                                          By: _____
                                                      Gillian Cassell-Stiga

Beldock Levine & Hoffman LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: 212-490-0400
E: gcassell@blhny.com

Michael L. Spiegel
11 Park Place, Suite 914
New York, NY 10007
P: 212-587-8558
E: MIKESPIEG@aol.com

Megan Williams
Disability Rights New York
725 Broadway, Suite 450
Albany, NY 12207
P: 518-512-4918
E: Megan.Williams@drny.org

*Attorneys for Plaintiff and
Plaintiffs-Intervenors*

## CERTIFICATE OF SERVICE

I certified that on August 3, 2018, I sent notice of acceptance of Defendants' Offer of Judgment via electronic mail, and hand delivery to:

Evan Robert Schnittman
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
eschnitt@law.nyc.gov
***Counsel for Defendants***

THIS the 22th day of October, 2018.

                                                      ____/s/ Gillian Cassell-Stiga_____
                                                            Gillian Cassell-Stiga