Case 1:17-cv-03234-RJD-CLP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 29 2018 ★

BROOKLYN OFFICE

BARON WALKER, *individually and on behalf of a class of all others similarly situated,*

                Plaintiff,

and

MILAN HEGGS, *individually and on behalf of a class of all others similarly situated,*

                Plaintiff,

and

DISABILITY RIGHTS NEW YORK,

                Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE (NYPD) COMMISSIONER JAMES P. O'NEILL; NYPD OFFICER (P.O.) ROBERT BERNHARDT; P.O. MICHAEL G. PARKS; P.O. EDWARD NAJARRO; P.O. CARLOS COLON; P.O. ROBERT SCHWAB; Detective JENNYANN NELSON; Sergeant RAYMOND GONZALEZ; P.O. JASON WHYTE; Detective BRENDA VASQUEZ; Sergeant DAN OSPINA; P.O. EDWARD VAVRUICK; Sergeant JERRY SUKHNANDAN; JOHN DOES 1-6,

                Defendants.

**JUDGMENT PURSUANT TO RULE 68**

17-CV-03234 (RJD)(CLP)

**WHEREAS,** plaintiff Baron Walker commenced this action by filing a complaint on or about May 30, 2017, alleging that various defendants violated plaintiff Baron Walker's civil rights; and

1

**WHEREAS**, on July 20, 2018, defendant The City of New York served on plaintiff Baron Walker a Rule 68 Offer of Judgment pursuant to the Federal Rules of Civil Procedure to resolve claims brought on plaintiff Baron Walker's behalf individually; and

**WHEREAS**, on August 3, 2018, plaintiff Baron Walker accepted defendant The City of New York's Rule 68 Offer of Judgment on his own behalf; therefore

**IT IS HEREBY ORDERED THAT**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment against defendant The City of New York be entered in favor of plaintiff Baron Walker in this action for the sum of FIFTY Thousand and One Dollars ($50,001.00), plus reasonable attorneys' fees, expenses and costs to July 20, 2018; and

**IT IS FURTHER ORDERED THAT**, this judgment shall be in full satisfaction of all federal and state law claims or rights plaintiff Baron Walker may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants The City of New York; New York City Police Commissioner James P. O'Neill; NYPD Officer (P.O.) Michael G. Parks, Shield No. 1790; P.O. Edward Najarro, Shield No. 3317; P.O. Colon; P.O. Schwab; Detective Robert Nelson; Sgt. Raymond Gonzalez; P.O. Jason Whyte; and Detective Brenda Vasquez; or any official, employee, or agent, either past or present, of The City of New York or any agency thereof, in connection with the facts and circumstances that are the subject of Mr. Walker's individual claims in this action; and

**IT IS FURTHER ORDERED THAT**, this judgment shall act to release and discharge defendants The City of New York; New York City Police Commissioner James P. O'Neill; NYPD Officer (P.O.) Michael G. Parks, Shield No. 1790; P.O. Edward Najarro, Shield No. 3317; P.O. Colon; P.O. Schwab; Detective Robert Nelson; Sgt. Raymond Gonzalez; P.O. Jason Whyte; and Detective Brenda Vasquez, and all past and present officials, employees, representatives and

agents of The City of New York or any agency thereof, from any and all claims that were or could have been alleged by plaintiff Baron Walker individually in this action; and

**IT IS FURTHER ORDERED THAT,** there shall be no interest on the amount of the judgment.

Dated: 10/23/18

s/RJD USDJ
Raymond J. Dearie, U.S.D.C.J.

3