UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| MILAN HEGGS and DISABILITY RIGHTS NEW YORK,<br><br>                                  Plaintiffs,<br><br>                      -against-<br><br>THE CITY OF NEW YORK; NEW YORK CITY POLICE (NYPD) COMMISSIONER JAMES P. O'NEILL; NYPD OFFICER (P.O.) ROBERT BERNHARDT; P.O. MICHAEL G. PARKS; P.O. EDWARD NAJARRO; P.O. CARLOS COLON; P.O. ROBERT SCHWAB; Detective JENNYANN NELSON; Sergeant RAYMOND GONZALEZ; P.O. JASON WHYTE; Detective BRENDA VASQUEZ; Sergeant DAN OSPINA; P.O. EDWARD VAVRUICK; Sergeant JERRY SUKHNANDAN; JOHN DOES 1-6,<br><br>                                  Defendants. | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS PARKS, NAJARRO, COLON, SCHWAB, NELSON, GONZALEZ, WHYTE, VASQUEZ, OSPINA, VAVRUICK, AND SUKHNANDAN**<br><br>17-CV-3234 (RJD) (CLP) |

----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiffs HEGGS and DRNY and counsel for Defendants P.O. MICHAEL G. PARKS; P.O. EDWARD NAJARRO; P.O. CARLOS COLON; P.O. ROBERT SCHWAB; Detective JENNYANN NELSON; Sergeant RAYMOND GONZALEZ; P.O. JASON WHYTE; Detective BRENDA VASQUEZ; Sergeant DAN OSPINA; P.O. EDWARD VAVRUICK; and Sergeant JERRY SUKHNANDAN, that all claims in this action concerning the arrest of Baron Walker asserted by Plaintiffs HEGGS and DRNY against Defendants PARKS, NAJARRO, COLON, SCHWAB, NELSON, GONZALEZ, WHYTE, VASQUEZ, OSPINA, VAVRUICK, and SUKHNANDAN, are hereby withdrawn and voluntarily dismissed pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and that the caption of this action shall

be amended accordingly.

Daved:   New York, New York
         June 24, 2020

BELDOCK LEVINE & HOFFMAN LLP
Attorneys for Plaintiffs Heggs and DRNY
99 Park Avenue, 26th Floor
New York, New York 10016
(212) 490-0400
drankin@blhny.com

By: _____
    David B. Rankin
    Dominique Day

Michael Louis Spiegel
Attorney for Plaintiffs Heggs and DRNY
11 Park Place
Suite 914
New York, New York 10007
(212) 587-8558
mikespieg@aol.com

By: /s/ Michael L. Spiegel
    Michael L. Spiegel

JAMES E. JOHNSON
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(646) 939-7631
ckruk@law.nyc.gov

By: _____
    Carolyn Kruk
    Assistant Corporation Counsel

DISABILITY RIGHTS NEW YORK
Attorney for Plaintiff DRNY
25 Chapel Street, Suite 1005
Brooklyn, New York 11201
(518) 512-4850
marc.fliedner@drny.org

By: _____
    Marc J. Fliedner

SO ORDERED:

/s/ Raymond J. Dearie
_____
RAYMOND J. DEARIE
UNITED STATES DIRECT JUDGE

Dated: July 8, 2020

2

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and that the caption of this action shall be amended accordingly.

Daved:   New York, New York
         July 6      , 2020

BELDOCK LEVINE & HOFFMAN LLP  
Attorneys for Plaintiffs Heggs and DRNY  
99 Park Avenue, 26th Floor  
New York, New York 10016  
(212) 490-0400  
drankin@blhny.com  

By: _____  
David B. Rankin

Michael Louis Spiegel  
Attorney for Plaintiffs Heggs and DRNY  
11 Park Place  
Suite 914  
New York, New York 10007  
(212) 587-8558  
mikespieg@aol.com  

By: _____  
Michael L. Spiegel

JAMES E. JOHNSON  
Corporation Counsel of the City of New York  
Attorney for Defendants  
100 Church Street  
New York, New York 10007  
(646) 939-7631  
ckruk@law.nyc.gov  

By: _____  
Carolyn Kruk  
Assistant Corporation Counsel

DISABILITY RIGHTS NEW YORK  
Attorney for Plaintiff DRNY  
25 Chapel Street, Suite 1005  
Brooklyn, New York 11201  
(518) 512-4850  
marc.fliedner@drny.org  

By: _____  
Marc J. Fliedner

SO ORDERED:

/s/ Raymond J. Dearie  
RAYMOND J. DEARIE  
UNITED STATES DIRECT JUDGE

Dated: July 8    , 2020

2