BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8328.01

WRITER'S DIRECT CONTACT:
212-277-5825
drankin@blhny.com

September 19, 2022

**VIA ECF**

Honorable Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: **Milan Heggs et al. v. The City of New York et al.,
17-CV-3234 (RJD)(TAM)**

Your Honor:

      I am a partner at Beldock Levine & Hoffman LLP, one of the counsel for Plaintiffs in the above-referenced action. Plaintiffs' motion for class certification and accompanying papers have been submitted to Defendants. This includes the notice of motion; memorandum of law in support of the motion; a declaration by David B. Rankin; an affirmation by Timothy A. Clune of Disability Advocates, Inc.; affirmations by Kathleen M. Collins and Jean Ryan of Disabled In Action; a declaration by Michael L. Spiegel; and accompanying exhibits.

      Additionally, Plaintiffs request the Court's permission to file a memorandum of law in support of their motion for class certification of 35 pages. The basis for this request include the breadth of factual issues presented, facts developed in discovery, and the complexity of the legal issues. Defendants do not consent to this request. Should the request for additional pages be

BELDOCK LEVINE & HOFFMAN LLP

Hon. Raymond J. Dearie
September 19, 2022
Page 2

denied, we respectfully request an additional 48 hours from the order to submit a 25-page brief. Defendants consent to Plaintiffs having an additional two days to submit a 25-page brief.

We thank Your Honor for considering this request.

Respectfully submitted,

David B. Rankin

CC: Mark Toews; Ellen Mulqueen; Rachel Marcoccia