UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MILAN HEGGS, ROY BECKFORD and PHILIP LEGREE, *individually and on behalf of a class of all others similarly situation*,

                           Plaintiffs,

and

DISABILITY RIGHTS NEW YORK,

                           Plaintiff,

and

DISABLED IN ACTION,

                           Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE (NYPD), COMMISSIONER JAMES P. O'NEILL; NYPD COMMISSIONER DERMOT F. SHEA; NYPD OFFICER (P.O.) ROBERT BERNHARDT; P.O. MOORAN, P.O. SLATER; JOHN DOES 1-8,

                           Defendants.

No. 17-CV-03234 (RJD)(TAM)

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

---

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of David B. Rankin dated September 19, 2022, and the exhibits annexed thereto; Declaration of Jean Ryan dated September 17, 2022; Declaration of Kathleen M. Collins dated September 17, 2022; Declaration of Michael L.Spiegel, dated September 16, 2022; Affirmation of Timothy A. Clune, dated September 19, 2022; memorandum of law, and upon all the previous pleadings and proceedings, Plaintiffs will move this Court, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be decided by the Court, for an order certifying a class pursuant to Rule 23 of

1

the Federal Rules of Civil Procedure, and for such other and further relief as is just and proper.

Dated: New York, New York
September 19, 2022

Sincerely,

By: _____
David B. Rankin
Jeffrey F. Kinkle
Beldock Levine & Hoffman LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: 212-277-5825
E: drankinl@blhny.com

Michael L. Spiegel
48 Wall Street, Suite 1100
New York, NY 10005
P: 212-587-8558
E: mikespieg@aol.com

Emma Noftz Stern
Disability Rights New York
25 Chapel Street, Suite 1005
Brooklyn, NY 11201
P: 929-545-0387
E: Emma.Stern@drny.org

*Attorneys for Plaintiffs*