# EXHIBIT 3

1

2          UNITED STATES DISTRICT COURT

3          EASTERN DISTRICT OF NEW YORK

4

5    MILAN HEGGS, ROY BECKFORD and )
     PHILIP LEGREE, individually    )
6    and on behalf of a class of    )
     all others similarly situated,)
7    DISABILITY RIGHTS NEW YORK     )
     and DISABLED IN ACTION,        )
8                                   )17-CV-03234(RJD)(TAM)
                      Plaintiffs,   )
9                                   )
              -against-             )
10                                  )
     THE CITY OF NEW YORK, et al., )
11                                  )
                      Defendants.   )
12   ----------------------------

13

14

15          DEPOSITION OF MILAN HEGGS

16              Via Videoconference

17          Monday, November 22, 2021

18

19

20

21

22

23

24   Reported by:
     MARIANNE WITKOWSKI-SMITH
25   JOB NO. 201777

1                     M. Heggs

2        A.    I was in prison.

3        Q.    What I'm trying to get at is -- so

4    you were in a car accident in 2019, correct?

5        A.    No.

6        Q.    What year was the car accident?

7        A.    2015.

8        Q.    Oh, sorry, yes.

9              In 2015, did you live here or were

10   you visiting or something else?

11       A.    I was visiting.

12       Q.    How long were you visiting for?

13       A.    I come and visit off and on.  It

14   wasn't no how long I been here for; I come, I

15   go, I come, I go.  I had a girlfriend over

16   here.

17       Q.    And who were you visiting in New

18   York City?

19       A.    My girlfriend.

20       Q.    Your girlfriend, okay.

21             Where were you staying when you

22   were visiting?

23       A.    Oh, at her house.

24       Q.    And where was that?

25       A.    That was in Far Rockaway.

1          M. Heggs

2     Q.    Do you have any other types of

3     education?

4     A.    No.

5     Q.    Do you have a job at the facility

6     that you're currently at?

7     A.    No, I'm not working.

8     Q.    What was your last employment?

9     A.    I don't remember.

10    Q.    What's the last type of employment

11    that you did?

12    A.    I think I was like fifteen; I was

13    catering or something.

14    Q.    Do you know anyone who works for

15    the NYPD?

16    A.    Do I know anyone?

17          No.

18    Q.    Do you have any family members or

19    friends who work for the NYPD?

20    A.    That would be the same thing, no.

21    Q.    Mr. Heggs, do you have any

22    disabilities?

23    A.    Yes, I do.

24    Q.    What is your disability?

25    A.    I've got an L3 spinal injury,

1                        M. Heggs

2      gunshot wound to the spine.

3           Q.    Any other disabilities?

4           A.    Well, that's -- that's it, that's

5      the whole thing (inaudible.)

6                 (Reporter clarification.)

7                 THE WITNESS:  I said that's it, I

8           don't have no other disabilities, no.

9      BY MS. KRUK:

10          Q.    Have you ever been told by a doctor

11     that you're disabled?

12          A.    Yes.

13          Q.    What's the name of the doctor who

14     told you you were disabled?

15          A.    I don't remember his name.

16          Q.    When did the doctor tell you you

17     are disabled?

18          A.    In 1995.

19          Q.    Now, when I saw you earlier today,

20     before the technology or the video went down,

21     I saw you were seated in a wheelchair; is

22     that correct?

23          A.    That's correct.

24          Q.    Do you use any other mobility

25     assistive devices?

```
 1                    M. Heggs

 2        A.    Yes, I got -- I got devices that I

 3   wear on my legs that -- I have severe

 4   footdrop.  One is called a KFO [sic] and

 5   one's called an AFO.

 6        Q.    Sorry, one is called -- I missed

 7   that; I'm sorry, I didn't hear.

 8        A.    A KFO and one is an AFO.

 9        Q.    KFO and AFO?

10        A.    Yes, that's the name of it.

11        Q.    And do those stand for something?

12        A.    I have no idea; I believe so

13   though.

14        Q.    What's the difference between the

15   two?

16        A.    One is shorter than the other one.

17   One I have to have -- I have to lock it in

18   order to get stability.  And the other is

19   short, so it's keeping my -- my [feet] up, in

20   the position where it doesn't drag.

21        Q.    Okay.  And are you wearing the leg

22   braces today?

23        A.    Actually, I'm not wearing them

24   today.

25        Q.    And why aren't you wearing them
```

1              M. Heggs

2      A.    Yes.

3      Q.    All right.  So you were arrested on

4  or about April 30, 2015; is that right?

