**EXHIBIT 6**



# OPERATIONS ORDER

| SUBJECT: | **PILOT PROGRAM – UTILIZATION OF DEPARTMENT VEHICLES EQUIPPED WITH AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANT LIFTS WHEN TRANSPORTING ARRESTEES WITH MOBILITY DISABILITIES WITHIN PATROL BOROUGH BROOKLYN NORTH AND PATROL BOROUGH BROOKLYN SOUTH** |
|---|---|
| DATE ISSUED: | NUMBER: |
| **03-01-18** | **12** |

1. In order to comply with the Americans with Disabilities Act (ADA) and provide accessible transportation for arrestees with mobility disabilities, the Department has outfitted several Department ADA compliant vans with wheelchair lifts as part of a pilot program within Patrol Borough Brooklyn North (PBBN) and Patrol Borough Brooklyn South (PBBS). The wheelchair lift will assist in providing a safe method of transportation by allowing arrestees with mobility disabilities to be properly lifted and secured in their wheelchair, scooter, etc. As such, the 83rd Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in PBBN, and the 67th Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in PBBS. In addition, the pilot program will consist of two vans for PBBN, two vans for PBBS, and one van for driver training. Uniformed members of the service will continue to comply with *Operations Order 12, series 2015,* entitled, *"Available Transportation Services for Disabled Complainants, Victims and Witnesses,"* when encountering complainants, victims or witnesses with mobility disabilities who are in need of accessible transportation and may have difficulty with public transportation.

2. Therefore, effective immediately, when a uniformed member of the service who is assigned to a command within Patrol Borough Brooklyn North or Patrol Borough Brooklyn South requires assistance in transporting arrestees with mobility disabilities to the 83rd or 67th Precincts, the following procedure will be complied with:

**PURPOSE**      To provide a safe method of transportation for arrestees with mobility disabilities.

**DEFINITION**      MOBILITY DISABILITY – A person is considered to have a mobility disability if he or she has a physical or mental impairment that substantially limits one or more major life activities, has a record of such impairment, or is regarded as having such an impairment.

**PROCEDURE**      When a uniformed member of the service assigned to a command within Patrol Borough Brooklyn North or Patrol Borough Brooklyn South requires assistance in transporting arrestees with mobility disabilities to the 83rd or 67th Precincts:

**PATROL BOROUGH COMMANDER**
1. Ensure training is provided through the Training Bureau to an appropriate amount of uniformed members of the service in order to provide twenty-four hour coverage within the patrol borough.
     a. Ensure a list is maintained of qualified uniformed members of the service who are van-qualified and also trained in the use of a wheelchair lift.

| **PATROL BOROUGH COMMANDER** (continued) | 2. | Ensure a Department ADA compliant van equipped with a wheelchair lift is readily available for use within patrol borough. |
|---|---|---|
| **PATROL SUPERVISOR** | 3. | Notify the patrol borough and request a Department ADA compliant van equipped with a wheelchair lift to respond to the scene of arrest, when assistance is required to transport an arrestee with mobility disabilities.<br>a. Provide details including date and time of request for pickup, location of pickup, precinct of arrest, number of arrestees with mobility disabilities to be picked up, and any other pertinent information to assist in transport. |
| **PATROL BOROUGH SUPERVISOR** | 4. | Dispatch a qualified van operator with Department ADA compliant van to the scene of arrest. |
| | 5. | Maintain "Department ADA Compliant Van Dispatch Log" in an appropriate Department record book, captioned across the page as follows: |

| DATE/TIME | LOCATION | PCT. OF ARREST | NUMBER OF ARRESTEES | REMARKS |
|---|---|---|---|---|
| | | | | |

| **ARRESTING OFFICER/ ESCORTING OFFICER** | 6. | Comply with *P.G. 208-05, "Arrests – General Search Guidelines"* prior to transporting arrestee in Department ADA compliant van.<br>a. Perform field frisk/search and utilize hand-held metal detector, or similar device, as necessary, to detect any weapons secreted on the person. |
|---|---|---|

*NOTE*  *If an arrestee claims to have a medical condition that would limit the scope of a field search prior to transportation, or a medical condition that would prevent him/her to be safely transported in the Department ADA compliant van, the uniformed member of the service will request the response of an ambulance, remove the arrestee to a hospital and comply with P.G. 210-04, "Prisoners Requiring Medical/Psychiatric Treatment."*

| **PATROL SUPERVISOR** | 7. | Ensure arresting officer/escorting officer accompanies arrestee during transportation back to command. |
|---|---|---|
| **QUALIFIED ADA VAN OPERATOR** | 8. | Safely transfer arrestee onto the Department ADA compliant van utilizing wheelchair lift.<br>a. Request assistance of other uniformed members of the service, if needed. |
| | 9. | Properly secure arrestee using belts provided in Department ADA compliant van. |

CONFIDENTIAL                     HEGGS 001752

| | | |
|---|---|---|
| **ARRESTING OFFICER/ ESCORTING OFFICER** | 10. | Take position in van to ensure arrestee is observed at all times during transport. |
| | 11. | Upon arrival at command, assist patrol borough van operator in removing arrestee, if requested. |

*NOTE* *Upon completion of transport, the van will be returned to patrol borough concerned.*

| | | |
|---|---|---|
| **DESK OFFICER** | 12. | Comply with *P.G. 208-03, "Arrests – General Processing,"* and confer with borough Court Section supervisor and be guided by his/her direction regarding lodging and further processing of arrestee. |
| | 13. | Notify patrol borough and request a Department ADA compliant van to respond to command and transport arrestee to borough Court Section. |
| | 14. | Assign an escorting officer to bring arrestee to borough Court Section. |
| **QUALIFIED ADA VAN OPERATOR** | 15. | Safely transfer arrestee onto Department ADA compliant van utilizing wheelchair lift. |
| | a. | Request assistance of other uniformed members of the service, if needed. |
| | 16. | Properly secure arrestee using belts provided in Department ADA compliant van. |
| **ESCORTING OFFICER** | 17. | Take position in van to ensure arrestee is observed at all times during transport. |
| | 18. | Upon arrival at borough Court Section, assist patrol borough van operator in removing arrestee, if requested. |
| **BOROUGH COURT SECTION PERSONNEL** | 19. | Comply with *P.G. 210-17, "Arrest Processing of Pre-arraignment Prisoners Designated as 'Special Category,' "* upon arrestee's arrival at borough Court Section. |

*ADDITIONAL DATA* *Patrol borough commanding officers will ensure that wheelchair lifts installed on Department ADA compliant vans are <u>not</u> used for cargo purposes.*

*RELATED PROCEDURES*
*Arrests – General Processing (P.G. 208-03)*
*Arrests – General Search Guidelines (P.G. 208-05)*
*Prisoners Requiring Medical/Psychiatric Treatment (P.G. 210-04)*
*Arrest Processing of Pre-Arraignment Prisoners Designated as "Special Category" (P.G. 210-17)*
*Available Transportation Services for Disabled Complainants, Victims and Witnesses (Operations Order 12, series 2015)*

3. Commanding officers will ensure that the contents of this Order are brought to the attention of members of their commands.

**BY DIRECTION OF THE POLICE COMMISSIONER**

**DISTRIBUTION**
**All Commands**