**EXHIBIT 7**



# OPERATIONS ORDER

| SUBJECT | **EXPANSION OF PILOT PROGRAM – CITYWIDE UTILIZATION OF DEPARTMENT VEHICLES EQUIPPED WITH AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANT LIFTS WHEN TRANSPORTING ARRESTEES WITH MOBILITY DISABILITIES** |
|---|---|
| DATE ISSUED: | NUMBER: |
| **04-10-20** | **34** |

1. In order to comply with the Americans with Disabilities Act (ADA) and provide accessible transportation for arrestees with mobility disabilities, the Department has expanded a pilot program that currently outfits several Department ADA compliant vans with wheelchair lifts within Patrol Borough Brooklyn North (PBBN) and Patrol Borough Brooklyn South (PBBS), to include all patrol boroughs. The wheelchair lift will assist in providing a safe method of transportation by allowing arrestees with mobility disabilities to be properly lifted and secured in their wheelchair, scooter, etc.

2. As a result, Operations Order 12, series 2018, "Pilot Program – Utilization of Department Vehicles Equipped with Americans with Disabilities Act (ADA) Compliant Lifts when Transporting Arrestees with Mobility Disabilities Within Patrol Borough Brooklyn North and Patrol Borough Brooklyn South," is hereby **REVOKED**. Furthermore, uniformed members of the service will continue to comply with Operations Order 12, series 2015, "Available Transportation Services for Disabled Complainants, Victims and Witnesses," when encountering complainants, victims or witnesses with mobility disabilities who are in need of accessible transportation and may have difficulty with public transportation.

3. Therefore, effective immediately, when a uniformed member of the service requires assistance in transporting arrestees with mobility disabilities, the following procedure will be complied with:

**PURPOSE**      To provide a safe method of transportation for arrestees with mobility disabilities.

**SCOPE**      The 83rd Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in PBBN, and the 67th Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in PBBS. The 28th Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in Patrol Borough Manhattan North (PBMN), and the 9th Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in Patrol Borough Manhattan South (PBMS). In addition, the 121st Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in Patrol Borough Staten Island (PBSI).

HEGGS005000

| | |
|---|---|
| **SCOPE (continued)** | Uniformed members of the service in the confines of Patrol Borough Queens North (PBQN), Patrol Borough Queens South (PBQS), and Patrol Borough Bronx (PBBX) who arrest individuals with mobility disabilities will process arrests in the precinct of arrest. Furthermore, uniformed members of the service requiring ADA compliant vans with wheelchair lifts in the confines of PBQN, PBQS, and PBBX will contact their respective patrol boroughs to request ADA compliant transportation. |
| **DEFINITION** | <u>MOBILITY DISABILITY</u> – A person is considered to have a mobility disability if he or she has a physical or mental impairment that substantially limits one or more major life activities, has a record of such impairment, or is regarded as having such an impairment. |
| **PROCEDURE** | When a uniformed member of the service requires assistance in transporting arrestees with mobility disabilities: |

| | | |
|---|---|---|
| **PATROL BOROUGH COMMANDER** | 1. | Ensure training is provided through the Training Bureau to an appropriate amount of uniformed members of the service in order to provide twenty-four hour coverage. |
| | a. | Ensure a list is maintained of qualified uniformed members of the service who are van-qualified and also trained in the use of a wheelchair lift. |
| | 2. | Ensure a Department ADA compliant van equipped with a wheelchair lift is readily available for use. |
| **PATROL BOROUGH CONCERNED/ PATROL SUPERVISOR** | 3. | Dispatch a qualified van operator with Department ADA compliant van to scene of arrest. |
| **ARRESTING OFFICER/ ESCORTING OFFICER** | 4. | Comply with *P.G. 208-05, "Arrests – General Search Guidelines"* prior to transporting arrestee in Department ADA compliant van. |
| | a. | Perform field frisk/search and utilize hand-held metal detector, or similar device, as necessary, to detect any weapons secreted on the person. |
| *NOTE* | | *If an arrestee claims to have a medical condition that would limit the scope of a field search prior to transportation, or a medical condition that would prevent them from being safely transported in the Department ADA compliant van, the uniformed member of the service will request the response of an ambulance, remove the arrestee to a hospital and comply with P.G. 210-04, "Prisoners Requiring Medical/Psychiatric Treatment."* |
| **PATROL SUPERVISOR** | 5. | Ensure arresting officer/escorting officer accompanies arrestee during transportation to appropriate command. |

HEGGS005001

| | | |
|---|---|---|
| **QUALIFIED ADA VAN OPERATOR** | 6. | Safely transfer arrestee onto Department ADA compliant van utilizing wheelchair lift. |
| | | a. Request assistance of other uniformed members of the service, if needed. |
| | 7. | Properly secure arrestee using belts provided in Department ADA compliant van. |
| **ARRESTING OFFICER/ ESCORTING OFFICER** | 8. | Take position in van to ensure arrestee is observed at all times during transport. |
| | 9. | Upon arrival at command, assist van operator in removing arrestee, if requested. |

*NOTE*  *Upon completion of transport, the van will be returned to command concerned.*

| | | |
|---|---|---|
| **DESK OFFICER** | 10. | Comply with *P.G. 208-03, "Arrests – General Processing,"* and confer with borough Court Section supervisor and be guided by their direction regarding lodging and further processing of arrestee. |
| | 11. | Notify appropriate command and request a Department ADA compliant van to respond, and transport arrestee to borough Court Section. |
| | 12. | Assign an escorting officer to bring arrestee to borough Court Section. |
| **QUALIFIED ADA VAN OPERATOR** | 13. | Safely transfer arrestee onto Department ADA compliant van utilizing wheelchair lift. |
| | | a. Request assistance of other uniformed members of the service, if needed. |
| | 14. | Properly secure arrestee using belts provided in Department ADA compliant van. |
| **ESCORTING OFFICER** | 15. | Take position in van to ensure arrestee is observed at all times during transport. |
| | 16. | Upon arrival at borough Court Section, assist van operator in removing arrestee, if requested. |
| **BOROUGH COURT SECTION PERSONNEL** | 17. | Comply with *P.G. 210-17, "Arrest Processing of Pre-arraignment Prisoners Designated as 'Special Category,'"* upon arrestee's arrival at borough Court Section. |

*ADDITIONAL DATA*  *Patrol borough commanding officers will ensure that wheelchair lifts installed on Department ADA compliant vans are <u>not</u> used for cargo purposes.*

*RELATED PROCEDURES*
*Arrests – General Processing (P.G. 208-03)*
*Arrests – General Search Guidelines (P.G. 208-05)*
*Prisoners Requiring Medical/Psychiatric Treatment (P.G. 210-04)*
*Arrest Processing of Pre-Arraignment Prisoners Designated as "Special Category" (P.G. 210-17)*
*Available Transportation Services for Disabled Complainants, Victims and Witnesses (Operations Order 12, series 2015)*

4. Operations Order 12, series 2018, is hereby **REVOKED**.

5. Commanding officers will ensure that the contents of this Order are brought to the attention of members of their commands.

**BY DIRECTION OF THE POLICE COMMISSIONER**

**DISTRIBUTION**
**All Commands**

HEGGS005003