**EXHIBIT 9**



**New York City Police Department**

# AccessibleNYPD
## Americans with Disabilities Act Compliance Plan

# January 2019



Note: This plan is a living document that will continue to evolve through the planning and design process and will be updated annually. While comprehensive, the plan does not include every step the Department has taken or will take regarding ADA compliance.

HEGGS 002613

**TABLE OF CONTENTS**

I.  Introduction ........................................................................3
  A. Mission Statement of the New York City Police Department ......3
  B. Purpose of the Plan.................................................................3
II.  NYPD's Compliance with the ADA to Date ......................................6
III.  ADA Compliance Going Forward ......................................................9
  A. Self-Evaluation of Architectural Barriers ....................................9
      1. Precinct Survey Process .............................................9
         a. Identification and Remediation of Hub Sites...........10
      2. New Construction ......................................................13
      3. Remediation of Remaining Physical Barriers ................14
      4. Other Ongoing ADA-Related Actions Undertaken by the
         Department's Facilities Management Division .............16
         a. Improve Capital Program Strategies ......................16
         b. Hiring of Additional Staff.......................................16
         c. Training.................................................................17
  B. Program Accessibility.................................................................17
      1. Meetings Open to Members of the Public ...................18
      2. Arrest Processing Procedures.......................................18
      3. Expanded Policy Regarding Programmatic & Facility
         Accessibility..............................................................18
  C. Continuing Implementation of AccessibleNYPD.........................19
  D. Department's External or Public Website ..................................20


**APPENDICES**

Appendix A: Precinct Locations.....................................................................21

Appendix B: Map of Geographical Boundaries of NYPD Precincts...................24

Appendix C: NYPD Facilities Surveyed by Urbahn Architects and Sally Swanson
Architects, Inc. ............................................................................25

Appendix D: Map of Planned ADA Accessible Stationhouse Hub Sites ...........27

HEGGS 002614

**New York City Police Department**
**AccessibleNYPD: Americans with Disabilities Act Compliance Plan**
January 2019

# I. Introduction

## A. Mission Statement of the New York City Police Department

The mission of the New York City Police Department is to enhance the quality of life in New York City by working in partnership with the community to enforce the law, preserve peace, reduce fear, and maintain order. The Department is committed to accomplishing its mission of protecting the lives and property of all citizens of New York City by treating every citizen with compassion, courtesy, professionalism, and respect, while efficiently rendering police services and enforcing the laws impartially, by fighting crime both through deterrence and the relentless pursuit of criminals.

## B. Purpose of the Plan

In accordance with our mission statement, the New York City Police Department (NYPD or Department) is committed to compliance with the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, City and State human rights laws,[1] and to providing New York City residents and visitors with meaningful access to the Department's programs, services, and activities. The ADA is a civil rights law prohibiting discrimination against individuals on the basis of disability. Title II of the ADA relates to the programs, activities, and services provided by public entities.

As part of the NYPD's ongoing commitment to accessibility, the Department is taking essential steps with this AccessibleNYPD ADA Compliance Plan toward eliminating barriers associated with our stationhouses and programmatic access.[2] The NYPD and its staff believe that

---

[1] Throughout this plan, the terms "ADA Compliance" or "compliance with the ADA" will be used interchangeably and will be deemed to incorporate by reference compliance with all other related Federal, City and State laws.

[2] Remediation of physical barriers outlined in this plan focuses on precinct stationhouses. Stationhouses will be used throughout this document to refer solely to Patrol precinct buildings. The NYPD owns 76 of the 77 stationhouses, and leases one building. The NYPD Transit Bureau operates out of Transit Districts throughout the five boroughs, which are owned by the New York City Transit Authority (NYCTA). The NYPD Housing Bureau operates out of Police Service Areas (PSAs) throughout the five boroughs, which are owned by the New York City Housing

HEGGS 002615

ensuring its stationhouses, programs, and services are accessible to people with disabilities is essential to good customer service, the quality of life New Yorkers seek to enjoy, and to effective governance.

New York City's five boroughs are broken into eight NYPD patrol boroughs: Patrol Borough Manhattan South, Patrol Borough Manhattan North, Patrol Borough Queens South, Patrol Borough Queens North, Patrol Borough Bronx, Patrol Borough Staten Island, Patrol Borough Brooklyn North, and Patrol Borough Brooklyn South. Across the eight patrol boroughs, the NYPD has 76 precincts that are owned and fully maintained by the NYPD. A list of these locations is included in Appendix A. A map depicting the geographical boundaries of each precinct as of the date of this publication is included in Appendix B.

The NYPD seeks to operate each program, service, or activity so that, when viewed in its entirety, it is readily accessible to people with disabilities. We continue to make progress toward these goals by:

- conducting surveys of our 76 NYPD owned stationhouses;
- remediating a number of stationhouses to render accessible or partially accessible those areas open to the public or persons in police custody;
- instituting new policies and procedures that will provide for alternative programmatic access to the Department's programs, services, and activities; and,
- providing ongoing education and training for NYPD employees.

This plan was based on a comprehensive review of the Department's existing programs, services, and activities, as well as surveys of precinct stationhouses performed by employees of the NYPD and external experts. The plan also takes into account a review of settlement agreements entered into by the U.S. Department of Justice as a result of Project Civic Access, which reviews local and state government compliance with the ADA.[3] This plan describes prescriptive changes to programs and stationhouses over time, estimates the costs for mitigation, sets priorities for eliminating obstacles, and provides a tentative schedule for these remedial measures.

