**EXHIBIT 10**



# AccessibleNYPD
## Americans with Disabilities Act Compliance Plan

# August 2021



Note: This plan is a living document that will be updated periodically.

HEGGS008616

**TABLE OF CONTENTS**

I.    Introduction ..................................................................3
      A.  Mission Statement of the New York City Police Department ......3
      B.  Purpose of the Plan.......................................................3
II.   NYPD's Compliance with the ADA to Date ......................................6
III.  ADA Compliance Going Forward ......................................................9
      A.  Self-Evaluation of Architectural Barriers ....................................9
            1.   Precinct Survey Process ...............................................9
                 a.  Identification and Remediation of Hub Sites...........10
            2.   New Construction .......................................................13
            3.   Remediation of Remaining Physical Barriers ................14
            4.   Other Ongoing ADA-Related Actions Undertaken by the
                 Department's Facilities Management Division ..............16
                 a.  Improve Capital Program Strategies ......................16
                 b.  Hiring of Additional Staff........................................16
                 c.  Training...........................................................17
      B.  Program Accessibility..................................................17
            1.   Meetings Open to Members of the Public ...................18
            2.   Arrest Processing Procedures.......................................18
            3.   Expanded Policy Regarding Programmatic & Facility
                 Accessibility.............................................................18
      C.  Continuing Implementation of Accessible NYPD ........................19
      D.  Department's External or Public Website ...................................20


**APPENDICES**

Appendix A: Precinct Locations.......................................................21

Appendix B: Map of Geographical Boundaries of NYPD Precincts...................24

Appendix C: List of NYPD Facilities Surveyed by Urbahn Architects and Sally
Swanson Architects, Inc. ...............................................................25

Appendix D: Map of Planned ADA Accessible Stationhouse Hub Sites ...........27

HEGGS008617

**New York City Police Department**
**AccessibleNYPD: Americans with Disabilities Act Compliance Plan**

# I. Introduction

## *A. Mission, Vision, and Values of the New York City Police Department*

Mission: The mission of the New York City Police Department (NYPD or Department) is to enhance the quality of life in New York City by working in partnership with the community to enforce the law, preserve peace, reduce fear, and maintain order.

Vision: The New York City Police Department strives to foster a safe and fair City by incorporating Neighborhood Policing into all facets of Department operations, and solve the problems that create crime and disorder through an interdependent relationship between the people and its police, and by pioneering strategic innovation.

Values: In partnership with the community, we pledge to: Protect the lives and property of our fellow citizens and impartially enforce the law. Fight crime, both by preventing it and aggressively pursuing violators of the law. Maintain a higher standard of integrity than is generally expected of others because so much is expected of us. Value human life, respect the dignity of each individual and render our services with courtesy and civility.

## *B. Purpose of the Plan*

In accordance with our mission statement, the NYPD is committed to compliance with the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, City and State human rights laws,[1] and to providing New York City residents and visitors with meaningful access to the Department's programs, services, and activities.

AccessibleNYPD is the Department's ADA Compliance Plan which details the steps that the Department has taken and plans to take that reflect its ongoing commitment to maximizing accessibility and eliminating barriers associated with our programs, services and activities delivered at our stationhouses, facilities, and shared spaces throughout New York City.[2] The NYPD and its staff believe that ensuring its stationhouses, programs, and services are accessible to people with disabilities is essential to good customer service, improves the quality of life New Yorkers seek to enjoy, and promotes effective governance.

HEGGS008618

New York City's five boroughs are broken into eight NYPD patrol boroughs: Patrol Borough Manhattan South, Patrol Borough Manhattan North, Patrol Borough Queens South, Patrol Borough Queens North, Patrol Borough Bronx, Patrol Borough Staten Island, Patrol Borough Brooklyn North, and Patrol Borough Brooklyn South. Across the eight patrol boroughs, the NYPD has 76 precinct stationhouses that are owned and fully maintained by the NYPD. A list of these locations is included in Appendix A. A map depicting the geographical boundaries of each precinct as of the date of this publication is included in Appendix B.

---

[1] The ADA is a civil rights law prohibiting discrimination against individuals on the basis of disability. Title II of the ADA relates to the programs, activities, and services provided by public entities. Throughout this plan, the terms "ADA Compliance" or "compliance with the ADA" will be used interchangeably and will be deemed to incorporate by reference compliance with all other related Federal, City and State laws.

[2] Remediation of physical barriers outlined in this plan focuses on precinct stationhouses. Stationhouses will be used throughout this document to refer solely to Patrol precinct buildings. The NYPD owns 76 of the 77 stationhouses, and leases one building. The NYPD Transit Bureau operates out of Transit Districts throughout the five boroughs, which are owned by the New York City Transit Authority (NYCTA). The NYPD Housing Bureau operates out of Police Service Areas (PSAs) throughout the five boroughs, which are owned by the New York City Housing Authority (NYCHA).

The NYPD seeks to offer and operate each program, service, or activity so that, when viewed in its entirety, it is readily accessible to people with disabilities. We continue to make progress toward these goals by:
- surveying 76 NYPD owned stationhouses;
- remediating a number of stationhouses to render those areas open to the public or persons in police custody fully or partially accessible to people with mobility disabilities;
- instituting new tools, policies, and procedures that provide for increased access to the Department's programs, services, and activities; and
- providing ongoing education and training for NYPD employees on the ADA and the Department's obligations under federal, state and local disability anti-discrimination laws.

