# EXHIBIT 19

# Department Statistical Training Breakdown for Wheelchair Lift Operation Endorsement

## Statistics include only Uniformed Members Of Service

## CHIEF CRIME CONTROL STRATEGIES

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CHIEF CRIME CONTROL STRATEGIES | 504 | 1 | 0.58 % | 171 | 99.42 % | 172 |
| **Total for Bureau:** | | **1** | **0.58 %** | **171** | **99.42 %** | **172** |

## CHIEF OF SPECIAL OPERATIONS

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| AVIATION UNIT | 480 | 0 | 0.00 % | 70 | 100.00 % | 70 |
| CANINE TEAM | 465 | 0 | 0.00 % | 49 | 100.00 % | 49 |
| CHIEF OF SPECIAL OPERATIONS | 475 | 0 | 0.00 % | 75 | 100.00 % | 75 |
| DISORDER CONTROL UNIT | 554 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| EMER SERV SQ 01 | 451 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| EMER SERV SQ 02 | 452 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| EMER SERV SQ 03 | 453 | 0 | 0.00 % | 26 | 100.00 % | 26 |
| EMER SERV SQ 04 | 454 | 0 | 0.00 % | 27 | 100.00 % | 27 |
| EMER SERV SQ 05 | 440 | 0 | 0.00 % | 27 | 100.00 % | 27 |
| EMER SERV SQ 06 | 456 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| EMER SERV SQ 07 | 457 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| EMER SERV SQ 08 | 458 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| EMER SERV SQ 09 | 459 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| EMER SERV SQ 10 | 460 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| EMER SERV UNIT | 450 | 1 | 0.76 % | 130 | 99.24 % | 131 |
| HARBOR UNIT | 470 | 1 | 0.55 % | 180 | 99.45 % | 181 |
| MOUNTED UNIT | 420 | 0 | 0.00 % | 66 | 100.00 % | 66 |
| STRATEGIC RESP GRP 1 MANHATTAN | 136 | 1 | 0.85 % | 117 | 99.15 % | 118 |
| STRATEGIC RESP GRP 2 BRONX | 138 | 0 | 0.00 % | 113 | 100.00 % | 113 |
| STRATEGIC RESP GRP 3 BROOKLYN | 139 | 2 | 1.71 % | 115 | 98.29 % | 117 |
| STRATEGIC RESP GRP 4 QUEENS | 172 | 0 | 0.00 % | 106 | 100.00 % | 106 |

Statistics include only Uniformed Members Of Service

## CHIEF OF SPECIAL OPERATIONS

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| STRATEGIC RESP GRP 5 SI | 446 | 1 | 1.54 % | 64 | 98.46 % | 65 |
| STRATEGIC RESPONSE GROUP | 425 | 0 | 0.00 % | 55 | 100.00 % | 55 |
| **Total for Bureau:** | | **6** | **0.40 %** | **1,478** | **99.60 %** | **1,484** |

## CHIEF STRATEGIC INITIATIVES

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CHIEF STRATEGIC INITIATIVES | 565 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| MGMT ORDERS & DIRECTIVES SECT | 354 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| OFFICE OF MGMT ANALYSIS & PLAN | 586 | 0 | 0.00 % | 55 | 100.00 % | 55 |
| OFFICE OF PROFESSIONAL DEV | 650 | 0 | 0.00 % | 7 | 100.00 % | 7 |
| **Total for Bureau:** | | **0** | **0.00 %** | **86** | **100.00 %** | **86** |

## COMMUNITY AFFAIRS BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CAB COMMUNITY OUTREACH DIV | 514 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| COMMUNITY AFFAIRS BUREAU | 523 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| CRIME PREVENTION DIVISION | 561 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| MAN/BX SS ZONE | 778 | 0 | 0.00 % | 26 | 100.00 % | 26 |
| QNS/BKLYN/SI SS ZONE | 779 | 0 | 0.00 % | 26 | 100.00 % | 26 |
| SCHOOL SAFETY DIV INVEST UNIT | 789 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| SCHOOL SAFETY DIVISION | 780 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| YOUTH STRATEGIES DIVISION | 168 | 2 | 1.87 % | 105 | 98.13 % | 107 |
| **Total for Bureau:** | | **2** | **0.74 %** | **269** | **99.26 %** | **271** |

## COUNTERTERRORISM BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CITYWIDE COUNTERTERRORISM UNIT | 529 | 0 | 0.00 % | 14 | 100.00 % | 14 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL          HEGGS001722

## COUNTERTERRORISM BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| COUNTERTERRORISM BUREAU | 535 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| COUNTERTERRORISM DIVISION | 573 | 0 | 0.00 % | 91 | 100.00 % | 91 |
| CRITICAL RESPONSE COMMAND | 625 | 0 | 0.00 % | 490 | 100.00 % | 490 |
| CT BUR LOWER MAN SECURITY INIT | 528 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| CTB BOMB SQUAD | 228 | 0 | 0.00 % | 41 | 100.00 % | 41 |
| JOINT TERRORIST TASK FORCE | 567 | 0 | 0.00 % | 110 | 100.00 % | 110 |
| WORLD TRADE CENTER COMMAND | 574 | 0 | 0.00 % | 170 | 100.00 % | 170 |
| **Total for Bureau:** | | **0** | **0.00 %** | **962** | **100.00 %** | **962** |

## CRIMINAL JUSTICE BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| BRONX COURT SECT | 584 | 0 | 0.00 % | 78 | 100.00 % | 78 |
| BROOKLYN COURT SECTION | 582 | 0 | 0.00 % | 85 | 100.00 % | 85 |
| CRIMINAL JUSTICE BUREAU | 520 | 0 | 0.00 % | 50 | 100.00 % | 50 |
| MAN COURT SECTION | 579 | 1 | 1.11 % | 89 | 98.89 % | 90 |
| QNS COURT SECTION | 585 | 0 | 0.00 % | 71 | 100.00 % | 71 |
| STATEN ISLAND COURT SECTION | 443 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| **Total for Bureau:** | | **1** | **0.25 %** | **407** | **99.75 %** | **408** |

## DEP COM COLLABORATIVE POLICING

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DEP COM COLLABORATIVE POLICING | 522 | 0 | 0.00 % | 5 | 100.00 % | 5 |
| **Total for Bureau:** | | **0** | **0.00 %** | **5** | **100.00 %** | **5** |

Statistics include only Uniformed Members Of Service

## DEP COM INTEL&COUNTERTERRORISM

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DEP COM INTEL&COUNTERTERRORISM | 532 | 0 | 0.00 % | 5 | 100.00 % | 5 |
| **Total for Bureau:** | | **0** | **0.00 %** | **5** | **100.00 %** | **5** |