5      A.    Yes.

6      Q.    And what were you arrested for?

7            MR. RANKIN:  What were you

8      charged with.

9      A.    I was charged with manslaughter in

10  the second.

11     Q.    So the night of April 30, or

12  that -- now, I'm going to refer, I think --

13  the accident took place around what time, or

14  the crash?

15     A.    I don't recall.

16     Q.    Was it at nighttime?

17     A.    Yeah, it was nighttime.

18     Q.    Okay.  And you were in your

19  vehicle, driving, before the crash, correct?

20     A.    Yes.

21     Q.    Where were you going?

22            MR. RANKIN:  Objection.  We're

23      not going to get into the stuff around

24      what was preceding the crash.  I'm

25      going to assert his Fifth Amendment

1                    M. Heggs

2   who were escorting you?

3       A.   Right.

4       Q.   And is it true you weren't wearing

5   them, the leg braces, because you were being

6   escorted or taken out of the hospital in a

7   wheelchair; is that correct?

8       A.   Say it again?

9       Q.   You were not wearing the leg braces

10  because you were being escorted in a

11  wheelchair; is that correct?

12      A.   I was not wearing them because I

13  was escorted in a wheelchair?

14           No, that's not correct.  They

15  didn't never gave them to me.

16      Q.   Did you ask for your leg braces?

17      A.   Did I ask for them?

18           They had them with them, but they

19  told me I can't get them because it got metal

20  with it.  It got metal, I can't get them

21  right now they said.

22      Q.   Mr. Heggs, can you repeat that?

23  I'm -- I did not hear --

24      A.   They wouldn't let me have them

25  because they had metal in them or something,

1          M. Heggs

2  so they wasn't giving them to you.

3     Q.   They weren't giving them to you

4  because -- for what reason?

5     A.   They said they had metal, they had

6  metal in them.

7     Q.   They did not give them to you

8  because the leg braces had metal parts on

9  them?

10    A.   Right.

11    Q.   So you were escorted in a

12 wheelchair out of the hospital.

13         Then what happened when you got

14 outside of the hospital?

15    A.   When I got outside the hospital --

16 I'm escorted with a nurse and with the

17 officers, and then they said I gotta go into

18 the squad car and then they picked me up and

19 put me in a squad car --

20    Q.   Okay.

21    A.   -- took the wheelchair back.

22    Q.   And when you said they took the

23 wheelchair back --

24         (Simultaneous speaking and

25         reporter interjection.)

1                    M. Heggs

2        Q.    Did you have handcuffs on you when

3   you were in the car?

4        A.    Yes, I did.

5        Q.    And were you cuffed in the front or

6   the back or something else?

7        A.    I don't really remember.  I

8   probably was cuffed in the front, though,

9   maybe.

10       Q.    When you were being escorted out of

11  the hospital in the wheelchair, were you

12  handcuffed?

13       A.    Yes, in the front.  Yeah, I was

14  cuffed in the front, yeah.

15       Q.    And were you cuffed with one set of

16  cuffs or more than one set of cuffs, if you

17  remember?

18       A.    I don't remember.

19       Q.    So what happened when you arrived

20  at the precinct?

21       A.    When I arrived at the precinct they

22  just wanted to get me out of the car, so then

23  one of them suggests they get like a chair

24  that had wheels on it, and they put me in the

25  chair and they rolled me into the precinct.

1                     M. Heggs

2      Q.    So they put you in a chair that had

3  wheels; is that correct?

4      A.    Yeah.

5      Q.    And was this a wheelchair or

6  something else?

7      A.    I chair that has wheels, not a

8  wheelchair.

9      Q.    And is this a chair that does not

10  have arm handles?

11      A.    It's like an office desk chair that

12  spins around and got wheels on it.

13      Q.    I see.  I understand.  So an office

14  chair that has wheels; is that correct?

15      A.    Yeah --

16      Q.    Okay.

17      A.    -- that's correct.

18      Q.    And when did they put you in that

19  chair?  Was it after you got inside of the

20  precinct or, you know, when you got out of

21  the car, the police car?