The scope of this plan regarding physical access to stationhouses is limited to the areas of NYPD precincts that may be utilized by the public that are within the custody and control of the Department, such as: building entrances, reception and waiting areas (including front desk areas), bathrooms, complaint rooms, interview rooms, lineup areas, rooms/areas that may be utilized for public meetings, drinking fountains, and interior room and path of travel clearances.

---

Authority (NYCHA). NYCTA and NYCHA are responsible for these facilities, and are outside of the control of the NYPD.

[3] The United States Department of Justice Civil Rights Division's website regarding Project Civic Access can be found here: https://www.ada.gov/civicac.htm .

HEGGS 002616

The plan also includes areas utilized during arrest processing (holding cells, fingerprinting areas) to ensure people with disabilities in police custody are provided with accessible areas within the stationhouse as well.

While this plan accounts for surveys of 76 precincts, not all stationhouses will be remediated as a result of those surveys. The Department identified hub precincts in each patrol borough that will be remediated to make the Department's police services and public programs, activities, and events, accessible to members of the public. The remainder of the stationhouses will be surveyed with an eye toward partial accessibility as well as addressing architectural barriers that may be removed by in-house staff. For these partially accessible stationhouses, and for any stationhouses unable to be made accessible at all, the Department will work to provide reasonable alternatives for programmatic access.[4] The Department's goal is to have as many of these public areas as feasibly possible within stationhouses rendered fully or partially accessible, while balancing available resources, funding, and other necessary projects.

This plan also discusses the implementation of programmatic solutions as well as modifications to policies, practices, and procedures to comport with the requirements of Title II of the ADA. While physical remediation of stationhouses will take place, many of the Department's programs, services, and activities offered to the public can take place outside of the stationhouses, via alternative methods (home visits, meetings located at accessible locations).

This plan is a living document that will continue to evolve through the planning and design process and will be updated on an annual basis. While comprehensive, the plan does not include every step the Department has taken or will take regarding ADA compliance in every aspect of NYPD engagement with the public and/or enforcement activity.

---

[4] A fully accessible stationhouse would have no barriers to access for persons with mobility impairments in arrest processing areas and areas open to the public. A partially accessible stationhouse would allow for persons with mobility impairments to enter the building, access certain programs, and use at least one restroom, but all areas may not be accessible. A small number of stationhouses will not be able to be remediated and will not be accessible to those with mobility impairments; however, the NYPD is committed to providing access to programs and services through alternative methods.

HEGGS 002617

# II. NYPD's Compliance with the ADA to Date

The NYPD has already institutionalized compliance with the ADA through a number of different initiatives over time, including but not limited to the following:

a) A working group has been established and meets regularly to discuss the remedial measures and proactive steps addressed in this plan. The working group is comprised of members of the service from a number of NYPD Bureaus and sub-units, including the Police Commissioner's Office; Deputy Commissioner, Equity & Inclusion; Deputy Commissioner, Legal Matters; Chief of Department; Chief of Patrol; Criminal Justice Bureau; Chief of Training; Office of Management Analysis & Planning; and, Facilities Management Division, among others.

b) The Department has identified 16 precinct locations throughout the five boroughs of New York City (the hub precincts, detailed on pages 10-11) that will be made fully accessible to members of the public and for arrest processing, tentatively by the end of 2021.
   i. Two locations in Brooklyn, the 67th precinct and the 83rd precinct, have already been remediated at limited expense for the purpose of arrest processing as part of this program (see, page 8 for additional information).

c) While hub precincts undergo remediation, in June 2018 the Department published a procedure outlining interim programmatic alternatives to ensure access to the Department's programs, services, and activities offered. (See, Operations Order 35 of 2018, "Operational Guidelines for Americans with Disabilities Act (ADA) Compliance"). Also in June 2018, Command Level Training was provided to the training coordinators of each command on this Operations Order.

d) The Office of Equal Employment Opportunity was designated as the Department's ADA Coordinator, pursuant to the Department's 2009 grievance procedure for members of the public with disabilities. (See, Administrative Guide Procedure 308-06, "Grievance Procedure for Members of the Public with Disabilities.") In 2016, New York City Local Law 27 mandated the designation of a Disability Service Facilitator (DSF), with duties and responsibilities that overlap and supplement those of the ADA Coordinator. As the Office of Equal Employment Opportunity (EEO) now falls under the Deputy Commissioner, Equity and Inclusion (DCEI), the parent command DCEI will oversee the positions of both the ADA Coordinator and DSF. As such, DCEI has designated the Chief EEO Officer to serve as the

HEGGS 002618

Department's ADA Coordinator and DSF.  Relevant duties and responsibilities include, but are not limited to:

i. Serving as the primary contact for people with disabilities;

ii. Responding to inquiries and concerns from members of the public concerning accessibility;

iii. Developing agency policies and procedures to ensure full programmatic accessibility for people with disabilities; and,

iv. Conducting periodic training for agency staff on disability access issues.

e) The Department has an Equal Employment Opportunity Policy in place to prevent discriminatory practices from harming its employees or applicants and updates it periodically.  (See, Patrol Guide 205-36, "Employment Discrimination.")

f) The Department has a procedure in place to accommodate applicants and employees with disabilities. (See, Administrative Guide 320-47, "Reasonable Accommodations for Employees and Applicants.")

g) The Department has developed and implemented a written policy that provides for the relocation of public meetings scheduled to take place in precincts to an accessible location.  (See, Finest Message, "Notification of Accessibility for Events Open to the Public," dated 5/21/18.)