The Department's plan is based on a comprehensive review of our programs, services, and activities, as well as the results of surveys of precinct stationhouses performed by the NYPD as well as external architectural accessibility experts. The plan also takes into account a review of settlement agreements entered into by the U.S. Department of Justice as a result of Project Civic Access, which reviews local and state government compliance with the ADA.[3] This plan describes the Department's planned changes to programs and stationhouses, sets priorities for minimizing and, where feasible, eliminating barriers to accessibility. This plan will be updated as necessary. While comprehensive, the plan does not include every step the Department has taken or will take regarding ADA compliance.

---

[4] A fully accessible stationhouse would have no barriers to access for persons with mobility impairments in

4

HEGGS008619

arrest processing areas and areas open to the public. A partially accessible stationhouse would allow for persons with mobility impairments to enter the building, access certain programs, and use at least one restroom, but all areas may not be accessible. A small number of stationhouses will not be able to be remediated and will not be accessible to those with mobility impairments; however, the NYPD is committed to providing access to programs and services through alternative methods.

## II. <u>NYPD's Compliance with the ADA to Date</u>

The NYPD complies with its obligations under Title II of the ADA through a number of different initiatives, including but not limited to the following:

a) A Department working group meets regularly to discuss the remedial measures and proactive steps addressed in this plan. The working group is comprised of members of the service from many NYPD Bureaus and sub- units, including the Police Commissioner's Office; Deputy Commissioner, Equity & Inclusion; Deputy Commissioner, Legal Matters; Chief of Department; Chief of Patrol; Criminal Justice Bureau; Chief of Training; Office of Management Analysis & Planning; and, Facilities Management Division.

b) The Department has identified 16 precinct locations throughout the five boroughs of New York City (commonly referred to as the "hub" precincts), discussed below, that will be made accessible to members of the public and for arrest processing by the end of 2026. The remediation of these hubs was initially scheduled to be completed by the end of 2021. However, with the onset of the pandemic, the hubs will be remediated on a rolling basis with all 16 completed by the end of 2026.

c) In June 2018, the Department published a procedure outlining interim programmatic alternatives to ensure access to the Department's programs, services, and activities. (*See* Operations Order 35 of 2018, "Operational Guidelines for Americans with Disabilities Act (ADA) Compliance"). Command Level Training was provided to the training coordinators of each command on this Operations Order.

d) The Department's Office of Equal Employment Opportunity (EEO) is the Department's ADA Coordinator. The ADA Coordinator is responsible for receiving and investigating grievances received from people with disabilities or their representatives. (See, Administrative Guide Procedure 308-06, "Grievance Procedure for Members of the Public with Disabilities.") In 2016, New York City Local Law 27 mandated the designation of a Disability Service Facilitator (DSF), with duties and responsibilities that overlap and supplement those of the ADA Coordinator. As EEO is a subunit reporting to the Deputy Commissioner, Equity and Inclusion (DCEI), the positions of both the ADA Coordinator and DSF are overseen

5

HEGGS008620

directly by DCEI. The Director, EEO has been designated as the Department's ADA Coordinator and DSF. The ADA Coordinator and DSF's duties and responsibilities include, but are not limited to:

    i.   Serving as the primary contact for people with disabilities;
    ii.   Responding to inquiries and concerns from members of the public concerning accessibility;
    iii.   Developing agency policies and procedures to ensure full programmatic accessibility for people with disabilities; and
    iv.   Conducting periodic training for agency staff on disability access issues.

e)   The Department has an Equal Employment Opportunity Policy in place to prevent discriminatory practices from harming its employees or applicants and updates it periodically. (See, Patrol Guide 205-36, "Employment Discrimination.")

f)   The Department has a procedure in place to address requests for reasonable accommodations by applicants and employees with disabilities. (See, Administrative Guide 320-47, "Reasonable Accommodations for Employees and Applicants.")

g)   The Department has a policy that provides for the relocation of public meetings scheduled to take place in precincts that are not accessible to people with mobility disabilities to an accessible location. (See, Finest Message, "Notification of Accessibility for Events Open to the Public," dated 5/21/18.)

h)   The Department ensures that its contracts for the construction and/or renovation of its stationhouses include a requirement that the construction comply with the ADA and all other federal, state, and local accessibility laws.

i)   The Department has a policy in place to ensure effective communication with members of the public who are deaf or hard of hearing through the use of sign language interpreters or other auxiliary aids and services. (See, Patrol Guide Procedure 212-104 "Interaction with Hearing Impaired Persons.")

j)   The Department has a policy that prohibits certain conduct when dealing with the public, including the use of discourteous or disrespectful remarks regarding another person's disability. (See, Administrative Guide Procedure 304-06, "Prohibited Conduct.")

k)   The Department has a policy, in accordance with Section 14-151 of the New York City Administrative Code, that prohibits employees from "intentionally engaging in