## DEP COMM DEPARTMENT ADVOCATE

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DEP COMM DEPARTMENT ADVOCATE | 550 | 1 | 3.57 % | 27 | 96.43 % | 28 |
| **Total for Bureau:** | | **1** | **3.57 %** | **27** | **96.43 %** | **28** |

## DEP COMM EMPLOYEE RELATIONS

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CHAPLAINS UNIT | 645 | 0 | 0.00 % | 2 | 100.00 % | 2 |
| DCER CEREMONIAL UNIT | 510 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| DEP COMM EMPLOYEE RELATIONS | 508 | 0 | 0.00 % | 9 | 100.00 % | 9 |
| FAMILY ASSISTANCE SECTION | 521 | 0 | 0.00 % | 35 | 100.00 % | 35 |
| **Total for Bureau:** | | **0** | **0.00 %** | **60** | **100.00 %** | **60** |

## DEP COMM EQUAL EMPLOYMENT OPP

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DEP COMM EQUAL EMPLOYMENT OPP | 380 | 0 | 0.00 % | 17 | 100.00 % | 17 |
| **Total for Bureau:** | | **0** | **0.00 %** | **17** | **100.00 %** | **17** |

## DEP COMM LABOR RELATIONS

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DEP COMM LABOR RELATIONS | 587 | 0 | 0.00 % | 8 | 100.00 % | 8 |
| **Total for Bureau:** | | **0** | **0.00 %** | **8** | **100.00 %** | **8** |

## DEP COMM MANAGEMENT & BUDGET

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| BUILDING MAINTENANCE SECT | 366 | 1 | 2.86 % | 34 | 97.14 % | 35 |
| CONTRACT ADMINISTRATION UNIT | 373 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DEP COMM MANAGEMENT & BUDGET | 353 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| EQUIPMENT SECTION | 364 | 0 | 0.00 % | 4 | 100.00 % | 4 |
| FACILITIES MANAGEMENT DIVISION | 363 | 0 | 0.00 % | 23 | 100.00 % | 23 |
| FACILITY MAINTENANCE SECTION | 631 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| GRANTS AND BUDGET DIVISION | 372 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| QUARTERMASTER SECTION | 365 | 0 | 0.00 % | 36 | 100.00 % | 36 |
| **Total for Bureau:** | | **1** | **0.80 %** | **124** | **99.20 %** | **125** |

## DEP COMM OF LEGAL MATTERS

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| LICENSE DIVISION | 357 | 0 | 0.00 % | 43 | 100.00 % | 43 |
| POLICE PENSION FUND | 356 | 0 | 0.00 % | 9 | 100.00 % | 9 |
| **Total for Bureau:** | | **0** | **0.00 %** | **52** | **100.00 %** | **52** |

## DEP COMM OF PUBLIC INFO

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DEP COMM OF PUBLIC INFO | 524 | 0 | 0.00 % | 30 | 100.00 % | 30 |
| **Total for Bureau:** | | **0** | **0.00 %** | **30** | **100.00 %** | **30** |

## DEP COMM TRIALS

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DEP COMM TRIALS | 517 | 0 | 0.00 % | 5 | 100.00 % | 5 |
| **Total for Bureau:** | | **0** | **0.00 %** | **5** | **100.00 %** | **5** |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL          HEGGS001725

# DET BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| 001 DET SQUAD | 234 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| 005 DET SQUAD | 235 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| 006 DET SQUAD | 236 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| 007 DET SQUAD | 237 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| 009 DET SQUAD | 238 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| 010 DET SQUAD | 239 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| 013 DET SQUAD | 240 | 0 | 0.00 % | 25 | 100.00 % | 25 |
| 017 DET SQUAD | 242 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| 019 DET SQUAD | 245 | 0 | 0.00 % | 17 | 100.00 % | 17 |
| 020 DET SQUAD | 246 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| 023 DET SQUAD | 248 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| 024 DET SQUAD | 249 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| 025 DET SQUAD | 250 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| 026 DET SQUAD | 251 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| 028 DET SQUAD | 252 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| 030 DET SQUAD | 253 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| 032 DET SQUAD | 254 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| 033 DET SQUAD | 258 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| 034 DET SQUAD | 255 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| 040 DET SQUAD | 263 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| 041 DET SQUAD | 264 | 0 | 0.00 % | 22 | 100.00 % | 22 |
| 042 DET SQUAD | 265 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| 043 DET SQUAD | 266 | 0 | 0.00 % | 29 | 100.00 % | 29 |
| 044 DET SQUAD | 267 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| 045 DET SQUAD | 268 | 0 | 0.00 % | 18 | 100.00 % | 18 |
| 046 DET SQUAD | 269 | 0 | 0.00 % | 30 | 100.00 % | 30 |
| 047 DET SQUAD | 270 | 0 | 0.00 % | 32 | 100.00 % | 32 |
| 048 DET SQUAD | 271 | 0 | 0.00 % | 22 | 100.00 % | 22 |
| 049 DET SQUAD | 259 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| 050 DET SQUAD | 272 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| 052 DET SQUAD | 273 | 0 | 0.00 % | 29 | 100.00 % | 29 |
| 060 DET SQUAD | 282 | 0 | 0.00 % | 17 | 100.00 % | 17 |
| 061 DET SQUAD | 283 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| 062 DET SQUAD | 284 | 1 | 7.69 % | 12 | 92.31 % | 13 |
| 063 DET SQUAD | 285 | 0 | 0.00 % | 16 | 100.00 % | 16 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL          HEGGS001726