22      A.    They had to bring it to the car.

23      Q.    Okay.  And did you sit in that

24  chair with wheels?

25      A.    Yeah, I sat in the chair with

1                    M. Heggs

2    wheels.  They held me and they pushed me into

3    the precinct.

4         Q.    Okay.  And then what happened next?

5         A.    And then they took my property,

6    whatever, and then they rolled me into a

7    cell.

8         Q.    What property did they take?

9         A.    I guess my wallet, whatever else I

10   had, money, whatever.

11        Q.    Did they take anything else?

12        A.    That's it.

13              My phone.

14        Q.    And did they complete a property

15   form, if you know?

16        A.    Yeah, they did that.

17        Q.    And were you given any -- a piece

18   of paper as a result?

19        A.    Actually, I wasn't.  They stole my

20   money too.  I had $600, they took it.

21        Q.    Did you just say that the police

22   officers stole your money?

23        A.    Yes, they did, they took my money.

24        Q.    So you said they took your

25   property.

1                    M. Heggs

2        Q.    You can answer, Mr. Heggs.

3        A.    Because I wanted to.  It was my

4    money.  I can have whatever money I want to

5    have in my pocket.

6        Q.    You didn't have a job at that time,

7    correct?

8              MR. RANKIN:  Objection, there's

9         no lost wage claim here.

10       Q.    You can -- you can answer the

11   question, Mr. Heggs.

12             Did you have a job at that time?

13       A.    No, I didn't.

14       Q.    So after the police officers --

15   they took your -- your property, as

16   mentioned, what did they do with your leg

17   braces at that time, if you know?

18       A.    They held onto them.

19       Q.    Do you know where they put them?

20       A.    No, I don't.

21       Q.    So after you were placed in the

22   cell, what happened next?

23       A.    They rolled me to the cell, set

24   me -- I sat on -- they put me on a bench, and

25   I just stayed on the bench the whole time.

1                    M. Heggs

2          Then they came back to get me, take

3    a picture -- put me back in the chair again

4    and rolled me back out there, took my

5    picture, took my prints, and they rolled me

6    back in the cell again.

7          Q.    And you said they rolled you in

8    the -- on the chair into your cell, and then

9    they took you off the chair and you sat on

10   the bench; is that correct?

11         A.    Yeah.

12         Q.    And after they sat you on the

13   bench, did they take the chair out of the

14   cell or did they leave the chair in there or

15   something else?

16         A.    They took it with them.

17         Q.    Okay.  And then they brought the

18   chair back in and sat you on it and brought

19   you out and took your photo; is that correct?

20         A.    Right.

21         Q.    Okay.  What happened next?

22         A.    I went back to the cell again.

23         Q.    All right.  And did they again take

24   the chair, so you sat on the bench; is that

25   right?

1                    M. Heggs

2      A.    That is right.

3      Q.    Okay.  And then what happened next?

4      A.    I stayed in the cell, went to sleep

5   on the bench, laid on the floor.

6      Q.    Did you sleep on the bench and on

7   the floor or something else?

8      A.    I was on the bench, but the space

9   was so small you can't really lay on the

10  bench, so I laid on the floor.

11     Q.    All right.  And how long were you

12  in the cell?

13     A.    I believe I was in there for two

14  days.

15     Q.    And were -- did you sleep on the

16  floor?

17     A.    I just said that.

18     Q.    Well, I wanted to confirm.  You

19  said you laid on the floor because the bench

20  was -- wasn't very big, so I wanted to

21  confirm that you did in fact sleep on the

22  floor; is that correct?

23     A.    That is correct.

24     Q.    Was there anyone else in the cell

25  with you?

1                    M. Heggs

2       A.    A few people.

3       Q.    And were those two people with you

4   the entire time that you were --

5       A.    I said a few, a few.  A few people,

6   not two people.

7       Q.    Oh, a few people.

8             More than two?

9       A.    More than two.

10      Q.    More than five?

11      A.    I didn't count them.

12      Q.    Were there more than ten?

13      A.    I didn't count them.

14      Q.    So a reminder, Mr. Heggs, if you

15  don't know the answer, you can say "I don't

16  know."  If you don't remember the answer,

17  then you can say "I don't remember," okay?

18            Mr. Heggs?

19      A.    I heard you.

20      Q.    Okay.  So what happened next?

21            At some point, did they remove you

22  from the cell?