h) The Department ensures contracts entered into by the Department for the construction and/or renovation of its stationhouses include a requirement that the construction comply with the ADA and all other federal, state, and local laws.

i) The Department has a policy in place to ensure effective communication with members of the public who are deaf or hard of hearing through the use of sign language interpreters or other auxiliary aids and services.  (See, Patrol Guide Procedure 212-104 "Interaction with Hearing Impaired Persons.")

j) Department policy prohibits certain conduct when dealing with the public, including the use of discourteous or disrespectful remarks regarding another person's disability. (See, Patrol Guide Procedure 203-10, "Public Contact – Prohibited Conduct.")

k) The Department has a policy, in accordance with Section 14-151 of the New York City Administrative Code, prohibiting employees from "intentionally engaging in bias-based profiling, which is defined as 'an act of a member of the force of the police department or other law enforcement officer that relies on actual or perceived … disability . . . as the determinative factor in initiating law enforcement

HEGGS 002619

action against an individual.'" (See, Patrol Guide Procedure 203-25, "Department Policy Prohibiting Racial Profiling and Bias-Based Policing.")

l)  The Department has a policy of conducting thorough investigations of bias-motivated incidents, including those offenses motivated in whole or in part by an individual's disability. (See, Patrol Guide Procedure 207-10, "Bias-Motivated Incidents.")

m)  The Department established a transportation program for complainants, victims, and witnesses with disabilities who need accessible transportation in conjunction with the Metropolitan Transportation Authority (MTA) via the Access-a-Ride Program.  This program went into effect on February 24, 2015. (See, Operations Order 12 of 2015, "Available Transportation Services for Disabled Complainants, Victims and Witnesses.")

n)  The Department has established a pilot program in Brooklyn, effective March 1, 2018, for the transport and arrest processing of arrestees whose mobility disability necessitates the use of a wheelchair or scooter. (See, Operations Order 12 of 2018, "Pilot Program – Utilization of Department Vehicles Equipped with Americans with Disabilities Act (ADA) Compliant Lifts When Transporting Arrestees with Mobility Disabilities within Patrol Borough Brooklyn North and Patrol Borough Brooklyn South.").  The Department has collected six months of pilot program data for use in expanding the program City-wide, which is expected to take place by mid-2019.

   i.  As part of this pilot program, the Department identified a precinct in each of the two Brooklyn patrol boroughs and ensured accessibility of arrest processing areas. The 67 and 83 stationhouses, which are also hub precincts, were remediated at limited expense for the purpose of arrest processing in order to ensure accessibility (including ensuring that paths of travel, a drinking fountain, a bathroom, and clearances of holding cells are accessible).

o)  The Department has procedures in place regarding people in police custody that may need to be removed from the general population of prisoners because of a medical condition, physical disability, or safety concern, as well as for prisoners requiring medical treatment. (See, Patrol Guide Procedures 210-17, "Arrest Processing of Pre-Arraignment Prisoners Designated as 'Special Category'" and 210-04, "Prisoners Requiring Medical/Psychiatric Treatment.")

HEGGS 002620

p) The Department's use of force policy also includes direction to officers to consider whether an individual's lack of compliance is an inability to comply because of a medical condition, mental health disability, developmental disability, or physical limitation, among others. (See, Patrol Guide Procedure 221-02, "Use of Force.")

q) In June 2016, the Department contracted with a vendor to renovate bathrooms throughout a variety of Department facilities. That contract, which is still ongoing, stipulates that the bathrooms are renovated in accordance with the ADA.

r) The Department's Facilities Management Division developed a policy through which all plans for new construction and major renovations are reviewed for ADA compliance. (See, 49 from Facilities Management Division, dated January 11, 2018, "Requests for Department Facility Construction Projects and Americans with Disabilities Act Law Compliance.")

# III. ADA Compliance Going Forward

## A. Self-Evaluation of Architectural Barriers

This plan currently includes results of some, but not all, surveys of Department stationhouses to identify both structural barriers to program access and actions to remove those physical barriers. A tentative timeline for remediation is included in this plan, and it will be further developed as work is considered and prioritized. This plan addresses both short-term projects through 2021, and outlines steps that will continue beyond the designated hub precincts.

## 1. Precinct Survey Process

Initial surveys were conducted of a total of 43 precincts (56% of the Department's total 77 precincts, spanning all eight patrol boroughs, 76 of which are Department-owned buildings) by Urbahn Architects and/or by Sally Swanson Architects, Inc. A complete list of stationhouses surveyed is included in Appendix C. The City of New York retained Urbahn Architects to start the process of surveying NYPD stationhouses for ADA compliance. Urbahn Architects conducted 28 surveys, including 27 precincts and the Detective Borough in the Bronx. Sally Swanson Architects, Inc. conducted surveys of 25 precincts (some of which overlap with the precincts surveyed by Urbahn).

HEGGS 002621

The surveys conducted included a review of areas that may be accessed by members of the public, including: building entrances, reception and waiting areas, public bathrooms, and locations that house various programs and services offered at the precincts.  The surveys revealed that a number of the existing stationhouses have accessibility barriers. Some of the noted barriers will be addressed by in-house maintenance staff, but the majority require long-term renovations involving engineering/design as well as the appropriate level of funding.

In addition to the work completed by Urbahn Architects, the NYPD's Facilities Management Division (FMD) conducted an assessment of accessibility and a preliminary cost estimate for remediation of the arrest processing functions at the same 27 stationhouses surveyed by Urbahn.