6

HEGGS008621

bias-based profiling, which is defined as 'an act of a member of the force of the police department or other law enforcement officer that relies on actual or perceived … disability . . . as the determinative factor in initiating law enforcement action against an individual.'" (See, Admin Guide Procedure 304-17, "Department Policy Prohibiting Racial Profiling and Bias-Based Policing.")

l)  The Department has a policy of conducting thorough investigations of bias-motivated incidents, including those offenses motivated in whole or in part by an individual's disability. (See, Patrol Guide Procedure 207-10, "Bias-Motivated Incidents.")

m)  The Department established a transportation program for complainants, victims, and witnesses with disabilities who need accessible transportation in conjunction with the Metropolitan Transportation Authority (MTA) via the Access-a-Ride Program. This program went into effect on February 24, 2015. (See, Operations Order 12 of 2015, "Available Transportation Services for Disabled Complainants, Victims and Witnesses" and Operations Order 34 of 2020, "Expansion of Pilot Program – Citywide Utilization of Department Vehicles Equipped with Americans with Disabilities Act (ADA) Compliant Lifts when Transporting Arrestees with Mobility Disabilities")

i.  Mobility Disability: A person is considered to have a mobility disability if he or she has a physical or mental impairment that substantially limits one or more major life activities, has a record of such impairment, or is regarded as having such an impairment.

ii.  As a part of this program, the Department has identified a precinct in each of the patrol boroughs and ensured accessibility of arrest processing areas.  The 83rd Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in Brooklyn North, and the 67th Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported in Brooklyn South.  The 28th precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in Manhattan North, and the 9th Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to in Manhattan South.  In addition, the 121st Precinct has been designated as the centralized location to which arrestees with mobility disabilities will be transported to on Staten Island.  Uniformed members of the service in the confines of Queens North, Queens South and the Bronx who arrest individuals with mobility disabilities will process arrests in the precinct of arrest.

iii.  Furthermore, uniformed members of the service requiring ADA compliant vans with wheelchair lifts in the confines of Queens North, Queens South and the Bronx will contact their respective patrol boroughs to request ADA compliant transportation.

HEGGS008622

n) The Department has procedures in place regarding people in police custody that may need to be removed from the general population of prisoners because of a medical condition, physical disability, or safety concern, as well as for prisoners requiring medical treatment. (See, Patrol Guide Procedures 210-17, "Arrest Processing of Pre-Arraignment Prisoners Designated as 'Special Category'" and 210-04, "Prisoners Requiring Medical/Psychiatric Treatment.")

p) The Department's use of force policy also includes direction to officers to consider whether an individual's lack of compliance is an inability to comply because of a medical condition, mental health disability, developmental disability, or physical limitation, among others. (See, Patrol Guide Procedure 221-02, "Use of Force.")

q) In June 2016, the Department contracted with a vendor to renovate bathrooms throughout a variety of Department facilities. That contract, which is still ongoing, mandates that the bathrooms are renovated in accordance with the ADA.

i. The Department's Facilities Management Division developed a policy through which all plans for new construction and major renovations are reviewed for ADA compliance. (See, memorandum from Facilities Management Division, dated January 11, 2018, "Requests for Department Facility Construction Projects and Americans with Disabilities Act Law Compliance.")

# III. <u>The Department's ADA Compliance</u>

## A. *Self-Evaluation of Architectural Barriers*

### 1. <u>Precinct Survey Process</u>

In 2019, architectural accessibility surveys were conducted of 43 precincts by Urbahn Architects and/or by Sally Swanson Architects, Inc. A list of those stationhouses surveyed is included in Appendix C. The City of New York retained Urbahn Architects ("Urbahn") to conduct 28 surveys, including 27 precincts and the Detective Borough in the Bronx. Sally Swanson Architects, Inc., another architectural accessibility expert, surveyed 25 precincts (some of which overlapped with the precincts surveyed by Urbahn).

The surveys assessed areas that may be accessed by members of the public, including building entrances, reception and waiting areas, public bathrooms, meeting areas, and rooms

HEGGS008623

and areas that house various programs and services offered at the precincts – and the paths of travel between the areas. The surveys identified some barriers to accessibility at the stationhouses. Some of these barriers have been – and will continue to be – addressed by the Department's maintenance staff, but the majority of barriers require long-term plans that involve engineering/design consultation as well as of the receipt of additional funding.

In addition to the surveys completed by Urbahn, the NYPD's Facilities Management Division (FMD) conducted an assessment of accessibility and a preliminary cost estimate for remediation of the arrest processing areas at the 27 stationhouses surveyed by Urbahn.

In 2018, the NYPD retained United Spinal to conduct additional architectural accessibility surveys for all 77 stationhouses where public programs, services and activities are offered.

The surveys evaluated the existing condition of each stationhouse, assessed those areas open to the public as well as those areas where people in police custody are processed and held. These survey reports also include cost estimates for the removal of identified barriers.

*a. Identification and Remediation of Hub Sites*

As mentioned above, architectural barriers to accessibility were identified at the stationhouses. The Department is now working to remediate these architectural barriers at the 16 hub precincts. The remediation will be completed over time, while considering the cost of remediation and operational needs to ensure that the precinct can provide continuous, around-the-clock safety and law enforcement services within the geographic area covered by each precinct. Patrol services and emergency response must remain uninterrupted. The need to foster and advance the foundational elements of Neighborhood Policing, such as sector integrity and collaborative problem solving in each community, presents unique challenges that must be overcome as the removal of architectural barriers proceeds in buildings that often date back more than a century. On a rolling basis, as renovations are completed in each of the hub sites, programs and services and arrest processing will be moved to the accessible stationhouses, unless they already have been relocated in connection with Operations Order 35 of 2018. The Department anticipates completing the hub sites by 2026.