# DET BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| 066 DET SQUAD | 286 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| 067 DET SQUAD | 287 | 0 | 0.00 % | 23 | 100.00 % | 23 |
| 068 DET SQUAD | 288 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| 069 DET SQUAD | 289 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| 070 DET SQUAD | 290 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| 071 DET SQUAD | 291 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| 072 DET SQUAD | 292 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| 073 DET SQUAD | 295 | 0 | 0.00 % | 30 | 100.00 % | 30 |
| 075 DET SQUAD | 296 | 0 | 0.00 % | 57 | 100.00 % | 57 |
| 076 DET SQUAD | 293 | 1 | 10.00 % | 9 | 90.00 % | 10 |
| 077 DET SQUAD | 297 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| 078 DET SQUAD | 294 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| 079 DET SQUAD | 298 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| 081 DET SQUAD | 299 | 0 | 0.00 % | 22 | 100.00 % | 22 |
| 083 DET SQUAD | 300 | 0 | 0.00 % | 26 | 100.00 % | 26 |
| 084 DET SQUAD | 301 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| 088 DET SQUAD | 302 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| 090 DET SQUAD | 303 | 0 | 0.00 % | 23 | 100.00 % | 23 |
| 094 DET SQUAD | 304 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| 100TH DET SQUAD | 330 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| 101ST DET SQUAD | 331 | 0 | 0.00 % | 17 | 100.00 % | 17 |
| 102ND DET SQUAD | 332 | 0 | 0.00 % | 17 | 100.00 % | 17 |
| 103RD DETECTIVE SQUAD | 333 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| 104TH DET SQUAD | 334 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| 105TH DET SQUAD | 335 | 0 | 0.00 % | 25 | 100.00 % | 25 |
| 106TH DET SQUAD | 336 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| 107TH DET SQUAD | 337 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| 108TH DET SQUAD | 338 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| 109TH DET SQUAD | 339 | 0 | 0.00 % | 20 | 100.00 % | 20 |
| 110TH DET SQUAD | 340 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| 111TH DET SQUAD | 341 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| 112TH DET SQUAD | 342 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| 113TH DET SQUAD | 343 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| 114TH DET SQUAD | 344 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| 115TH DET SQUAD | 345 | 0 | 0.00 % | 24 | 100.00 % | 24 |

Statistics include only Uniformed Members Of Service

# DET BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| 120 DETECTIVE SQUAD | 431 | 0 | 0.00 % | 20 | 100.00 % | 20 |
| 121 DETECTIVE SQUAD | 430 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| 122 DETECTIVE SQUAD | 432 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| 123 DETECTIVE SQUAD | 433 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| ARSON AND EXPLOSION | 227 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| AUTO CRIME | 126 | 0 | 0.00 % | 83 | 100.00 % | 83 |
| BKLYN ROBBERY SQ | 278 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| BKLYN SPECIAL VICTIMS SQUAD | 305 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| BRONX ROBBERY SQUAD | 275 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| BRONX SPECIAL VICTIMS SQUAD | 276 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| CENTRAL INVESTIGATIONS DIV | 203 | 0 | 0.00 % | 69 | 100.00 % | 69 |
| CENTRAL PK DET SQ | 247 | 0 | 0.00 % | 4 | 100.00 % | 4 |
| CENTRAL ROBBERY DIVISION | 206 | 0 | 0.00 % | 36 | 100.00 % | 36 |
| COLD CASE SQUAD | 557 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| CRD ROBBERY SQUAD ZONE 1 | 671 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| CRIME SCENE UNIT | 568 | 0 | 0.00 % | 67 | 100.00 % | 67 |
| CRIMINAL ENTERPRISE DIVISION | 210 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| CRIMINAL ENTERPRISE INVEST SEC | 539 | 0 | 0.00 % | 152 | 100.00 % | 152 |
| DA SQ NY COUNTY | 205 | 0 | 0.00 % | 17 | 100.00 % | 17 |
| DA SQUAD BRONX | 261 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| DA SQUAD BROOKLYN | 281 | 0 | 0.00 % | 8 | 100.00 % | 8 |
| DA SQUAD QUEENS | 311 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| DA SQUAD SI | 444 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| DB TRANSIT SPECIAL INV UNIT | 854 | 0 | 0.00 % | 7 | 100.00 % | 7 |
| DEPT OF INVESTIGATION SQUAD | 202 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| DET BORO BKLYN NO HOMICIDE SQ | 315 | 0 | 0.00 % | 18 | 100.00 % | 18 |
| DET BORO BKLYN NORTH OPER | 308 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| DET BORO BKLYN SO HOMICIDE SQ | 313 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| DET BORO BKLYN SOUTH | 279 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| DET BORO BKLYN SOUTH OPER | 306 | 0 | 0.00 % | 18 | 100.00 % | 18 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL    HEGGS001728

# DET BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DET BORO BRONX | 260 | 1 | 3.23 % | 30 | 96.77 % | 31 |
| DET BORO BRONX OPER | 326 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| DET BORO BRONX ZONE #20 | 720 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BRONX ZONE #8 | 688 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BRONX ZONE #9 | 689 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BROOKLYN NORTH | 280 | 0 | 0.00 % | 18 | 100.00 % | 18 |
| DET BORO BROOKLYN ZONE #10 | 690 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BROOKLYN ZONE #11 | 691 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BROOKLYN ZONE #12 | 692 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BROOKLYN ZONE #13 | 693 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BROOKLYN ZONE #14 | 694 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BROOKLYN ZONE #15 | 695 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BROOKLYN ZONE #21 | 721 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO BX HOMICIDE SQ | 274 | 0 | 0.00 % | 20 | 100.00 % | 20 |
| DET BORO MAN NO HOMICIDE SQ | 314 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| DET BORO MAN NORTH OPER | 329 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| DET BORO MAN SO HOMICIDE SQ | 232 | 0 | 0.00 % | 9 | 100.00 % | 9 |
| DET BORO MAN SOUTH OPER | 328 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| DET BORO MANHATTAN NORTH | 225 | 0 | 0.00 % | 17 | 100.00 % | 17 |
| DET BORO MANHATTAN SOUTH | 230 | 0 | 0.00 % | 23 | 100.00 % | 23 |
| DET BORO MANHATTAN ZONE #1 | 681 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO MANHATTAN ZONE #2 | 682 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO MANHATTAN ZONE #3 | 683 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO MANHATTAN ZONE #5 | 685 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO MANHATTAN ZONE #6 | 686 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO QNS NORTH HOMICIDE SQ | 316 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| DET BORO QNS NORTH OPER | 349 | 0 | 0.00 % | 2 | 100.00 % | 2 |