23      A.    Yeah, eventually, yeah.

24      Q.    And what happened?  Tell me about

25  it.

1                    M. Heggs

2      A.    They moved me out of the cell, and

3  they had to call like an ambulette or

4  something.  An ambulette came and -- before

5  that, my family came and they brung my

6  wheelchair, brought me some different

7  sneakers because they said I couldn't have my

8  sneakers or something, and a change of

9  clothes or something.

10          So we get that -- and then I got my

11  sneakers, my pants and my wheelchair, and

12  then they sent me -- they call it an

13  ambulette.  An ambulette came and they sent

14  me to central booking[s].

15     Q.    Now, did you say your family came

16  with a change of clothes and some sneakers;

17  is that right?

18     A.    Right.

19     Q.    And did you say they also came with

20  a wheelchair?

21     A.    Yeah, they brung me a wheelchair.

22  They had -- I made a phone call.

23     Q.    And were you allowed to use that

24  wheelchair?

25     A.    Yes.  It was my wheelchair.

1              M. Heggs

2      A.    I don't really remember all the

3  stuff, but I know we got there, we had to

4  wait or something like that, and then they

5  rode me in and then they took my pictures

6  over there again.  Take my pictures over

7  there, had my fingerprints over there again,

8  and then I was put into a cell like a long

9  time after -- after that.

10          They had to find somewhere to put

11  me or something like that, and then in the

12  cell they gave me -- they gave my leg braces

13  then but it still was in the bag, and then I

14  was handcuffed to like a rail of the cell.

15     Q.    Okay.  So they took you out of the

16  ambulette and you -- and wheeled you into

17  central booking using your wheelchair; is

18  that right?

19     A.    Yeah.

20     Q.    Okay.  And then you say you were

21  placed in a cell at central booking; is that

22  right?

23     A.    That's right.

24     Q.    And when you were placed in the

25  cell, were you still in your wheelchair?

1                    M. Heggs

2        A.     Yeah.

3        Q.     Yes?

4        A.     Yes.

5        Q.     Okay.  And did they remove your

6    handcuffs once you were in the cell?

7        A.     They removed one arm and handcuffed

8    another arm to a rail or something.

9        Q.     And that's while you -- while you

10   were inside the cell, you still had one

11   handcuff on; is that right?

12       A.     Right.

13       Q.     And then when you were in the cell,

14   did you say that you were given your leg

15   braces that had been in a bag?

16       A.     Yeah, they -- they -- yeah, they

17   basically like put them right there on the

18   bench or something.

19       Q.     And did you put the leg braces on

20   at that point?

21       A.     No, I didn't.

22       Q.     And is that because you were -- you

23   were able to use the wheelchair?

24       A.     Right.

25       Q.     Okay.  At any point in time while

1             M. Heggs

2  you were at the precinct or central booking,

3  did you go to the bathroom?

4       A.    At central bookings?

5       Q.    At the precinct or at central

6  booking.

7       A.    Oh, at the precinct they gave me a

8  milk carton to use.  And then at central

9  bookings, first I was placed in one cell and

10 handcuffed, and then I guess an officer seen

11 it and asked them why was I handcuffed in a

12 cell.  They moved me -- and I was in a cell

13 with other people.  They moved me to another

14 cell by myself and I took the handcuffs off.

15      Q.    And at that point, were you able to

16 use the bathroom?

17      A.    Yeah, at that point I was able

18 to -- they gave -- go to like to the bathroom

19 like to -- to urinate.  I was able to roll

20 over there and just urinate --

21      Q.    And to confirm --

22      A.    (Simultaneously speaking.)

23      Q.    -- did you urinate in -- it was in

24 a toilet or urinal --

25      A.    At central bookings it was in a

1                       M. Heggs

2     toilet.  At the precinct it was in a milk

3     carton.

4          Q.   Okay.  And at central booking, was

5     the toilet inside a cell or was it --

6          A.   (Simultaneously speaking.)

7               (Reporter interjection.)

8               THE WITNESS:  Inside the cell,

9          inside the cell.

10    BY MS. KRUK:

11         Q.   Okay.  And did you need to stand in

12    order to urinate in the cell at central

13    booking?