The NYPD retained a vendor under an existing contract to conduct additional compliance surveys for all 77 stationhouses where public programs and services are offered, beyond the surveys conducted by Urbahn Architects.  The surveys began in fiscal year 2018, and to date all designated hub precincts have been surveyed.  The remainder of the stationhouses will be surveyed by the end of fiscal year 2019. Individual precinct reports will be incorporated into this plan as they are completed.

The goal of the surveys is to review the current condition of each stationhouse, analyzing areas that may be open to the public, including people who may be in police custody.  These survey reports will also include cost estimates for the removal of physical barriers to access, which will inform what, if any, remediation should be done.  Alterations that may fundamentally alter the nature of a program or result in an undue financial or administrative burden will be documented to ensure compliance within the requirements of the law. Future compliance measures will factor in evaluations of the cost estimates for making stationhouse adjustments, whether programmatic access can be provided by another method, and pending capital improvements underway.

*a. Identification and Remediation of Hub Sites*

Based on the surveys conducted by Urbahn Architects and of the arrest processing areas by FMD, a number of architectural barriers were identified in these stationhouses.  Beginning in May 2018 and continuing on an ongoing basis, these architectural barriers at the identified hub precincts will be remediated to the extent feasible in stages over time considering cost and the operational necessities involved in providing continuous, around-the-clock safety and law enforcement services within the geographic area covered by each precinct. Patrol services and emergency response must remain uninterrupted. The need to foster and advance the foundational elements of Neighborhood Policing, such as sector integrity and collaborative problem solving in each community, presents unique challenges that must be overcome as the

HEGGS 002622

removal of architectural barriers proceeds in buildings that often date back more than a century. On a rolling basis, as renovations are completed in each of the hub sites, programs and services and arrest processing will be moved to the accessible stationhouses, unless they already have been relocated in connection with Operations Order 35 of 2018.  The Department anticipates completing the hub sites by 2021.

The designated hub locations are listed in the chart below. The scope of work varies depending upon each stationhouse, and may include the following areas within the Department's control:  accessible entrances into the precincts, front desk renovations, compliant bathroom facilities, interior room and travel path clearances (including access to the complaint room, rooms that house community meetings, and other services where applicable), new signage, drinking fountain accessibility, arrest processing, fingerprinting, holding cells, and lineup and interview rooms.

| Patrol Borough | Precinct |
|---|---|
| Bronx | 48th |
| | 50th |
| Brooklyn North | 83rd |
| | 90th |
| Brooklyn South | 67th |
| | 61st |
| Manhattan North | 25th |
| | 30th |
| | Central Park Precinct |
| Manhattan South | 7th |
| | 13th |
| Queens North | $112^{nd}$ |
| | 114th |
| Queens South | 105th |
| | 107th |
| Staten Island | 121st |

HEGGS 002623

The Department will use in-house staff to remove barriers in each hub precinct; the work to remove larger barriers in hub precincts will be contracted out. It is anticipated that work on the 16 hub locations will adhere to the following schedule. Based on final work scopes, funding, and availability of resources, individual location start dates are tentative and subject to change.

| Precinct | Start Date |
|----------|------------|
| 105th | May 2018 |
| 67th | June 2018 |
| 7th | July 2018 |
| Central Park | August 2018 |
| 48th | September 2018 |
| 50th | October 2018 |
| 25th | November 2018 |
| 107th | December 2018 |
| 114th | February 2019 |
| 83rd | March 2019 |
| 61st | April 2019 |
| 112th | April 2019 |
| 13th | May 2019 |
| 90th | May 2019 |
| 121st | May 2019 |
| 30th | June 2019 |

In addition to the interim policy already in place, the Department will develop a policy affirmatively stating that remediated accessible hub precincts, including interior paths of travel and clearances, will be routinely checked by Department staff for barriers to access. The Department will create a procedure through which NYPD employees can make a notification or complaint about any such barriers. It is anticipated that this policy will be developed and implemented concurrent with the completion of construction of the hub sites.

In addition to the hub sites listed above, the 101st precinct in Queens is anticipated to have an ADA compliant access ramp for the building entrance by the end of 2019.

HEGGS 002624

## 2. New Construction

The NYPD is committed to providing the highest level of compliance in newly constructed buildings, which, upon completion, will be designated by policy as additional hub stationhouses in their respective Patrol Boroughs. (See, q) supra page 9, and FMD 49 dated 1/11/2018). Upcoming new construction projects that will be ADA compliant include:

| Project | Description |
|---|---|
| New 116th precinct | • The Department is planning to build a facility for a newly created precinct. The 116th Precinct will encompass the southern portion of the 105th Precinct in Queens. Completion is estimated in May 2022. <br> • The stationhouse will be located on the land currently occupied by a parking lot serving the 105th Precinct Satellite. <br> • This will be a fully ADA compliant precinct equipped with an elevator. |
| New 40th precinct | • Construction on the new 40th Precinct stationhouse began in the summer of 2018, and anticipated completion is estimated in 2021. This 45,000 square foot building and associated off-street NYPD employee parking lot (including at least one van accessible parking spot) will serve the neighborhoods of Port Morris, Mott Haven, and Melrose. <br> • The building is designed to meet current standards for new NYPD stationhouses, including the provision of a Community Room at the front of the command. The building design incorporates a high-performance exterior envelope, energy efficient mechanical systems and a green roofing system. <br> • The building will be fully accessible as required by NYC Department of Buildings and the ADA. Accessibility features include code-compliant travel routes and entrances, signage, lavatory facilities, and detention cells. |
| Renovated Times Square Substation | • The NYPD is remodeling the substation to make it more visible, attractive and functional. <br> • It will be a fully ADA compliant facility upon completion. |