The designated hub sites are listed in the chart below. The scope of work varies depending upon the nature of barriers identified at each stationhouse, and may include the following areas within the Department's control: accessible entrances into the precincts, front desk renovations, compliant bathroom facilities, interior room and travel path clearances (including access to the complaint room, rooms that house community meetings, and other services where applicable), new signage, drinking fountain accessibility, arrest processing, fingerprinting, holding cells, and lineup and interview rooms.

HEGGS008624

| Patrol Borough | Precinct |
|---|---|
| Bronx | 48th |
| | 50th |
| Brooklyn North | 83rd |
| | 90th |
| Brooklyn South | 67th |
| | 61st |
| Manhattan North | 25th |
| | 30th |
| | Central Park Precinct |
| Manhattan South | 7th |
| | 13th |
| Queens North | 112nd |
| | 114th |
| Queens South | 105th |
| | 107th |
| Staten Island | 121st |

HEGGS008625

The Department's Facilities Management Division and other in-house staff are tasked with removing barriers in each hub precinct. The work needed to remove larger barriers in hub precincts will be contracted out. Based on final work scopes, funding, and availability of resources, individual location, the end date for remediation is tentative and subject to change.

When remediation to the hub precincts are completed, the Department will implement a policy that requires that interior paths of travel and clearances are routinely checked by Department staff for any barriers to access. It is anticipated that this policy will be developed and implemented concurrent with the completion of construction of the hub sites.

In addition to the hub sites listed above, the 101st precinct in Queens is anticipated to have an ADA compliant access ramp for the building entrance by the end of 2022.

## 2. New Construction

The NYPD is committed to ensuring full ADA compliance in newly constructed buildings, which, upon completion, will be designated by policy as additional hub stationhouses in their respective Patrol Boroughs. (See, q) supra page 9, and FMD 49 dated 1/11/2018). Upcoming new construction projects that will be ADA compliant include:

| Project | Description |
|---|---|
| New 116th precinct | <ul><li>The Department is planning to build a facility for a newly created precinct. The 116th Precinct will encompass the southern portion of the 105th Precinct in Queens. Estimated completion to be determined.</li><li>The stationhouse will be located on the land currently occupied by a parking lot serving the 105th Precinct Satellite.</li><li>This will be a fully ADA compliant precinct equipped with an elevator.</li></ul> |

HEGGS008626

| New 40th precinct | • Construction on the new 40th Precinct stationhouse began in the summer of 2018, and anticipated completion is estimated in 2022. This 45,000 square foot building and associated off- street NYPD employee parking lot (including at least one van accessible parking spot) will serve the neighborhoods of Port Morris, Mott Haven, and Melrose. |
|---|---|
| | • The building is designed to meet current standards for new NYPD stationhouses, including the provision of a Community Room at the front of the command. The building design incorporates a high-performance exterior envelope, energy efficient mechanical systems and a green roofing system. |
| | • The building will be fully accessible as required by NYC Department of Buildings and the ADA. Accessibility features include code-compliant travel routes and entrances, signage, lavatory facilities, and detention cells. |
| Renovated Times Square Substation | • The NYPD is remodeling the substation to make it more visible, attractive and functional. |
| | • It will be a fully ADA compliant facility upon completion. |

In addition to the above new construction, the following ADA compliant new construction project was completed:

| Project | Description |
|---|---|
| Police Academy | • The Police Academy, which opened in 2015, encompasses over 720,000 square feet on a 35-acre campus. |
| | • Accessibility features include code-compliant travel routes and entrances, elevators, signage, and lavatory facilities. The 800- seat, two-story auditorium provides accessible seating at both the front and rear of the seating area, and is equipped with an induction loop assistive listening system. |

HEGGS008627

## 3. Remediation of Remaining Physical Barriers

Stationhouses that have not been designated as future accessible hub sites will remain open to members of the public and considered for possible partial remediation as described below:

- **Precinct Entrances**
    - Precincts with steps to the entryway will be surveyed to determine whether an alternative, accessible entrance exists or can be constructed.
    - Where possible, compliant ramps will be added to the exterior of NYPD precincts. Where ramps already exist, they will be surveyed to ensure compliance.
    - Precinct doors will be surveyed to determine the presence of inaccessible thresholds and non-compliant clearances or door hardware. Pressure required to open the doors will also be checked.
    - A review of precincts that utilize external bells or intercoms to obtain access will be conducted to ensure all bells and intercoms are in working order and accessible. Where no bell or intercom exists at precincts that are currently not accessible or cannot be made accessible, the survey will determine whether a bell or intercom can be added as an alternative for obtaining assistance. Where bells, buzzers, or intercoms are available, informational signs will be provided explaining their use.
    - Paths of travel to alternative, accessible entrances will be surveyed for barriers to access.