Statistics include only Uniformed Members Of Service

# DET BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| DET BORO QNS SOUTH OPER | 348 | 0 | 0.00 % | 18 | 100.00 % | 18 |
| DET BORO QUEENS NORTH | 310 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| DET BORO QUEENS SOUTH | 350 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| DET BORO QUEENS ZONE #16 | 696 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO QUEENS ZONE #18 | 698 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO QUEENS ZONE #23 | 723 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO QUEENS ZONE #24 | 724 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DET BORO SI OPERATIONS | 429 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| DET BORO STATEN ISLAND | 448 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| DET BUREAU | 201 | 0 | 0.00 % | 58 | 100.00 % | 58 |
| DRUG ENFORCEMENT TASK FORCE | 540 | 0 | 0.00 % | 70 | 100.00 % | 70 |
| FINANCIAL CRIMES TASK FORCE | 217 | 0 | 0.00 % | 51 | 100.00 % | 51 |
| FIREARMS SUPPRESSION SECTION | 536 | 0 | 0.00 % | 61 | 100.00 % | 61 |
| FORENSIC INVESTIGATIONS DIV | 563 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| FUGITIVE ENFORCEMENT DIVISION | 559 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| GANG SQUAD BRONX | 597 | 0 | 0.00 % | 42 | 100.00 % | 42 |
| GANG SQUAD BROOKLYN NORTH | 594 | 4 | 11.76 % | 30 | 88.24 % | 34 |
| GANG SQUAD BROOKLYN SOUTH | 595 | 0 | 0.00 % | 20 | 100.00 % | 20 |
| GANG SQUAD MANHATTAN NORTH | 601 | 0 | 0.00 % | 18 | 100.00 % | 18 |
| GANG SQUAD MANHATTAN SOUTH | 598 | 0 | 0.00 % | 7 | 100.00 % | 7 |
| GANG SQUAD QUEENS NORTH | 596 | 0 | 0.00 % | 25 | 100.00 % | 25 |
| GANG SQUAD QUEENS SOUTH | 600 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| GANG SQUAD STATEN ISLAND | 593 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| GRAND LARCENY DIVISION | 209 | 0 | 0.00 % | 179 | 100.00 % | 179 |
| GUN VIOL SUPP DIV Z1 (BK,Q,SI) | 641 | 0 | 0.00 % | 86 | 100.00 % | 86 |
| GUN VIOL SUPP DIV Z2 (MAN,BX) | 642 | 0 | 0.00 % | 43 | 100.00 % | 43 |
| GUN VIOLENCE SUPPRESSION DIV | 640 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| HATE CRIME TASK FORCE | 556 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| INVESTIGATIVE SUPPORT SECTION | 537 | 0 | 0.00 % | 3 | 100.00 % | 3 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL     HEGGS001730

# DET BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| JOINT BANK ROB T/F | 571 | 0 | 0.00 % | 8 | 100.00 % | 8 |
| JUVENILE CRIME SECTION | 558 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| LATENT PRINT SECTION | 207 | 0 | 0.00 % | 46 | 100.00 % | 46 |
| MAJOR CASE SQUAD | 219 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| MAN SPECIAL VICTIMS SQUAD | 256 | 0 | 0.00 % | 30 | 100.00 % | 30 |
| MANH ROBBERY SQUAD | 257 | 0 | 0.00 % | 23 | 100.00 % | 23 |
| MISSING PERSONS SQUAD | 229 | 0 | 0.00 % | 30 | 100.00 % | 30 |
| MTN DET SQUAD | 243 | 0 | 0.00 % | 26 | 100.00 % | 26 |
| MTS DET SQUAD | 241 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| NARC BORO BRONX | 730 | 1 | 0.63 % | 157 | 99.37 % | 158 |
| NARC BORO BROOKLYN NORTH | 547 | 32 | 27.35 % | 85 | 72.65 % | 117 |
| NARC BORO BROOKLYN SOUTH | 740 | 30 | 34.48 % | 57 | 65.52 % | 87 |
| NARC BORO MANHATTAN NORTH | 544 | 0 | 0.00 % | 93 | 100.00 % | 93 |
| NARC BORO MANHATTAN SOUTH | 750 | 0 | 0.00 % | 65 | 100.00 % | 65 |
| NARC BORO QUEENS NORTH | 541 | 0 | 0.00 % | 63 | 100.00 % | 63 |
| NARC BORO QUEENS SOUTH | 543 | 0 | 0.00 % | 82 | 100.00 % | 82 |
| NARC BORO STATEN ISLAND | 755 | 0 | 0.00 % | 53 | 100.00 % | 53 |
| PHOTO UNIT | 204 | 0 | 0.00 % | 2 | 100.00 % | 2 |
| POLICE LABORATORY | 208 | 0 | 0.00 % | 102 | 100.00 % | 102 |
| QUEENS ROBBERY SQUAD | 347 | 0 | 0.00 % | 22 | 100.00 % | 22 |
| QUEENS SPECIAL VICTIMS SQUAD | 327 | 0 | 0.00 % | 25 | 100.00 % | 25 |
| REAL TIME CRIME CENTER | 512 | 0 | 0.00 % | 101 | 100.00 % | 101 |
| SPECIAL FRAUDS SQUAD | 212 | 0 | 0.00 % | 6 | 100.00 % | 6 |
| SPECIAL INVESTIGATIONS DIV | 216 | 0 | 0.00 % | 39 | 100.00 % | 39 |
| SPECIAL VICTIMS DIV ZONE 1 | 675 | 0 | 0.00 % | 16 | 100.00 % | 16 |
| SPECIAL VICTIMS DIV ZONE 2 | 676 | 0 | 0.00 % | 43 | 100.00 % | 43 |
| SPECIAL VICTIMS DIV ZONE 3 | 674 | 0 | 0.00 % | 39 | 100.00 % | 39 |
| SPECIAL VICTIMS DIVISION | 277 | 0 | 0.00 % | 66 | 100.00 % | 66 |
| STRIKE FORCE | 759 | 0 | 0.00 % | 22 | 100.00 % | 22 |
| TAXI SQUAD | 180 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| VED MAJOR CASE SECTION | 488 | 0 | 0.00 % | 36 | 100.00 % | 36 |
| VICE ENFORCEMENT DIV ZONE 1 | 486 | 0 | 0.00 % | 27 | 100.00 % | 27 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL

HEGGS001731

## DET BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| VICE ENFORCEMENT DIV ZONE 2 | 487 | 0 | 0.00 % | 42 | 100.00 % | 42 |
| VICE ENFORCEMENT DIVISION | 496 | 0 | 0.00 % | 9 | 100.00 % | 9 |
| WARRANT SECTION | 580 | 0 | 0.00 % | 349 | 100.00 % | 349 |
| **Total for Bureau:** | | **70** | **1.36 %** | **5,064** | **98.64 %** | **5,134** |