14         A.   No.  No, I didn't.

15         Q.   So to confirm, you were seated in

16    your wheelchair and were able to urinate from

17    that position?

18         A.   Right.

19         Q.   Okay.  And did you urinate once or

20    more than once at central booking?

21         A.   I don't recall how many times I

22    urinated.

23         Q.   Okay.  So let's go back.

24              You said when you were at the

25    precinct you were given a milk carton when

1                        M. Heggs

2      you needed to urinate; is that correct?

3          A.    Right.

4          Q.    So tell me how that came about.

5                Did you ask the officers for access

6      to a toilet or did you tell them "I need to

7      use the bathroom" or something else?

8          A.    I said I gotta use the bathroom.

9      They told me all (inaudible) was occupied or

10     something.

11               (Reporter clarification.)

12     BY MS. KRUK:

13         Q.    Sorry, Mr. Heggs, could you please

14     raise your voice?  The court reporter and

15     myself are struggling to hear you.

16         A.    I asked if I could use the bathroom

17     and they gave me a milk carton.

18         Q.    Who did you ask?

19         A.    Officer.

20         Q.    A male officer?

21         A.    I believe so.

22         Q.    Was it the same -- was it one of

23     the officers who had escorted you from the

24     hospital or someone else?

25         A.    Someone else.

1                         M. Heggs

2       Q.      And do you know the officer's name

3   who gave you the milk carton?

4       A.      No, I don't.

5       Q.      Do you know his rank?

6       A.      No, I don't.

7       Q.      Was that Officer Bernhardt?

8       A.      I don't know his name.

9       Q.      Okay.  Did you use the milk carton?

10      A.      Yes, I did.

11      Q.      And after -- and did you urinate in

12  the milk carton?

13      A.      Yes, I did.

14      Q.      And what did you do with the milk

15  carton after you urinated in it?

16      A.      I left it right there on the floor.

17      Q.      And did someone come and get the

18  milk carton or do something with it?

19      A.      I don't remember nobody coming to

20  get that.

21      Q.      Was there anyone else in the cell

22  when you used the milk carton?

23      A.      There was like two people in there

24  at this time because they had took some other

25  people out to go to central bookings and they

1              M. Heggs

2     had left -- there was like three of us

3     left --

4          Q.    Okay.

5          A.    -- so there was like two people

6     left.

7          Q.    And did the people who remained in

8     the cell at this time -- did they see you

9     urinate in the milk carton?

10         A.    I mean, you have to see me, right?

11               Well, actually, I didn't -- I just

12    took my jacket, though -- I didn't expose

13    myself like that.  I took my jacket, put it

14    over my lap and peed in the -- the carton.

15         Q.    So just to confirm, so in order to

16    hide or maintain privacy over your --

17         A.    Out of respect I did that, yeah --

18         Q.    Right.

19         A.    -- I did that out of respect for

20    people in the cell, right.

21         Q.    And did you need to urinate more

22    than once while you were at the precinct?

23         A.    I believe so.

24         Q.    And what happened on the second

25    time you needed to urinate?

1            M. Heggs

2     A.    Well, once they brung me -- there's

3 a whole bunch of milk cartons laying around

4 anyway, so it wasn't hard to get another one.

5 So it was right there, empty ones right there

6 on the floor, empty ones right there on the

7 bench.  You just use another one.

8     Q.    Did an officer give you a second

9 milk carton or did you just use a milk carton

10 that was in the -- in the cell or something

11 else?

12     A.    An officer gave me another one

13 because it was lunchtime, so I always had one

14 available anyway.

15     Q.    And did you urinate the second time

16 into a milk carton?

17     A.    Yes, I did.

18     Q.    And did you put your jacket over

19 your lap on that occasion as well?

20     A.    I don't know if I -- I think I was

21 in there by myself at this point.

22     Q.    I see.  Okay.  So you didn't feel

23 the need to put a jacket over your lap in

24 order to urinate because there was no one in

25 your cell to -- to witness what you were

1              M. Heggs

2    doing; is that right?

3         A.    Uh-huh, yeah, you right.

4         Q.    Did you have any bowel movements

5    while you were in the NYPD's custody?

6         A.    No, I didn't.

7         Q.    Did you need to or feel the urge to

8    make a bowel movement during your time in

9    the --

10        A.    I don't remember.

11        Q.    -- in NYPD custody?

12              Okay.  The second time you used a

13   milk carton to urinate, was it the same

14   officer or a different officer who provided

15   you the milk carton?