HEGGS 002625

In addition to the above new construction, the following ADA compliant new construction project was recently completed:

| Project | Description |
|---|---|
| Police Academy | • The Police Academy, which opened in 2015, encompasses over 720,000 square feet on a 35-acre campus.<br>• Accessibility features include code-compliant travel routes and entrances, elevators, signage, and lavatory facilities. The 800-seat, two-story auditorium provides accessible seating at both the front and rear of the seating area, and is equipped with an induction loop assistive listening system. |

## 3. Remediation of Remaining Physical Barriers

Stationhouses that have not been designated as future accessible hub sites may be open to members of the public, and will therefore will be surveyed and considered for possible partial remediation as described below:

- **Precinct Entrances**
  - Precincts with steps to the entryway will be surveyed to determine whether an alternative, accessible entrance exists or can be constructed.
  - Where possible, compliant ramps will be added to the exterior of NYPD precincts. Where ramps already exist, they will be surveyed to ensure compliance.
  - Precinct doors will be surveyed to determine the presence of inaccessible thresholds and non-compliant clearances or door hardware. Pressure required to open the doors will also be checked.
  - A review of precincts that utilize external bells or intercoms to obtain access will be conducted to ensure all bells and intercoms are in working order and accessible. Where no bell or intercom exists at precincts that are currently not accessible or cannot be made accessible, the survey will determine whether a bell or intercom can be added as an alternative for obtaining assistance. Where bells, buzzers, or intercoms are available, informational signs will be provided explaining their use.
  - Paths of travel to alternative, accessible entrances will be surveyed for barriers to access.

- **Signage**
  - Signs, both interior and exterior, will include Braille, high contrast, and raised lettering.

HEGGS 002626

- Proper location of the signs on the walls will be ensured by Facilities Management Division.
- Signs directing the public to accessible entrances will be displayed at the front entrance to precincts as precincts are made accessible.

- **Bathrooms**
  - Public bathrooms renovated at stationhouses will be inspected to confirm compliance with applicable standards.

- **Access to Interior Offices (on First Floor)**
  - Interior offices on first floors of stationhouses that may be visited by the public will be surveyed for compliance with applicable standards.
  - Moveable barriers or furniture will be relocated as necessary, including along paths of travel.
  - As a reasonable alternative, an accessible location within precincts will be identified to ensure the ability to offer programs and services to the public. For example, many services can be provided in the lobby/waiting areas of precincts (if entrance is accessible) or in an accessible muster room. Whenever possible, and based on the individual situation and need, services that require privacy will be conducted in an accessible location within the precinct that is out of public view.
  - Doorknobs throughout precincts on doors that might be used by the public will be replaced with hardware that does not require tight grasping, pinching, or twisting of the wrist to operate.

- **Reception/Waiting Areas/Lobbies**
  - Lobbies will be surveyed, including waiting areas, seating in those areas, and the availability of an accessible service counter.
  - Most, if not all, precincts have tall front desks for security purposes. As an alternative, an accessible desk or lower service counter on an accessible route will be made available in precincts as they are remediated. Equivalent facilitation may also be provided in the form of a folding shelf attached to the main counter, an auxiliary table nearby, a clipboard made available to the public, or other means.

- **Arrest Processing Areas and Holding Cells**
  - Arrest processing areas, including paths of travel, will be surveyed for appropriate clearances.
  - In any precincts where holding cells are renovated in the future, a designated accessible cell will be made available to accommodate people who use wheelchairs.

HEGGS 002627

- The Department will ensure accessible bathroom facilities are available for use by people with mobility disabilities to use while in police custody.

- **Precinct Detective Squads, Interview Rooms, and Lineup Viewing Areas**
  - If there is no accessible route to a Detective Squad because it can only be reached by stairs, the Department will ensure that an alternative location is made available for use by the Detective Squad. Alternative options include conducting interviews of complainants or witnesses in an accessible location within the stationhouse, or conducting lineups or other activities at an accessible precinct.

- **Access to Other Programs, Services, Activities (Not on First Floor)**
  - Some offices are located on the second floor (or higher) of stationhouses. While these offices may be located on inaccessible floors, the program, service, or activity offered – such as victim services, domestic violence officers, Community Affairs officers – will be made available on the first floor or offered in an accessible location outside of the stationhouse.

If structural renovations to some of the Department's stationhouses are determined to be infeasible, the NYPD is dedicated to finding alternative solutions to ensure that services, programs, or activities, when viewed in their entirety, will be readily accessible to and usable by people with disabilities.

## 4. Other Ongoing ADA-related Actions Undertaken by the Department's Facilities Management Division

a. *Improve Capital Program Strategies*
   The NYPD will continue to improve the management of our capital programs by continuously monitoring ADA compliance in all projects. To the extent possible, NYPD will prioritize any improvements that can be made by in-house personnel. We will continue to monitor and update this AccessibleNYPD Compliance Plan.

b. *Hiring of Additional Staff*
   The NYPD is committed to putting the appropriate resources in place to review ADA compliance and monitor the initiation and close out of all relevant projects. The Department recently hired a Director of Safety and Compliance in the Facilities Management Division who will be responsible for compliance with all codes, rules and

HEGGS 002628

regulations that govern construction in our facilities, including the ADA.  In addition, we are requesting funding to hire an ADA Construction Compliance Manager who will be focused on reviewing all projects, conducting pre and post construction surveys using appropriate ADA Checklists, and documenting all renovations to improve NYPD compliance.  The Department has also assigned a senior Agency Attorney to work directly in the FMD command.

c. *Training*

The Facilities Management Division has conducted and will continue to conduct trainings to ensure that Division staff are up-to-date on current accessibility requirements, including the ADA Standards for Accessible Design.  We will provide periodic re-training within FMD to ensure this information continues to be of top priority in our work.