- **Signage**
    - Signs, both interior and exterior, will include Braille, high contrast, and raised lettering.
    - Proper location of the signs on the walls will be ensured by Facilities Management Division.
    - Signs directing the public to accessible entrances will be displayed at the front entrance to precincts as precincts are made accessible.

- **Bathrooms**
    - Public bathrooms renovated at stationhouses will be inspected to confirm compliance with applicable standards.

- **Access to Interior Offices (on First Floor)**
    - Interior offices on first floors of stationhouses that may be visited by

13

HEGGS008628

the public will be surveyed for compliance with applicable standards.

- Moveable barriers or furniture will be relocated as necessary, including along paths of travel.

- As a reasonable alternative, an accessible location within precincts will be identified to ensure the ability to offer programs and services to the public. For example, many services can be provided in the lobby/waiting areas of precincts (if entrance is accessible) or in an accessible muster room. Whenever possible, and based on the individual situation and need, services that require privacy will be conducted in an accessible location within the precinct that is out of public view.

- Doorknobs throughout precincts on doors that might be used by the public will be replaced with hardware that does not require tight grasping, pinching, or twisting of the wrist to operate.

- **Reception/Waiting Areas/Lobbies**
    - Lobbies will be surveyed, including waiting areas, seating in those areas, and the availability of an accessible service counter.

    - Most, if not all, precincts have tall front desks for security purposes. As an alternative, an accessible desk or lower service counter on an accessible route will be made available in precincts as they are remediated. Equivalent facilitation may also be provided in the form of a folding shelf attached to the main counter, an auxiliary table nearby, a clipboard made available to the public, or other means.

- **Arrest Processing Areas and Holding Cells**
    - Arrest processing areas, including paths of travel, will be surveyed for appropriate clearances.

    - In any precincts where holding cells are renovated in the future, a designated accessible cell will be made available to accommodate people who use wheelchairs.

    - The Department will ensure accessible bathroom facilities are available for use by people with mobility disabilities to use while in police custody.

- **Precinct Detective Squads, Interview Rooms, and Lineup Viewing Areas**
    - If there is no accessible route to a Detective Squad because it can only be reached by stairs, the Department will ensure that an alternative location is made available for use by the Detective Squad. Alternative options include conducting interviews of complainants or witnesses in an accessible location within the stationhouse, or conducting lineups or other activities at an accessible precinct.

14

HEGGS008629

- **Access to Other Programs, Services, Activities (Not on First Floor)**
  - Some offices are located on upper floors of stationhouses. While these offices may be located on inaccessible floors, the program, service, or activity offered – such as victim services, domestic violence officers, Community Affairs officers – will be made available on the first floor or offered in an accessible location outside of the stationhouse.

If structural renovations to some of the Department's stationhouses are determined to be infeasible, the NYPD is dedicated to finding alternative solutions to ensure that services, programs, or activities, when viewed in their entirety, will be readily accessible to and usable by people with disabilities.

## 4. Other Ongoing ADA-related Actions Undertaken by the Department's Facilities Management Division

a. *Improve Capital Program Strategies*
The NYPD will continue to improve the management of its capital programs by monitoring its ADA compliance in all projects. To the extent possible, NYPD will prioritize improvements and remediation that can be completed by in-house personnel.

b. *Hiring of Additional Staff*
The NYPD is committed to reviewing ADA compliance and monitoring the initiation and completion of all relevant projects. The Facilities Management Division hired a Director of Safety and Compliance responsible for ensuring the Department's compliance with all laws, codes, rules and regulations that govern construction and physical accessibility in the NYPD's facilities.

In addition, the Department is requesting funding to hire an ADA Construction Compliance Manager who will be focused on reviewing all projects, conducting pre and post construction surveys using appropriate ADA Checklists, and documenting all renovations to improve NYPD compliance. The Department has also assigned a senior Agency Attorney to work directly in the FMD command.

c. *Training*
The Facilities Management Division receives regular trainings to ensure that its staff are up-to-date on accessibility requirements, including the ADA Standards for Accessible Design.

HEGGS008630

## B. Program Accessibility

Under the ADA, a public entity's services, programs, or activities, when viewed in their entirety, must be readily accessible to and usable by people with disabilities. The programs and services offered by the NYPD to the public vary by precinct and borough. Among the programs, services, and activities offered by the Department (sometimes in conjunction with external individuals/groups/agencies) are: Build the Block Meetings; Neighborhood Policing events/meetings; the NYPD Explorers Program; coat, toy, food, and blood drives; fingerprinting; Community Council meetings; permit pickups; criminal complaint intake; motor vehicle accident report pickup; gun and pill drops; VIN etching and registration of bicycles, tablets, and mobile devices; crime prevention lectures and surveys; Safe Horizons victim services; Domestic Violence and Community Affairs Officers meetings; and, child identification kits. Not all of these programs are offered at Department facilities. Some, by their nature, are offered outside of the precincts (e.g., VIN etching, bicycle registration, crime prevention surveys). Others may be offered at the precinct or at an external (non-NYPD) location.

Currently, members of the service located in stationhouses that cannot provide a program or service to individuals with disabilities are required to comply with Operations Order 35 of 2018, which directs members of the service to relocate programs and services to an alternate accessible location outside the precinct, an accessible location within the precinct, or to bring the program or service to the individual with a disability. (See, Operations Order 35 of 2018.)