## HOUSING BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| HB BRONX/QUEENS RESPONSE TEAM | 826 | 0 | 0.00 % | 30 | 100.00 % | 30 |
| HB BROOKLYN RESPONSE TEAM | 824 | 0 | 0.00 % | 43 | 100.00 % | 43 |
| HB MANHATTAN RESPONSE TEAM | 825 | 1 | 2.56 % | 38 | 97.44 % | 39 |
| HB SPECIAL OPERATIONS SECTION | 833 | 0 | 0.00 % | 5 | 100.00 % | 5 |
| HOUSING BOROUGH BROOKLYN | 821 | 0 | 0.00 % | 9 | 100.00 % | 9 |
| HOUSING BOROUGH BX/QNS | 823 | 0 | 0.00 % | 50 | 100.00 % | 50 |
| HOUSING BOROUGH MANHATTAN | 822 | 0 | 0.00 % | 42 | 100.00 % | 42 |
| HOUSING BUREAU | 800 | 0 | 0.00 % | 52 | 100.00 % | 52 |
| HOUSING INVESTIGATIONS UNIT | 820 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| HOUSING PSA 1 | 801 | 5 | 2.12 % | 231 | 97.88 % | 236 |
| HOUSING PSA 2 | 802 | 7 | 2.19 % | 313 | 97.81 % | 320 |
| HOUSING PSA 3 | 803 | 12 | 3.87 % | 298 | 96.13 % | 310 |
| HOUSING PSA 4 | 804 | 1 | 0.60 % | 167 | 99.40 % | 168 |
| HOUSING PSA 5 | 805 | 10 | 3.73 % | 258 | 96.27 % | 268 |
| HOUSING PSA 6 | 806 | 6 | 3.87 % | 149 | 96.13 % | 155 |
| HOUSING PSA 7 | 807 | 6 | 2.47 % | 237 | 97.53 % | 243 |
| HOUSING PSA 8 | 808 | 2 | 1.00 % | 198 | 99.00 % | 200 |
| HOUSING PSA 9 | 809 | 1 | 0.39 % | 254 | 99.61 % | 255 |
| **Total for Bureau:** | | **51** | **2.09 %** | **2,387** | **97.91 %** | **2,438** |

## INFORMATION TECHNOLOGY BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| COMMUNICATIONS DIV | 575 | 0 | 0.00 % | 41 | 100.00 % | 41 |
| FISCAL AFFAIRS DIVISION | 622 | 0 | 0.00 % | 3 | 100.00 % | 3 |
| INFO TECHNOLOGY SERVICES DIV | 359 | 0 | 0.00 % | 44 | 100.00 % | 44 |
| INFORMATION TECHNOLOGY BUREAU | 591 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| ITB ADMINISTRATIVE DIVISION | 620 | 0 | 0.00 % | 28 | 100.00 % | 28 |
| LIFE-SAFETY SYSTEMS DIVISION | 621 | 0 | 0.00 % | 33 | 100.00 % | 33 |
| STRATEGIC TECHNOLOGY DIVISION | 623 | 0 | 0.00 % | 24 | 100.00 % | 24 |
| **Total for Bureau:** | | **0** | **0.00 %** | **187** | **100.00 %** | **187** |

## INTELLIGENCE BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| INTEL OPER AND ANALYSIS SECT | 320 | 0 | 0.00 % | 119 | 100.00 % | 119 |
| INTEL-CRIMINAL INTEL SECTION | 318 | 0 | 0.00 % | 229 | 100.00 % | 229 |
| INTELLIGENCE BUREAU | 533 | 1 | 1.37 % | 72 | 98.63 % | 73 |
| INTEL-MSS-EXEC. PROTECTION | 321 | 0 | 0.00 % | 39 | 100.00 % | 39 |
| INTEL-MSS-UNIFORMED OPERATIONS | 322 | 0 | 0.00 % | 54 | 100.00 % | 54 |
| INTEL-MUNICIPAL SECURITY SECT | 323 | 0 | 0.00 % | 2 | 100.00 % | 2 |
| INTEL-PUBLIC SECURITY SECTION | 319 | 0 | 0.00 % | 116 | 100.00 % | 116 |
| **Total for Bureau:** | | **1** | **0.16 %** | **631** | **99.84 %** | **632** |

## INTERNAL AFFAIRS BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| INTERNAL AFFAIRS BUREAU | 497 | 0 | 0.00 % | 439 | 100.00 % | 439 |
| **Total for Bureau:** | | **0** | **0.00 %** | **439** | **100.00 %** | **439** |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL     HEGGS001733

## LEGAL BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| LEGAL BUREAU | 519 | 0 | 0.00 % | 76 | 100.00 % | 76 |
| **Total for Bureau:** | | **0** | **0.00 %** | **76** | **100.00 %** | **76** |

## PATROL SERVICES BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| PATROL BORO MAN SOUTH | 161 | 0 | 0.00 % | 175 | 100.00 % | 175 |
| 001 PRECINCT | 1 | 16 | 8.60 % | 170 | 91.40 % | 186 |
| 005 PRECINCT | 5 | 12 | 7.95 % | 139 | 92.05 % | 151 |
| 006 PRECINCT | 6 | 13 | 8.23 % | 145 | 91.77 % | 158 |
| 007 PRECINCT | 7 | 13 | 9.35 % | 126 | 90.65 % | 139 |
| 009 PRECINCT | 9 | 12 | 7.06 % | 158 | 92.94 % | 170 |
| 010 PRECINCT | 10 | 16 | 9.30 % | 156 | 90.70 % | 172 |
| 013 PRECINCT | 13 | 10 | 4.90 % | 194 | 95.10 % | 204 |
| 014 PCT-MIDTOWN SO. PCT | 14 | 13 | 4.29 % | 290 | 95.71 % | 303 |
| 017 PRECINCT | 17 | 10 | 7.69 % | 120 | 92.31 % | 130 |
| 018 PCT-MIDTOWN NO. PCT | 18 | 10 | 3.76 % | 256 | 96.24 % | 266 |
| PATROL BORO MAN NORTH | 162 | 0 | 0.00 % | 94 | 100.00 % | 94 |
| 019 PRECINCT | 19 | 14 | 6.48 % | 202 | 93.52 % | 216 |
| 020 PRECINCT | 20 | 8 | 5.80 % | 130 | 94.20 % | 138 |
| CENTRAL PARK PRECINCT | 483 | 6 | 5.26 % | 108 | 94.74 % | 114 |
| 023 PRECINCT | 23 | 13 | 7.03 % | 172 | 92.97 % | 185 |
| 024 PRECINCT | 24 | 9 | 6.34 % | 133 | 93.66 % | 142 |
| 025 PRECINCT | 25 | 13 | 6.10 % | 200 | 93.90 % | 213 |
| 026 PRECINCT | 26 | 5 | 4.17 % | 115 | 95.83 % | 120 |
| 028 PRECINCT | 28 | 6 | 3.43 % | 169 | 96.57 % | 175 |
| 030 PRECINCT | 30 | 11 | 8.53 % | 118 | 91.47 % | 129 |
| 032 PRECINCT | 32 | 13 | 6.40 % | 190 | 93.60 % | 203 |
| 033 PRECINCT | 33 | 12 | 6.45 % | 174 | 93.55 % | 186 |
| 034 PRECINCT | 34 | 11 | 5.34 % | 195 | 94.66 % | 206 |
| PATROL BORO BRONX | 163 | 0 | 0.00 % | 209 | 100.00 % | 209 |
| 040 PRECINCT | 40 | 11 | 3.25 % | 327 | 96.75 % | 338 |
| 041 PRECINCT | 41 | 5 | 2.89 % | 168 | 97.11 % | 173 |
| 042 PRECINCT | 42 | 7 | 2.79 % | 244 | 97.21 % | 251 |