16        A.    Different one.

17        Q.    Was it a male or a female officer?

18        A.    I believe it was a male.

19        Q.    And was it one of the same officers

20   who had escorted you from the hospital, if

21   you remember?

22        A.    No, it wasn't.

23        Q.    Did you talk to any officers about

24   your need to use a restroom?

25        A.    Of course I did.

1          M. Heggs

2     Q.    So what did you say to them in

3  particular, to the extent that you remember?

4     A.    I just was like, this is crazy,

5  they got me peeing in a milk carton.

6          And they were just like, I know,

7  we're just not designed for wheelchairs, this

8  place is packed right now, blah-blah-blah.

9          I don't know what they -- they

10  didn't give me no real reason, nothing like

11  that.

12    Q.    Did they say anything else?

13    A.    Not that I remember.

14    Q.    Do you know the names of anyone

15  that you were held in the cell with either --

16    A.    No, I don't.

17    Q.    Okay.  I was going to say either at

18  central booking or at the precinct?

19    A.    No.

20    Q.    Who's Police Officer Robert

21  Bernhardt?

22    A.    I don't know who that is.

23    Q.    When you were in the cell at the

24  precinct and central booking, did anyone make

25  any threats towards you?

1                           M. Heggs

2         A.     Say it again?

3         Q.     Did anyone threaten you when you

4    were in the cell at central booking or at the

5    precinct?

6         A.     Nah, nobody threatened me.

7         Q.     Okay.  Did you see any fights

8    during your time in the NYPD's custody?

9         A.     I mean, there was a potential

10   fight, but the officers broke it up.

11        Q.     So you said that there were milk

12   cartons in the cell.

13               How would you describe the

14   conditions in the cell that you were held in

15   at the precinct and at central booking?

16        A.     Comparing the two?

17        Q.     Let's start with the cell at the

18   police precinct.

19               How would you describe the

20   conditions?

21        A.     Conditions is horrible.  It's

22   filthy, there are rodents running around, it

23   stinks, toilet ain't been cleaned, no running

24   water.  Disgusting.

25        Q.     You said there was no running

```
1                    M. Heggs

2       A.    I don't remember.

3       Q.    Okay.  Did you call anyone else

4  while you were in the NYPD's custody?

5       A.    Nope.

6       Q.    Did you ask Ms. Shields to call

7  anyone?

8       A.    No.

9       Q.    Did you -- did you ever get your

10  wheelchair that had been in the trunk of your

11  vehicle back?

12      A.    No, I didn't.

13      Q.    When you went to central booking,

14  were you remanded?

15      A.    Yes, I was.

16      Q.    And tell me about that and whether

17  you kept your wheelchair or used some other

18  assistive device --

19      A.    Say what?

20            (Simultaneous speaking.)

21      Q.    -- happened?

22            When you were remanded, what

23  happened to you?  Tell me about it.

24      A.    When I was remanded, they sent me

25  upstairs somewhere.  I had the wheelchair
```

1                    M. Heggs

2   now, at this time, so they had to call for

3   transportation.  So the bus that was coming

4   was not wheelchair accessible.  So I was in

5   central bookings, I think, for two days,

6   waiting for accessible, I guess,

7   transportation.

8              And then one officer says like,

9   listen, man, you're gonna be here for a long

10  time, man, you might as well just get on this

11  bus that's gonna come and then we'll help you

12  get onto the bus.

13             So at that point I was fed up as

14  well, and they carried me up to the -- up the

15  bus steps and then they put me in a chair,

16  and they folded my chair up and they brung me

17  to Rikers Island.

18       Q.   Did you have your leg braces at

19  this time?

20       A.   I didn't -- I didn't have my leg

21  braces.  I had them but I didn't have them.

22  I still -- they weren't in my possession

23  still.

24       Q.   You had the leg braces but they

25  were in a bag, they weren't on your legs; is

1                    M. Heggs

2    whole ordeal.  They wouldn't give me my

3    braces.  I asked them about them and they're

4    not telling me why -- because -- because they

5    got metal in them.

6              And then me being in a cell with

7    other individuals who doesn't have

8    disabilities, who's walking around, it's like

9    I'm vulnerable, like they can do anything to

10   me at any second.