## B. Program Accessibility

Under the ADA, a public entity's services, programs, or activities, when viewed in their entirety, must be readily accessible to and usable by people with disabilities. The programs and services offered by the NYPD to the public vary by precinct and borough. Among the programs, services, and activities offered by the Department (sometimes in conjunction with external individuals/groups/agencies) are: Build the Block Meetings; Neighborhood Policing events/meetings; the NYPD Explorers Program; coat, toy, food, and blood drives; fingerprinting; Community Council meetings; permit pickups; criminal complaint intake; motor vehicle accident report pickup; gun and pill drops; VIN etching and registration of bicycles, tablets, and mobile devices; crime prevention lectures and surveys; Safe Horizons victim services; Domestic Violence and Community Affairs Officers meetings; and, child identification kits. Not all of these programs are offered at Department facilities. Some, by their nature, are offered outside of the precincts (e.g., VIN etching, bicycle registration, crime prevention surveys). Others may be offered at the precinct or at an external (non-NYPD) location.

Currently, members of the service located in stationhouses that cannot provide a program or service to individuals with disabilities are required to comply with Operations Order 35 of 2018, which directs members of the service to relocate programs and services to an alternate accessible location outside the precinct, an accessible location within the precinct, or to bring the program or service to the individual with a disability.  (See, Operations Order 35 of 2018.)

Upon completion of the remediation of the hub precincts, members of the service will be directed to relocate programs and services, including those related to arrest processing, to the hub precincts, or when necessary, to an outside accessible location, accessible location within the stationhouse, or to bring the program or service to the individual with a disability as described below.

HEGGS 002629

## 1. Meetings Open to Members of the Public

The Department has developed and implemented a written policy that provides for the relocation of public meetings scheduled to take place in precincts to an accessible location. (See, Finest Message, "Notification of Accessibility for Events Open to the Public"). All announcements, advertisements, and invitations for events open to the public and hosted by the NYPD will include the contact information to direct requests for accommodations for those attending the event. There will also be a deadline of 72 hours prior to the event to make such accommodation requests.

When applicable, the NYPD will begin printing meeting agendas in large-font type so that the content of agendas of public meetings can be more easily reviewed. Major agenda points will be printed in 14-point font.

The NYPD is currently making substantive efforts toward ensuring public meetings will be held in ADA-accessible facilities and will continue to do so. The Department aims to conduct all public meetings in ADA accessible facilities, and to the extent feasible, will make specific accommodations, when requested, to ensure that residents are provided access to public meetings sponsored by the Department.

## 2. Arrest Processing Procedures

The Department's procedures related to arrest processing will be reviewed and revised, where deemed appropriate, to provide additional guidance on the search, transport, housing, and appropriate handcuffing of individuals with disabilities, including mobility impairments necessitating use of wheelchairs and/or medical equipment or devices. All NYPD procedures related to arrest processing will be reviewed and revised, where appropriate, to make provisions for people with disabilities.

Arrestees with medical issues are addressed in existing Department policy. (See, n), supra, and Patrol Guide Procedure 210-04, "Prisoners Requiring Medical/Psychiatric Treatment.") The NYPD will update that Patrol Guide procedure and/or related Patrol Guide procedure(s) to include direction to members of the services regarding people with disabilities in our custody who may utilize medical equipment or devices, such as leg braces, prosthetic limbs, or catheters.

## 3. Expanded Policy Regarding Programmatic & Facility Accessibility

Upon completion of the hub sites in all patrol boroughs, the Department will develop an expanded written policy replacing its current interim directive (Operations Order 35 of 2018), reminding employees of the requirements of the ADA, including but not limited to offering programs and services in the normal course at each patrol borough hub site, alternative accessible locations, through home visits, or other alternative methods. The expanded policy will be distributed to all uniform and civilian employees.

HEGGS 002630

## C. Continuing Implementation of AccessibleNYPD

The Department will create and revise policies, procedures, and training curricula as necessary to accomplish the steps outlined in this plan. The Department is committed to continue training its employees about the requirements of the ADA and how those requirements impact their law enforcement duties, and will also ensure training is conducted on any new or revised Department policies related to the ADA.

The Training Bureau, under the authority of the Chief of Training, develops training for members of service assigned to the Patrol Boroughs and/or the 77 precincts that make up the Patrol Services Bureau, with input from multiple stakeholder commands. Training may be conducted through multiple methods, including but not limited to roll call trainings, command level trainings, promotional trainings, publications distributed by email and/or Department intranet, and videos offered on the Department intranet and Department phones, in order to reach the broadest audience likely to encounter the topic or scenario that gives rise to the need for training.

The Department will update its recruit, promotional, and in-service curricula to provide information and guidance on the requirements of the ADA and related state and local laws as well as appropriate ways of serving people with disabilities. Training on Operations Order 35 of 2018 is underway will be completed by the end of 2018.

Additionally, the Department created a training program on the Operations Order, which is mandatory for all uniform and civilian members of the service available on the Department's NYPDU TACTICS training system. All Precinct Commanding Officers, Executive Officers, Neighborhood Coordination Officers, and Community Affairs Officers will receive either a written, electronic or in-person briefing on Operations Order 35 of 2018. The Department's Digital Communications Officers (described in Operations Order 28 of 2017) will also receive training to ensure that public meeting notices posted on social media comport with Local Law 28 of 2016.