Members of the service will be directed to relocate programs and services, including those related to arrest processing, to the hub precincts (upon completion), or when necessary, to an outside accessible location, accessible location within the stationhouse, or to bring the program or service to the individual with a disability as described below.

## 1. Meetings Open to Members of the Public

The Department has developed and implemented a written policy that provides for the relocation of public meetings scheduled to take place in precincts to an accessible location. (See, Finest Message, "Notification of Accessibility for Events Open to the Public"). All announcements, advertisements, and invitations for events open to the public and hosted by the NYPD will include the contact information to direct requests for accommodations for those attending the event. There will also be a deadline of 72 hours prior to the event to make such accommodation requests.

When applicable, the NYPD will begin printing meeting agendas in large-font type so that the content of agendas of public meetings can be more easily reviewed. Major agenda points will be printed in 14-point font.

The NYPD is currently making substantive efforts toward ensuring public meetings will be

HEGGS008631

held in ADA-accessible facilities and will continue to do so. The Department will conduct all public meetings in ADA accessible facilities, and to the extent feasible, will make specific accommodations, when requested, to ensure that residents are provided access to public meetings sponsored by the Department.

## 2. Arrest Processing Procedures

The Department's procedures related to arrest processing will be reviewed and revised, where deemed appropriate, to provide additional guidance on the search, transport, housing, and appropriate handcuffing of individuals with disabilities, including mobility impairments necessitating use of wheelchairs and/or medical equipment or devices. All NYPD procedures related to arrest processing have been reviewed and revised, where appropriate, to make provisions for people with disabilities.

Services for arrestees with medical issues are addressed in existing Department policy including Operations Order 34 of 2020, "Expansion of Pilot Program – Citywide Utilization of Department Vehicles Equipped with Americans with Disabilities Act (ADA) Compliant Lifts when Transporting Arrestees with mobility Disabilities", Operations Order 12 of 2015, "Available Transportation Services for Disabled Complainants, Victims and Witnesses", Patrol Guide Procedure 210-17, "Arrest Processing of Pre-Arraignment Prisoners Designated as 'Special Category' ",, Patrol Guide Procedure 210-04, "Prisoners Requiring Medical/Psychiatric Treatment", and Patrol Guide Procedure 208-05, "Arrest – General Search Guidelines".

## 3. Expanded Policy Regarding Programmatic & Facility Accessibility

After completion of the original hub sites in all patrol boroughs, the Department developed an expanded written policy (Operations Order 35 of 2018), reminding employees of the requirements of the ADA, including but not limited to offering programs and services in the normal course at each patrol borough hub site, alternative accessible locations, through home visits, or other alternative methods. The expanded policy was distributed to all uniform and civilian employees.

## C. Continuing Implementation of AccessibleNYPD

The Department will create and revise policies, procedures, and training curricula as necessary to accomplish the steps outlined in this plan. The Department is committed to continue training its employees about the requirements of the ADA and how those requirements impact their law enforcement duties, and will also ensure training is conducted on any new or revised Department policies related to the ADA.

The Training Bureau, under the authority of the Chief of Training, develops training for members of service assigned to the Patrol Boroughs and/or the 77 precincts that make up the

17

HEGGS008632

Patrol Services Bureau, with input from multiple stakeholder commands. Training may be conducted through multiple methods, including but not limited to roll call trainings, command level trainings, promotional trainings, publications distributed by email and/or Department intranet, and videos offered on the Department intranet and Department phones, in order to reach the broadest audience likely to encounter the topic or scenario that gives rise to the need for training.

The Department updated its recruit, promotional, and in-service curricula to provide information and guidance on the requirements of the ADA and related state and local laws as well as appropriate ways of serving people with disabilities. Training on Operations Order 35 of 2018 as well as all procedures related to ADA requirements are routinely taught to newly hired personnel and refreshed via continued training.

Additionally, the Department created a training program on the Operations Order, which is mandatory for all uniform and civilian members of the service available on the Department's NYPDU TACTICS training system. All Precinct Commanding Officers, Executive Officers, Neighborhood Coordination Officers, and Community Affairs Officers will receive either a written, electronic or in-person briefing on Operations Order 35 of 2018. The Department's Digital Communications Officers (described in Operations Order 28 of 2017) will also receive training to ensure that public meeting notices posted on social media comport with Local Law 28 of 2016.

In 2018, the Academy's recruit curriculum was revised to include Operations Order 35 of 2018. Academy recruits receive this enhanced training on interacting with people with disabilities. After completion of the remediation of the hub precincts, the curricula were updated to reflect amended policy, and widespread training has been conducted throughout the accessible locations within each existing precinct building and providing accommodations on a case by case basis with the assistance of the Facilities Management Division.

Accessibility of facilities, programs and services are the subject of a full training module for all training coordinators in all precincts. Simultaneously, the Department's Disability Service Facilitator will keep track of any inquiries and complaints in order to inform all aspects of training with real time information about the most frequently encountered accessibility issues brought to our attention by members of the public.