Statistics include only Uniformed Members Of Service

# PATROL SERVICES BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| 043 PRECINCT | 43 | 5 | 1.75 % | 280 | 98.25 % | 285 |
| 044 PRECINCT | 44 | 9 | 2.34 % | 375 | 97.66 % | 384 |
| 045 PRECINCT | 45 | 5 | 3.18 % | 152 | 96.82 % | 157 |
| 046 PRECINCT | 46 | 12 | 4.05 % | 284 | 95.95 % | 296 |
| 047 PRECINCT | 47 | 8 | 2.93 % | 265 | 97.07 % | 273 |
| 048 PRECINCT | 48 | 4 | 1.71 % | 230 | 98.29 % | 234 |
| 049 PRECINCT | 49 | 4 | 2.17 % | 180 | 97.83 % | 184 |
| 050 PRECINCT | 50 | 5 | 3.50 % | 138 | 96.50 % | 143 |
| 052 PRECINCT | 52 | 2 | 0.78 % | 254 | 99.22 % | 256 |
| PATROL BORO BKLYN SOUTH | 164 | 4 | 5.71 % | 66 | 94.29 % | 70 |
| 060 PRECINCT | 60 | 24 | 8.57 % | 256 | 91.43 % | 280 |
| 061 PRECINCT | 61 | 12 | 7.32 % | 152 | 92.68 % | 164 |
| 062 PRECINCT | 62 | 10 | 6.71 % | 139 | 93.29 % | 149 |
| 063 PRECINCT | 63 | 10 | 6.94 % | 134 | 93.06 % | 144 |
| 066 PRECINCT | 66 | 12 | 8.45 % | 130 | 91.55 % | 142 |
| 067 PRECINCT | 67 | 21 | 5.82 % | 340 | 94.18 % | 361 |
| 068 PRECINCT | 68 | 12 | 8.00 % | 138 | 92.00 % | 150 |
| 069 PRECINCT | 69 | 8 | 5.13 % | 148 | 94.87 % | 156 |
| 070 PRECINCT | 70 | 10 | 3.60 % | 268 | 96.40 % | 278 |
| 071 PRECINCT | 71 | 11 | 5.21 % | 200 | 94.79 % | 211 |
| 072 PRECINCT | 72 | 10 | 5.65 % | 167 | 94.35 % | 177 |
| PATROL BORO BKLYN NORTH | 165 | 12 | 12.00 % | 88 | 88.00 % | 100 |
| 073 PRECINCT | 73 | 19 | 6.05 % | 295 | 93.95 % | 314 |
| 075 PRECINCT | 75 | 17 | 3.86 % | 423 | 96.14 % | 440 |
| 076 PRECINCT | 76 | 9 | 6.77 % | 124 | 93.23 % | 133 |
| 077 PRECINCT | 77 | 21 | 9.17 % | 208 | 90.83 % | 229 |
| 078 PRECINCT | 78 | 13 | 7.22 % | 167 | 92.78 % | 180 |
| 079 PRECINCT | 79 | 21 | 7.32 % | 266 | 92.68 % | 287 |
| 081 PRECINCT | 81 | 14 | 6.54 % | 200 | 93.46 % | 214 |
| 083 PRECINCT | 83 | 12 | 6.38 % | 176 | 93.62 % | 188 |
| 084 PRECINCT | 84 | 13 | 5.99 % | 204 | 94.01 % | 217 |
| 088 PRECINCT | 88 | 5 | 3.65 % | 132 | 96.35 % | 137 |
| 090 PRECINCT | 90 | 13 | 7.14 % | 169 | 92.86 % | 182 |
| 094 PRECINCT | 94 | 9 | 6.98 % | 120 | 93.02 % | 129 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL

HEGGS001735

# PATROL SERVICES BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| PATROL BORO QUEENS SOUTH | 171 | 0 | 0.00 % | 88 | 100.00 % | 88 |
| 100 PRECINCT | 100 | 8 | 4.57 % | 167 | 95.43 % | 175 |
| 101 PRECINCT | 101 | 5 | 2.28 % | 214 | 97.72 % | 219 |
| 102 PRECINCT | 102 | 6 | 2.93 % | 199 | 97.07 % | 205 |
| 103 PRECINCT | 103 | 11 | 4.15 % | 254 | 95.85 % | 265 |
| PATROL BORO QUEENS NORTH | 169 | 0 | 0.00 % | 109 | 100.00 % | 109 |
| 104 PRECINCT | 104 | 10 | 5.35 % | 177 | 94.65 % | 187 |
| 105 PRECINCT | 105 | 13 | 4.50 % | 276 | 95.50 % | 289 |
| 106 PRECINCT | 106 | 1 | 0.52 % | 193 | 99.48 % | 194 |
| 107 PRECINCT | 107 | 1 | 0.54 % | 184 | 99.46 % | 185 |
| 108 PRECINCT | 108 | 6 | 3.47 % | 167 | 96.53 % | 173 |
| 109 PRECINCT | 109 | 2 | 0.75 % | 266 | 99.25 % | 268 |
| 110 PRECINCT | 110 | 7 | 3.41 % | 198 | 96.59 % | 205 |
| 111 PRECINCT | 111 | 6 | 4.23 % | 136 | 95.77 % | 142 |
| 112 PRECINCT | 112 | 4 | 2.76 % | 141 | 97.24 % | 145 |
| 113 PRECINCT | 113 | 9 | 3.16 % | 276 | 96.84 % | 285 |
| 114 PRECINCT | 114 | 9 | 3.44 % | 253 | 96.56 % | 262 |
| 115 PRECINCT | 115 | 6 | 2.54 % | 230 | 97.46 % | 236 |
| PATROL BORO STATEN ISLAND | 447 | 2 | 1.63 % | 121 | 98.37 % | 123 |
| 120 PRECINCT | 120 | 12 | 3.76 % | 307 | 96.24 % | 319 |
| 121 PRECINCT | 121 | 9 | 4.52 % | 190 | 95.48 % | 199 |
| 122 PRECINCT | 122 | 10 | 5.18 % | 183 | 94.82 % | 193 |
| 123 PRECINCT | 123 | 7 | 5.43 % | 122 | 94.57 % | 129 |
| AUXILIARY POLICE SECT | 560 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| BARRIER SECTION | 564 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| HEADQUARTERS SECURITY | 435 | 0 | 0.00 % | 76 | 100.00 % | 76 |
| PATROL SERVICES BUREAU | 130 | 0 | 0.00 % | 63 | 100.00 % | 63 |
| PBBN SPECIALIZED UNITS | 187 | 0 | 0.00 % | 31 | 100.00 % | 31 |
| PBBS SPECIALIZED UNITS | 186 | 9 | 25.00 % | 27 | 75.00 % | 36 |
| PBBX SPECIALIZED UNITS | 183 | 0 | 0.00 % | 50 | 100.00 % | 50 |
| PBMN SPECIALIZED UNITS | 182 | 0 | 0.00 % | 32 | 100.00 % | 32 |
| PBMS SPECIALIZED UNITS | 181 | 0 | 0.00 % | 44 | 100.00 % | 44 |
| PBQN SPECIALIZED UNITS | 184 | 0 | 0.00 % | 37 | 100.00 % | 37 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL                          HEGGS001736