11             And the fact I had to urinate in

12   a -- in a milk carton, I had to cover myself,

13   looking stupid.

14        Q.    Anything else?

15        A.    It's the way we been treated in

16   there, it's the way they treat you, period.

17        Q.   ·Was that the first time you've been

18   arrested?

19        A.    No, it's not.

20        Q.    How many times have you been

21   arrested?

22        A.    (Inaudible.)

23             (Reporter clarification.)

24             THE WITNESS:  I said numerous

25        [of] times.

1                     M. Heggs

2    Correction has only two wheelchair accessible

3    vehicles; is that correct?

4         A.    That is correct, and it's also from

5    my knowledge, from me being on Rikers Island

6    for three-and-a-half years.  It's seeing

7    these vehicles, it's seeing how the

8    transportation works, that's it as well.

9         Q.    Did anyone from the NYPD -- strike

10   that.

11             Do you know how many accessible

12   vehicles the NYPD has access to?

13        A.    I have no idea.

14        Q.    When you say --

15        A.    Well, I'll say -- huh?

16        Q.    Sorry, I didn't --

17             (Simultaneous speaking.)

18        A.    I'll say none, if they gotta get an

19   ambulette, so I don't know.

20        Q.    You guessed my next question.

21             The ambulette, just to confirm, was

22   not an NYPD van, it was more of an ambulance;

23   is that correct?

24        A.    It was more of a -- yeah, like an

25   ambulette, like a Hunter van, like a -- yeah,

1          M. Heggs

2    like a van -- a person who drives you to the

3    medical trips, stuff like that, a person like

4    that that was -- that transports us to

5    central bookings.

6          Q.    Was there a wheelchair lift in

7    order to get into the ambulette?

8          A.    That is correct.

9          Q.    Did you -- when you were at central

10   booking, did you complain to anyone about

11   their treatment of you?

12         A.    At central bookings?

13         Q.    Yes.

14         A.    Complained to who, about central

15   bookings treatment or police treatment?

16         Q.    Yes.

17         A.    Which one you referring to?

18         Q.    I'm referring to central booking.

19         A.    Did I complain about the treatment

20   I received at central bookings?

21         Q.    Correct.

22         A.    It was better than the precinct.  I

23   didn't really have no problem with central

24   bookings.  Once the officer said why is he

25   handcuffed and he unhandcuffed me and I was

```
 1                    M. Heggs

 2        Q.    How far can you walk with the

 3   assistance of your leg braces?

 4        A.    It depends, it depends on how my

 5   mood is, my pain.  Sometimes I have to stop

 6   and go, sometimes it's a knife -- like right

 7   now it's cold, right?  So I got nerve damage,

 8   all that, and cold affects me, so I won't

 9   even be able to move around as much.  But if

10   it's a nice, warm day, the sun is out, I can

11   move better.

12        Q.    Mr. Heggs, does it depend on your

13   mood, whether or not you use your leg braces?

14        A.    Oh, definitely, yeah.  I got severe

15   nerve damages, I'm paraplegic.  Without my

16   braces I cannot walk at all, so -- so there's

17   definitely that.

18        Q.    What's the farthest you've walked

19   with your leg braces?

20        A.    What you mean, in my life?

21        Q.    Yes.

22        A.    Well, when I was younger I could

23   walk like in the -- in the park --

24        Q.    I'm sorry, Mr. Heggs, could you

25   raise your voice, please?
```

1                    M. Heggs

2      A.    I said when I was younger I used

3  walk in the park, like around in the --

4  around the -- the park area.  As long as I'm

5  holding onto my wheelchair, I could walk all

6  the way around it.

7      Q.    Can you climb up and down stairs

8  when you use your leg braces?

9      A.    Yeah, it -- it's more upper

10  strength for me, so as long as I'm holding

11  onto the rails, I can -- I can maneuver up

12  and down the steps.

13      Q.    Without your leg braces, can you

14  stand unassisted?

15      A.    No, I cannot, no.

16      Q.    Without your leg braces, if you're

17  holding onto a railing or something else, can

18  you stand?

19      A.    No.

20      Q.    Just one moment, I'm just going to

21  look at my notes.

22            Mr. Heggs, have you written any

23  letters to friends or family about the

24  allegations that you're making in this

25  complaint?