In 2018, the Academy's recruit curriculum was revised to include Operations Order 35 of 2018. Going forward, all Academy recruits will receive this enhanced training on interacting with people with disabilities. Upon completion of the remediation of the hub precincts, the curricula will be updated to reflect amended policy, and widespread training will be conducted throughout the Department.[5] All plant managers at all precincts will also be offered guidance on identifying

---

[5] As substantial resources are devoted to training recruits and active members of service on myriad legal, tactical, technological and operational issues each year, the roll out of this training will be staggered with other necessary training programs to ensure the NYPD continues to provide uninterrupted public safety and emergency response services in each geographical area covered by each precinct.

HEGGS 002631

accessible locations within each existing precinct building and providing accommodations on a case by case basis with the assistance of the Facilities Management Division.

By 2019, accessibility of facilities, programs and services will be the subject of a full training module for all training coordinators in all precincts. Simultaneously, the Department's Disability Service Facilitator will keep track of any inquiries and complaints in order to inform all aspects of training with real time information about the most frequently encountered accessibility issues brought to our attention by members of the public.

## D. Department's External or Public Website

The Department's website is hosted by the New York City Department of Information Technology and Telecommunications, and must comport with City standards. However, all City agency websites must comply with Local Law 26 of 2016, establishing protocols relating to the accessibility of City government websites for people with disabilities.

The contact information for the designated ADA Coordinator/Disability Service Facilitator is published on the publicly available website of the New York City Mayor's Office for People with Disabilities, in accordance with Local Law 27 of 2016. The Department has also provided the contact information for the designated ADA Coordinator/Disability Services Facilitator on its website. The process for a member of the public to file a grievance will also be posted on the NYPD website.

For additional information about this AccessibleNYPD ADA Compliance Plan, please contact:

New York City Police Department
Deputy Commissioner, Equity and Inclusion
1 Police Plaza, Room 1204
New York, NY 10038
Phone: (646) 610-5330

HEGGS 002632

**Appendix A**

**Precinct locations**

*Manhattan*

- 1st Precinct – 16 Ericsson Place, New York, NY 10013
- 5th Precinct – 19 Elizabeth Street, New York, NY 10013
- 6th Precinct - 233 West 10th Street, New York, NY 10014
- 7th Precinct – 19 ½ Pitt Street, New York, NY 10002
- 9th Precinct – 321 East 5th Street, New York, NY 10003
- 10th Precinct – 230 West 20th Street, New York, NY 10011
- 13th Precinct – 230 East 21st Street, New York, NY 10010
- Midtown South Precinct – 357 West 35th Street, New York, NY 10001
- 17th Precinct – 167 East 51st Street, New York, NY 10022*
- Midtown North Precinct – 306 West 54th Street, New York, NY 10019
- 19th Precinct – 153 East 67th Street, New York, NY 10065
- 20th Precinct – 120 West 82nd Street, New York, NY 10024
- Central Park Precinct – 86th Street and Transverse Rd, New York, NY, 10024
- 23rd Precinct – 162 East 102nd Street, New York, NY 10029
- 24th Precinct – 151 West 100th Street, New York, NY 10025
- 25th Precinct – 120 East 119th Street, New York, NY 10035
- 26th Precinct – 520 West 126th Street, New York, NY 10027
- 28th Precinct – 2271-89 8th Avenue, New York, NY 10027
- 30th Precinct - 451 West 151st Street, New York, NY 10031
- 32nd Precinct - 250 West 135th Street, New York, NY 10030
- 33rd Precinct - 2207 Amsterdam Avenue, New York, NY 10032
- 34th Precinct - 4295 Broadway, New York, NY 10033

* Note: the NYPD does not own this facility.

*Bronx*

- 40th Precinct – 257 Alexander Avenue, Bronx, NY 10454
- 41st Precinct – 1035 Longwood Avenue, Bronx, NY 10459
- 42nd Precinct – 830 Washington Avenue, Bronx, NY 10451
- 43rd Precinct – 900 Fteley Avenue, Bronx, NY 10473
- 44th Precinct – 2 East 169th Street, Bronx, NY 10452
- 45th Precinct – 2877 Barkley Avenue, Bronx, NY 10465
- 46th Precinct – 2120 Ryer Avenue, Bronx, NY 10457
- 47th Precinct – 4111 Laconia Avenue, Bronx, NY 10466
- 48th Precinct – 450 Cross Bronx Expressway, Bronx, NY 10457

HEGGS 002633

- 49th Precinct – 2121 Eastchester Road, Bronx, NY 10461
- 50th Precinct – 3450 Kingsbridge Avenue, Bronx, NY 10463
- 52nd Precinct – 3016 Webster Avenue, Bronx, NY 10467