The Department is continually advancing and implementing programs and access in partnership with the Mayor's office and the Department of City Planning as well as various internal resources to continue adhering with ADA compliancy.  Some of these programs and access include: Text to 911 services, direct access to Language Line Interpreters from Department Smartphones (including American Sign Language), working with communities such as the Lexington School for the Deaf, and installing listening devices for the hard of hearing in all NYPD conference rooms.

HEGGS008633

## D. Department's Website

The Department's website is hosted by the New York City Department of Information Technology and Telecommunications, and must comport with City standards. However, all City agency websites must comply with Local Law 26 of 2016, which established protocols relating to the accessibility of City government websites for people with disabilities.

The contact information for the designated ADA Coordinator/Disability Service Facilitator is published on the website of the New York City Mayor's Office for People with Disabilities, in accordance with Local Law 27 of 2016.

The Department also provides the contact information for the designated ADA Coordinator/Disability Services Facilitator on its website. The process for a member of the public to file a grievance is also posted on the NYPD website.

## E. Additional Information

For additional information about the Department's ADA Compliance Plan, please contact:

New York City Police Department
Deputy Commissioner, Equity and Inclusion
Equal Employment Opportunity Division
375 Pearl Street, Floor 15, Suite 4
New York, NY 10038 Phone: (646) 610-5330


New York City Police Department
Disability Services Facilitator
Equal Employment Opportunity Division
375 Pearl Street, Floor 15, Suite 4
New York, NY 10038 Phone: (646) 610-5330

HEGGS008634

# Appendix A

## Precinct locations

*Manhattan*

- 1st Precinct – 16 Ericsson Place, New York, NY 10013
- 5th Precinct – 19 Elizabeth Street, New York, NY 10013
- 6th Precinct – 233 West 10th Street, New York, NY 10014
- 7th Precinct – 19 ½ Pitt Street, New York, NY 10002
- 9th Precinct – 321 East 5th Street, New York, NY 10003
- 10th Precinct – 230 West 20th Street, New York, NY 10011
- 13th Precinct – 230 East 21st Street, New York, NY 10010
- Midtown South Precinct – 357 West 35th Street, New York, NY 10001
- 17th Precinct – 167 East 51st Street, New York, NY 10022*
- Midtown North Precinct – 306 West 54th Street, New York, NY 10019
- 19th Precinct – 153 East 67th Street, New York, NY 10065
- 20th Precinct – 120 West 82nd Street, New York, NY 10024
- Central Park Precinct – 86th Street and Transverse Rd, New York, NY, 10024
- 23rd Precinct – 162 East 102nd Street, New York, NY 10029
- 24th Precinct – 151 West 100th Street, New York, NY 10025
- 25th Precinct – 120 East 119th Street, New York, NY 10035
- 26th Precinct – 520 West 126th Street, New York, NY 10027
- 28th Precinct – 2271-89 8th Avenue, New York, NY 10027
- 30th Precinct - 451 West 151st Street, New York, NY 10031
- 32nd Precinct - 250 West 135th Street, New York, NY 10030
- 33rd Precinct - 2207 Amsterdam Avenue, New York, NY 10032
- 34th Precinct - 4295 Broadway, New York, NY 10033

* Note: the NYPD does not own this facility.

*Bronx*

- 40th Precinct – 257 Alexander Avenue, Bronx, NY 10454
- 41st Precinct – 1035 Longwood Avenue, Bronx, NY 10459
- 42nd Precinct – 830 Washington Avenue, Bronx, NY 10451
- 43rd Precinct – 900 Fteley Avenue, Bronx, NY 10473
- 44th Precinct – 2 East 169th Street, Bronx, NY 10452
- 45th Precinct – 2877 Barkley Avenue, Bronx, NY 10465
- 46th Precinct – 2120 Ryer Avenue, Bronx, NY 10457
- 47th Precinct – 4111 Laconia Avenue, Bronx, NY 10466
- 48th Precinct – 450 Cross Bronx Expressway, Bronx, NY 10457

HEGGS008635

- 49th Precinct – 2121 Eastchester Road, Bronx, NY 10461
- 50th Precinct – 3450 Kingsbridge Avenue, Bronx, NY 10463
- 52nd Precinct – 3016 Webster Avenue, Bronx, NY 10467

*Brooklyn*
- 60th Precinct – 2951 West 8th Street, Brooklyn, NY 11224
- 61st Precinct – 2575 Coney Island Avenue, Brooklyn, NY 11223
- 62nd Precinct – 1925 Bath Avenue, Brooklyn, NY 11214
- 63rd Precinct – 1844 Brooklyn Avenue, Brooklyn NY 11210
- 66th Precinct – 5822 16th Avenue, Brooklyn, NY 11204
- 67th Precinct – 2820 Snyder Avenue, Brooklyn, NY 11226
- 68th Precinct – 333 65th Street, Brooklyn, NY 11220
- 69th Precinct – 9720 Foster Avenue, Brooklyn, NY 11236
- 70th Precinct – 154 Lawrence Avenue, Brooklyn, NY 11230
- 71st Precinct – 421 Empire Boulevard, Brooklyn, NY 11225
- 72nd Precinct – 830 4th Avenue, Brooklyn, NY 11232
- 73rd Precinct – 1470 East New York Avenue. Brooklyn, NY 11212
- 75th Precinct – 1000 Sutter Avenue, Brooklyn, NY 11208
- 76th Precinct – 191 Union Street, Brooklyn, NY 11231
- 77th Precinct – 127 Utica Avenue, Brooklyn, NY 11213
- 78th Precinct – 65 6th Avenue, Brooklyn, NY 11217
- 79th Precinct – 263 Tompkins Avenue, Brooklyn, NY 11216
- 81st Precinct – 30 Ralph Avenue, Brooklyn, NY 11221
- 83rd Precinct – 480 Knickerbocker Avenue, Brooklyn, NY 11237
- 84th Precinct – 301 Gold Street, Brooklyn, NY 11201
- 88th Precinct – 298 Classon Avenue, Brooklyn, NY 11205
- 90th Precinct – 211 Union Avenue, Brooklyn, NY 11211
- 94th Precinct – 100 Meserole Avenue, Brooklyn, NY 11222