## PATROL SERVICES BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| PBQS SPECIALIZED UNITS | 185 | 0 | 0.00 % | 42 | 100.00 % | 42 |
| PBSI SPECIALIZED UNITS | 437 | 0 | 0.00 % | 18 | 100.00 % | 18 |
| PSB INVEST AND EVALUATION SECT | 132 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| PSB MOVIE AND T.V. UNIT | 490 | 0 | 0.00 % | 20 | 100.00 % | 20 |
| PSB RESOURCE MANAGEMENT SECT. | 127 | 0 | 0.00 % | 22 | 100.00 % | 22 |
| **Total for Bureau:** | | **798** | **4.56 %** | **16,697** | **95.44 %** | **17,495** |

## PERSONNEL BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CANDIDATE ASSESSMENT DIVISION | 376 | 0 | 0.00 % | 196 | 100.00 % | 196 |
| CAREER ENHANCEMENT DIVISION | 392 | 0 | 0.00 % | 60 | 100.00 % | 60 |
| EMPLOYEE RESOURCES SECTION | 374 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| HUMAN CAPITAL DIVISION | 391 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| LEAVE INTEGRITY MGT. SECTION | 361 | 0 | 0.00 % | 2 | 100.00 % | 2 |
| MEDICAL DIVISION | 388 | 0 | 0.00 % | 102 | 100.00 % | 102 |
| MILITARY & EXTEND LEAVE DESK | 396 | 9 | 2.93 % | 298 | 97.07 % | 307 |
| OFFICE SUPV CHIEF SURGEON | 386 | 0 | 0.00 % | 3 | 100.00 % | 3 |
| PAYROLL AND BENEFITS DIVISION | 360 | 0 | 0.00 % | 2 | 100.00 % | 2 |
| PERSONNEL BUREAU | 375 | 0 | 0.00 % | 27 | 100.00 % | 27 |
| PERSONNEL ORDERS DIVISION | 393 | 0 | 0.00 % | 20 | 100.00 % | 20 |
| STAFFING ADMINSTRATION SEC | 381 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| **Total for Bureau:** | | **9** | **1.20 %** | **744** | **98.80 %** | **753** |

## POLICE COMM OFFICE

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CD OP/D EMER PREP & EXER SEC | 572 | 1 | 5.88 % | 16 | 94.12 % | 17 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL                HEGGS001737

## POLICE COMM OFFICE

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CHIEF OF DEPARTMENT OFFICE | 551 | 0 | 0.00 % | 90 | 100.00 % | 90 |
| CHIEF OF DEPT INV REVIEW SECT | 530 | 0 | 0.00 % | 25 | 100.00 % | 25 |
| CHIEF OF DEPT OPER DIV | 553 | 0 | 0.00 % | 2 | 100.00 % | 2 |
| CHIEF OF DEPT OPER UNIT | 555 | 0 | 0.00 % | 56 | 100.00 % | 56 |
| DC STRATEGIC COMMUNICATIONS | 630 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| DEP COMM EQUITY AND INCLUSION | 534 | 0 | 0.00 % | 9 | 100.00 % | 9 |
| FIRST DEP COMM OFFICE | 502 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| FORCE INVESTIGATION DIVISION | 611 | 0 | 0.00 % | 61 | 100.00 % | 61 |
| HOMELESS OUT & SHLTR SEC DIV | 635 | 0 | 0.00 % | 38 | 100.00 % | 38 |
| HOMELESS OUTREACH UNIT | 876 | 1 | 1.10 % | 90 | 98.90 % | 91 |
| NYPD EMERGENCY OPERATIONS CTR | 527 | 0 | 0.00 % | 5 | 100.00 % | 5 |
| P C O LIAISON UNIT | 511 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| POLICE COMM OFFICE | 500 | 0 | 0.00 % | 49 | 100.00 % | 49 |
| TECH. ASSIST. & RESPONSE UNIT | 505 | 0 | 0.00 % | 117 | 100.00 % | 117 |
| **Total for Bureau:** | | **2** | **0.33 %** | **605** | **99.67 %** | **607** |

## RISK MANAGEMENT BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| RISK MANAGEMENT BUREAU | 531 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| RISK MITIGATION DIVISION | 613 | 0 | 0.00 % | 18 | 100.00 % | 18 |
| RMB COMPLIANCE DIVISION | 614 | 0 | 0.00 % | 25 | 100.00 % | 25 |
| RMB QUALITY ASSURANCE DIVISION | 498 | 0 | 0.00 % | 68 | 100.00 % | 68 |
| **Total for Bureau:** | | **0** | **0.00 %** | **126** | **100.00 %** | **126** |

## SUPPORT SERVICES BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CENTRAL RECORDS DIV | 605 | 0 | 0.00 % | 2 | 100.00 % | 2 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL          HEGGS001738

## SUPPORT SERVICES BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| CERT COND & NON CRIM FGRPRT | 612 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| FLEET SERVICES DIVISION | 570 | 1 | 2.38 % | 41 | 97.62 % | 42 |
| IDENTIFICATION SECTION | 606 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| PRINTING SECTION | 506 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| PROPERTY CLERK DIV | 509 | 0 | 0.00 % | 127 | 100.00 % | 127 |
| SUPPORT SERVICES BUREAU | 562 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| **Total for Bureau:** | | **1** | **0.54 %** | **185** | **99.46 %** | **186** |