*Brooklyn*
- 60th Precinct – 2951 West 8th Street, Brooklyn, NY 11224
- 61st Precinct – 2575 Coney Island Avenue, Brooklyn, NY 11223
- 62nd Precinct – 1925 Bath Avenue, Brooklyn, NY 11214
- 63rd Precinct – 1844 Brooklyn Avenue, Brooklyn NY 11210
- 66th Precinct – 5822 16th Avenue, Brooklyn, NY 11204
- 67th Precinct – 2820 Snyder Avenue, Brooklyn, NY 11226
- 68th Precinct – 333 65th Street, Brooklyn, NY 11220
- 69th Precinct – 9720 Foster Avenue, Brooklyn, NY 11236
- 70th Precinct – 154 Lawrence Avenue, Brooklyn, NY 11230
- 71st Precinct – 421 Empire Boulevard, Brooklyn, NY 11225
- 72nd Precinct – 830 4th Avenue, Brooklyn, NY 11232
- 73rd Precinct – 1470 East New York Avenue. Brooklyn, NY 11212
- 75th Precinct – 1000 Sutter Avenue, Brooklyn, NY 11208
- 76th Precinct – 191 Union Street, Brooklyn, NY 11231
- 77th Precinct – 127 Utica Avenue, Brooklyn, NY 11213
- 78th Precinct – 65 6th Avenue, Brooklyn, NY 11217
- 79th Precinct – 263 Tompkins Avenue, Brooklyn, NY 11216
- 81st Precinct – 30 Ralph Avenue, Brooklyn, NY 11221
- 83rd Precinct – 480 Knickerbocker Avenue, Brooklyn, NY 11237
- 84th Precinct – 301 Gold Street, Brooklyn, NY 11201
- 88th Precinct – 298 Classon Avenue, Brooklyn, NY 11205
- 90th Precinct – 211 Union Avenue, Brooklyn, NY 11211
- 94th Precinct – 100 Meserole Avenue, Brooklyn, NY 11222

*Queens*
- 100th Precinct- 92-24 Rockaway Beach Blvd, Queens, NY 11693
- 101st Precinct – 16-12 Mott Avenue, Queens, NY 11691
- 102nd Precinct – 87-34 118th Street, Queens, NY 11418
- 103rd Precinct – 168-02 91st Avenue, Queens, NY 11432
- 104th Precinct – 64-2 Catalpa Avenue, Queens, NY 11385
- 105th Precinct – 92-08 222nd Street, Queens, NY 11428
- 106th Precinct – 103-53 101st Street, Queens, NY 11417
- 107th Precinct – 71-01 Parsons Boulevard, Queens, NY 11365
- 108th Precinct – 5-47 50th Avenue, Queens, NY 11101
- 109th Precinct – 37-05 Union Street, Queens, NY 11354

HEGGS 002634

- 110th Precinct – 94-41 43rd Avenue, Queens, NY 11373
- 111th Precinct – 45-06 215th Street, Queens, NY 11361
- 112th Precinct – 68-40 Austin Street, Queens, NY 11375
- 113th Precinct – 167-02 Baisley Boulevard, Queens, NY 11434
- 114th Precinct – 34-16 Astoria Boulevard, Queens, NY 11103
- 115th Precinct – 92-15 Northern Boulevard, Queens, NY 11372

*Staten Island*
- 120th Precinct – 78 Richmond Terrace, Staten Island, NY 10301
- 121st Precinct – 970 Richmond Avenue, Staten Island, NY 10314
- 122nd Precinct – 2320 Hylan Boulevard, Staten Island, NY 10306
- 123rd Precinct – 116 Main Street, Staten Island, NY 10307

HEGGS 002635

**Appendix B**



HEGGS 002636

**Appendix C**

**NYPD Facilities Surveyed by Urbahn Architects**
1. 6th precinct, Manhattan South
2. 7th precinct, Manhattan South
3. 9th precinct, Manhattan South
4. 13th precinct, Manhattan South
5. 14th precinct (Midtown South), Manhattan South
6. 20th precinct, Manhattan North
7. 25th precinct, Manhattan North
8. 30th precinct, Manhattan North
9. Central Park Precinct, Manhattan North
10. 43rd precinct, Bronx
11. 46th precinct, Bronx
12. 48th precinct, Bronx
13. 50th precinct, Bronx
14. Bronx Borough Detective Squad
15. 61st precinct, Brooklyn South
16. 67th precinct, Brooklyn South
17. 68th precinct, Brooklyn South
18. 75th precinct, Brooklyn North
19. 83rd precinct, Brooklyn North
20. 90th precinct, Brooklyn North
21. 100th precinct, Queens South
22. 105th precinct, Queens South
23. 107th precinct, Queens South
24. 109th precinct, Queens North
25. 112th precinct, Queens North
26. 114th precinct, Queens North
27. 121st precinct, Staten Island
28. 122nd precinct, Staten Island

**NYPD Facilities Surveyed by Sally Swanson Architects, Inc.**
1. 1st precinct, Manhattan South
2. 5th precinct, Manhattan South
3. 10th precinct, Manhattan South
4. 13th precinct, Manhattan South
5. 14th precinct (Midtown South), Manhattan South
6. 18th precinct (Midtown North), Manhattan South
7. 26th precinct, Manhattan North

HEGGS 002637

8.   30th precinct, Manhattan North
9.   43rd precinct, Bronx
10. 46th precinct, Bronx
11. 48th precinct, Bronx
12. 52nd precinct, Bronx
13. 66th precinct, Brooklyn South
14. 68th precinct, Brooklyn South
15. 69th precinct, Brooklyn South
16. 70th precinct, Brooklyn South
17. 76th precinct, Brooklyn South
18. 78th precinct, Brooklyn South
19. 94th precinct, Brooklyn North
20. 101st precinct, Queens South
21. 103rd precinct, Queens South
22. 104th precinct, Queens North
23. 105th precinct, Queens South
24. 106th precinct, Queens South
25. 114th precinct, Queens North

HEGGS 002638

## Appendix D
## Map of Planned ADA Accessible Stationhouse Hub Sites



HEGGS 002639