*Queens*
- 100th Precinct- 92-24 Rockaway Beach Blvd, Queens, NY 11693
- 101st Precinct – 16-12 Mott Avenue, Queens, NY 11691
- 102nd Precinct – 87-34 118th Street, Queens, NY 11418
- 103rd Precinct – 168-02 91st Avenue, Queens, NY 11432
- 104th Precinct – 64-2 Catalpa Avenue, Queens, NY 11385
- 105th Precinct – 92-08 222nd Street, Queens, NY 11428
- 106th Precinct – 103-53 101st Street, Queens, NY 11417
- 107th Precinct – 71-01 Parsons Boulevard, Queens, NY 11365
- 108th Precinct – 5-47 50th Avenue, Queens, NY 11101
- 109th Precinct – 37-05 Union Street, Queens, NY 11354

HEGGS008636

- 110th Precinct – 94-41 43rd Avenue, Queens, NY 11373
- 111th Precinct – 45-06 215th Street, Queens, NY 11361
- 112th Precinct – 68-40 Austin Street, Queens, NY 11375
- 113th Precinct – 167-02 Baisley Boulevard, Queens, NY 11434
- 114th Precinct – 34-16 Astoria Boulevard, Queens, NY 11103
- 115th Precinct – 92-15 Northern Boulevard, Queens, NY 11372

*Staten Island*
- 120th Precinct – 78 Richmond Terrace, Staten Island, NY 10301
- 121st Precinct – 970 Richmond Avenue, Staten Island, NY 10314
- 122nd Precinct – 2320 Hylan Boulevard, Staten Island, NY 10306
- 123rd Precinct – 116 Main Street, Staten Island, NY 10307

HEGGS008637

**Appendix B**



POLICE DEPARTMENT
PRECINCT BOUNDARIES

HEGGS008638

**Appendix C**

**NYPD Facilities Surveyed by Urbahn Architects**
1. 6th Precinct, Manhattan South
2. 7th Precinct, Manhattan South
3. 9th Precinct, Manhattan South
4. 13th Precinct, Manhattan South
5. 14th Precinct (Midtown South), Manhattan South
6. 20th Precinct, Manhattan North
7. 25th Precinct, Manhattan North
8. 30th Precinct, Manhattan North
9. Central Park Precinct, Manhattan North
10. 43rd Precinct, Bronx
11. 46th Precinct, Bronx
12. 48th Precinct, Bronx
13. 50th Precinct, Bronx
14. Bronx Borough Detective Squad
15. 61st Precinct, Brooklyn South
16. 67th Precinct, Brooklyn South
17. 68th Precinct, Brooklyn South
18. 75th Precinct, Brooklyn North
19. 83rd Precinct, Brooklyn North
20. 90th Precinct, Brooklyn North
21. 100th Precinct, Queens South
22. 105th Precinct, Queens South
23. 107th Precinct, Queens South
24. 109th Precinct, Queens North
25. 112th Precinct, Queens North
26. 114th Precinct, Queens North
27. 121st Precinct, Staten Island
28. 122nd Precinct, Staten Island

**NYPD Facilities Surveyed by Sally Swanson Architects, Inc.**
1. 1st Precinct, Manhattan South
2. 5th Precinct, Manhattan South
3. 10th Precinct, Manhattan South
4. 13th Precinct, Manhattan South
5. 14th Precinct (Midtown South), Manhattan South
6. 18th Precinct (Midtown North), Manhattan South
7. 26th Precinct, Manhattan North

HEGGS008639

8. 30th Precinct, Manhattan North
9. 43rd Precinct, Bronx
10. 46th Precinct, Bronx
11. 48th Precinct, Bronx
12. 52nd Precinct, Bronx
13. 66th Precinct, Brooklyn South
14. 68th Precinct, Brooklyn South
15. 69th Precinct, Brooklyn South
16. 70th Precinct, Brooklyn South
17. 76th Precinct, Brooklyn South
18. 78th Precinct, Brooklyn South
19. 94th Precinct, Brooklyn North
20. 101st Precinct, Queens South
21. 103rd Precinct, Queens South
22. 104th Precinct, Queens North
23. 105th Precinct, Queens South
24. 106th Precinct, Queens South
25. 114th Precinct, Queens North

HEGGS008640

# Appendix D

## Map of Planned ADA Accessible Stationhouse Hub Sites



HEGGS008641