## TRAINING BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE SUPPORT DIV | 387 | 0 | 0.00 % | 11 | 100.00 % | 11 |
| CIVILIAN TRAINING UNIT | 389 | 0 | 0.00 % | 1 | 100.00 % | 1 |
| DRIVER ED. AND TRAINING UNIT | 398 | 26 | 89.66 % | 3 | 10.34 % | 29 |
| FIREARMS & TACTICS SECTION | 397 | 0 | 0.00 % | 132 | 100.00 % | 132 |
| LEADERSHIP TRAINING SECTION | 385 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| POLICE ACADEMY | 384 | 0 | 0.00 % | 41 | 100.00 % | 41 |
| POLICE CADET CORPS UNIT | 383 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| RECRUIT TRAINING SECTION | 552 | 64 | 7.27 % | 816 | 92.73 % | 880 |
| SPECIALIZED TRAINING SECTION | 382 | 0 | 0.00 % | 78 | 100.00 % | 78 |
| TRAINING BUREAU | 590 | 0 | 0.00 % | 19 | 100.00 % | 19 |
| UNIFORMED PROMOTIONS TRN UNIT | 352 | 0 | 0.00 % | 6 | 100.00 % | 6 |
| **Total for Bureau:** | | **90** | **7.37 %** | **1,131** | **92.63 %** | **1,221** |

## TRANSIT BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| TB ANTI TERRORISM UNIT | 849 | 0 | 0.00 % | 251 | 100.00 % | 251 |
| TB CITYWIDE VANDALS TASK FORCE | 878 | 0 | 0.00 % | 35 | 100.00 % | 35 |
| TB SPECIAL OPERATIONS DIVISION | 879 | 0 | 0.00 % | 36 | 100.00 % | 36 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL          HEGGS001739

## TRANSIT BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| TRANSIT AUTHORITY LIAISON | 851 | 0 | 0.00 % | 10 | 100.00 % | 10 |
| TRANSIT BORO BKLN TASK FORCE | 875 | 0 | 0.00 % | 46 | 100.00 % | 46 |
| TRANSIT BORO BRONX/QUEENS | 857 | 0 | 0.00 % | 14 | 100.00 % | 14 |
| TRANSIT BORO BROOKLYN | 859 | 0 | 0.00 % | 12 | 100.00 % | 12 |
| TRANSIT BORO BX/QNS TASK FORCE | 873 | 0 | 0.00 % | 35 | 100.00 % | 35 |
| TRANSIT BORO MANH TASK FORCE | 872 | 0 | 0.00 % | 110 | 100.00 % | 110 |
| TRANSIT BORO MANHATTAN | 856 | 0 | 0.00 % | 13 | 100.00 % | 13 |
| TRANSIT BUR. CRIME ANALYSIS | 853 | 0 | 0.00 % | 9 | 100.00 % | 9 |
| TRANSIT BUR. INVEST. UNIT | 852 | 0 | 0.00 % | 15 | 100.00 % | 15 |
| TRANSIT BUREAU | 850 | 0 | 0.00 % | 48 | 100.00 % | 48 |
| TRANSIT BUREAU CANINE UNIT | 877 | 0 | 0.00 % | 52 | 100.00 % | 52 |
| TRANSIT BUREAU DISTRICT 1 | 860 | 6 | 3.49 % | 166 | 96.51 % | 172 |
| TRANSIT BUREAU DISTRICT 11 | 864 | 5 | 2.94 % | 165 | 97.06 % | 170 |
| TRANSIT BUREAU DISTRICT 12 | 865 | 4 | 2.41 % | 162 | 97.59 % | 166 |
| TRANSIT BUREAU DISTRICT 2 | 861 | 9 | 5.20 % | 164 | 94.80 % | 173 |
| TRANSIT BUREAU DISTRICT 20 | 866 | 3 | 1.56 % | 189 | 98.44 % | 192 |
| TRANSIT BUREAU DISTRICT 23 | 867 | 2 | 2.06 % | 95 | 97.94 % | 97 |
| TRANSIT BUREAU DISTRICT 3 | 862 | 5 | 3.03 % | 160 | 96.97 % | 165 |
| TRANSIT BUREAU DISTRICT 30 | 868 | 1 | 0.61 % | 162 | 99.39 % | 163 |
| TRANSIT BUREAU DISTRICT 32 | 869 | 7 | 4.27 % | 157 | 95.73 % | 164 |
| TRANSIT BUREAU DISTRICT 33 | 870 | 4 | 2.45 % | 159 | 97.55 % | 163 |
| TRANSIT BUREAU DISTRICT 34 | 871 | 8 | 4.49 % | 170 | 95.51 % | 178 |
| TRANSIT BUREAU DISTRICT 4 | 863 | 9 | 5.06 % | 169 | 94.94 % | 178 |
| **Total for Bureau:** | | **63** | **2.36 %** | **2,604** | **97.64 %** | **2,667** |

## TRANSPORTATION BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| BUS UNIT | 406 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| HIGHWAY UNIT NO 1 | 411 | 0 | 0.00 % | 76 | 100.00 % | 76 |
| HIGHWAY UNIT NO 2 | 412 | 0 | 0.00 % | 67 | 100.00 % | 67 |

Statistics include only Uniformed Members Of Service

CONFIDENTIAL          HEGGS001740

# TRANSPORTATION BUREAU

| Command | Command Code | UMOS Trained | UMOS Trained % | UMOS Not Trained | UMOS Not Trained % | Total Active UMOS |
|---|---|---|---|---|---|---|
| HIGHWAY UNIT NO 3 | 413 | 0 | 0.00 % | 72 | 100.00 % | 72 |
| HIGHWAY UNIT NO.5 | 442 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| TAXI UNIT | 405 | 0 | 0.00 % | 25 | 100.00 % | 25 |
| TRANSPORTATION BUREAU | 840 | 0 | 0.00 % | 57 | 100.00 % | 57 |
| TRB CITYWIDE TRAFFIC T/F | 401 | 3 | 1.01 % | 294 | 98.99 % | 297 |
| TRB HIGHWAY DISTRICT | 410 | 1 | 1.25 % | 79 | 98.75 % | 80 |
| TRB TRAFFIC ENFORCEMENT DIST. | 881 | 0 | 0.00 % | 21 | 100.00 % | 21 |
| TRB TRAFFIC OPERATIONS DIST. | 135 | 0 | 0.00 % | 34 | 100.00 % | 34 |
| **Total for Bureau:** | | **4** | **0.50 %** | **793** | **99.50 %** | **797** |
| **Total for Department:** | | **1,101** | **3.02 %** | **35,375** | **96.98 %** | **36,476** |