# EXHIBIT 20



## INTRODUCTION

Title II of the Americans with Disabilities Act (ADA) requires, "No qualified individual with a disability shall, on the basis of disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subject to discrimination by any public entities." 28 CFR 35.130

New construction and alterations to existing facilities must comply with the ADA Accessibility Standards and the NYC Building Code. In addition, "a public entity shall operate each service, program, or activity so that the service, program, or activity, when viewed in its entirety, is readily accessible to and usable by individuals with disabilities. This paragraph does not—

(1) Necessarily require a public entity to make each of its existing facilities accessible to and usable by individuals with disabilities;
(2) Require a public entity to take any action that would threaten or destroy the historic significance of an historic property; or
(3) Require a public entity to take any action that it can demonstrate would result in a fundamental alteration in the nature of a service, program, or activity or in undue financial and administrative burdens.

In those circumstances where personnel of the public entity believe that the proposed action would fundamentally alter the service, program, or activity or would result in undue financial and administrative burdens, a public entity has the burden of proving that compliance with §35.150(a) of this part would result in such alteration or burdens. The decision that compliance would result in such alteration or burdens must be made by the head of a public entity or his or her designee after considering all resources available for use in the funding and operation of the service, program, or activity, and must be accompanied by a written statement of the reasons for reaching that conclusion. If an action would result in such an alteration or such burdens, a public entity shall take any other action that would not result in such an alteration or such burdens but would nevertheless ensure that individuals with disabilities receive the benefits or services provided by the public entity.

A public entity may comply with the requirements of this section through such means as redesign or acquisition of equipment, reassignment of services to accessible buildings, assignment of aides to beneficiaries, home visits, delivery of services at alternate accessible sites, alteration of existing facilities and construction of new facilities, use of accessible rolling stock or other conveyances, or any other methods that result in making its services, programs, or activities readily accessible to and usable by individuals with disabilities. A public entity is not required to make structural changes in existing facilities where other methods are effective in achieving compliance with this section. A public entity, in making alterations to existing buildings, shall meet the accessibility requirements of §35.151. In choosing among available methods for meeting the requirements of this section, a public entity shall give priority to those methods that offer services, programs, and activities to qualified individuals with disabilities in the most integrated setting appropriate. 28 CFR 35.150



CITY001505

HEGGS001050


**ADDRESS OF FACILITY**

## 1. Information on Age of Facility

| Item # | Element | Code Section | YES | NO | Comments |
|---|---|---|---|---|---|
| 1-1 | Was the precinct designed and constructed for first occupancy after January 26, 1992? | 28C.F.R. §35.151 | | | |
| 1-2 | Is the precinct located in a facility that was constructed after January 26, 1992? | 28 C.F.R. § 35.151 | | | |
| 1-3 | Has the precinct undergone any alteration after January 26, 1992? For purposes of this question, the term "alteration" includes, but is not limited to, remodeling, renovation, rehabilitation, historic restoration, changes or rearrangement in structural parts or elements, and changes or rearrangement in the plan configuration of walls and full height partitions. Normal maintenance, re-roofing, painting or wallpapering, asbestos removal, or changes to mechanical or electrical systems are not alterations unless they affect the usability of the building or facility. *If your answer to this question is "YES," briefly describe those alterations.* | 28 C.F.R. § 35.151 | | | |

CNY001506

HEGGS001051

**NYC** Mayor's Office for People with Disabilities


| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|-----|--------------|----------|
| 2-1 | Is there at least one route from site arrival points (parking, sidewalk, passenger drop off) leading into the precinct from the street accessible (no stairs or changes in elevation) to persons with disabilities? | §206.2.1 and Chapter 4 | | | | |
| 2-2 | Is the route at least 36 inches wide? (The accessible route can narrow to 32 inches min. for a max. of 24 inches in length and must be 48 inches from each other) <br><br> 36" min     32" min   24" max   48" min   24" max   32" min | §403.5.1 | | | | |
| 2-3 | If the route is greater than 200 feet in length and less than 60 inches wide, is there a passing space no less than 60 by 60 inches? <br><br> 36" min   60" min   60" min | §403.5.3 | | | | |

CNY001507

HEGGS001052



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 2-4 | If there are grates or openings on the route, are the openings no larger than ½ inches? <br><br> Is the long dimension perpendicular to the dominant direction of travel? | §302.3 | | | | |
| 2-5 | Is the running slope (direction of travel) no steeper than 5% (1:20) (for every inch of height there is at least 20 inches of run)? <br><br> Note: if slope is steeper than 5% (1:20) then the path is deemed a ramp and would have to comply with ramp requirements in Section 11. | §403.3 | | | | |
| 2-6 | Is the cross slope no steeper than 2% (1:48)? | §403.3 | | | | |

CNY001508

HEGGS001053

Mayor's Office for
People with Disabilities


| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 3-1 | Is the main entrance accessible (accessed by either a ramp or lift or at grade)? | - | | | | |
| 3-2 | If the main entrance is not accessible, is there an alternative accessible entrance? Can the alternate entrance be used independently and during the same hours as main entrance? If no, explain why. | - | | | | |
| 3-3 | Do all inaccessible entrances have signs indicating the location of the nearest accessible entrance? | §216.6 & NYC Local Law 47 of 2012 | | | | |
| 3-4 | If not all entrances are accessible, is there a sign at the entrance with the Symbol of Accessibility? | §216.6 & NYC Local Law 47 of 2012 | | | | |

CNY001509

HEGGS001054



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 3-5 | Is the clear opening of the accessible entrance door at least 32 inches wide (measured between the face of the door and the stop with the door open 90 degrees)?  | §404.2.3 | | | | |
| 3-6 | Is there a front approach on the pull side of the door (18 inches on the latch side and 60 inches in depth with floor in this area level – no steeper than 2% or 1:48 in all directions)? | §404.2.4 | | | | |
| 3-7 | Is there push side clearance on the inside of the door (dimensions depend on if closer and latch)? | §404.2.4 | | | | |

CNY001510

HEGGS001055

NYC Mayor's Office for People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 3-8 | If the threshold is vertical is it no more than ¼ inch high or no more than ½ inch high with the top ¼ inch beveled no steeper than 1:2?<br><br>Note: if the threshold was installed before the January 26, 1993, it can be ¾ inch high with the top ½ inch beveled no steeper than 1:2.<br><br>¼ 6.4 ¼ 6.4 · 2 ½ 13 | §404.2.5 & §303.2 | | | | |
| 3-9 | Is the door equipped with hardware that is operable with one hand and does not require tight grasping, pinching or twisting of the wrist? | §404.2. | | | | |
| 3-10 | Are Handles, pulls, latches, locks, and other operable parts on the door mounted between 34 inches minimum and 48 inches maximum above the finish floor or ground?<br><br>34"–48" | §404.2.7 | | | | |

7

CNY001511

HEGGS001056

Mayor's Office for
People with Disabilities


| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|----|--------------|----------|
| 3-11 | If the door has a closer, does it take at least 5 seconds to close from an open position of 90 degrees to a position of 12 degrees from the latch? | $404.2.8 | | | | |
| 3-12 | If there are two doors in a series, is the distance between the doors at least 48 inches plus the width of the doors when swinging into the space? <br><br> Note: NYC Building Code requires the space between the doors provide a 60 inch turning space. | $404.2.6 | | | | |
| 3-13 | If carpets or mats are provided at the entrance are they no higher than ½ inches thick and has edges securely attached to minimize tripping hazards? | $302.2 | | | | |

CNY001512

HEGGS001057



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 3-14 | Are there any protruding objects along the accessible route that project more than 4" from the wall and are between 27" above the floor and 80" high?  | §307.2 | | | | |
| 3-15 | Are there any post-mounted objects such that protrude into the accessible route? | §307.3 | | | | |

CNY001513

HEGGS001058

NYC Mayor's Office for People with Disabilities

9

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 4-1 | Does the information counter have a 36 inch wide minimum section no higher than 36 inches above the finished floor for the same depth as the counter?  | §904.4.1 | | | | |
| 4-2 | Is there a clear floor space for a parallel 48 by 30 inches with the 48 inches adjacent to the accessible section of counter? | §904.4.1 | | | | |

CNY001514

HEGGS001059




## 5. Waiting Area Seating

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 5-1 | Is there one wheelchair seating location 36 inches wide by 48 inches long minimum? | §802.1.2 & §802.1.3 | | | | |
| 5-2 | Is the route of travel to the accessible seating area 36 inches wide minimum? | §403.5.1 (see Section 2) | | | | |

## 6. Work surface (non-employee)

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 6-1 | If a desk or table is provided for the public to complete paperwork, is the top of the accessible surface no less than 28 inches and no greater than 34 inches above the floor with a clear floor space at least 30 inches wide by at least 48 inches long that extends no less than 17 inches and no more than 25 inches under the surface and is at least 27 inches high? | §306.2, §306.3 &§ 902.3 | | | | |


CNY001515

HEGGS001060



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|----|--------------|----------|
| 7-1 | If toilet rooms are available to the public, is at least one toilet room accessible? | - | | | | |
| 7-2 | Are there signs at inaccessible toilet rooms that give directions to accessible toilet rooms? | §216.8 | | | | |
| 7-3 | If not all toilet rooms are accessible, is there a sign at the accessible toilet room with the wheelchair symbol? | §703.5 | | | | |
| 7-4 | Is accessible toilet room on an accessible route? (see route requirements Section 2) | - | | | | |
| 7-5 | Is there a clear path at least 36 inches wide to at least one of each type of fixture (lavatory, paper towels, etc.)? | §403.5.1 | | | | |
| 7-6 | Is there clear floor space for a 60 inch turning circle or for a t-shaped turn? | §603.2.1 | | | | |

CNY001516

HEGGS001061

Mayor's Office for
People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-7 | In a single user toilet room if the door swings in and over the clear floor space of an accessible fixture, is there a clear floor space at least 30 x 48 inches beyond the swing of the door? | §603.2.3 Exception 2 | | | | |
| 7-8 | If the mirror is over the lavatory or counter, is the bottom edge of the reflecting surface no higher than 40 inches above the floor? <br> (if mirror is not over the lavatory then the bottom edge can be no higher than 35 inches above the floor) | §603.3 | | | | |
| 7-9 | If there is a coat hook is it mounted no higher than 48 inches above the floor? <br><br> 15"min   48"max   40" max | §603.4 | | | | |
| 7-10 | Does at least one lavatory have a clear floor space for a forward approach at least 30 inches wide and 48 inches long? | §606.2 | | | | |

CNY001517

HEGGS001062

Mayor's Office for People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-11 | Does the clear floor space extend under the lavatory no less than 17 inches and no more than 25 inches? | §306.2 | | | | |
| 7-12 | Is the front of the lavatory or counter (whichever is higher) a maximum of 34 inches above the floor? | §606.3 | | | | |
| 7-13 | Is there at least 27 inches of clearance from the floor to the bottom of the lavatory that extends at least 8 inches under the lavatory? | §306.3.3 | | | | |

CNY001518

HEGGS001063

Mayor's Office for
People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|-----|--------------|----------|
| 7-14 | Is there toe clearance at least 9 inches high?  | §306.3.3 | | | | |
| 7-15 | Are the pipes below the lavatory insulated? | §606.5 | | | | |
| 7-16 | Can the faucet be operated without tight pinching or grasping & is the force required to activate it no greater than 5 pounds? | §606.4 | | | | |

CNY001519

HEGGS001064

Mayor's Office for People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-17 | Are the operable parts of soap dispensers, hand dryers, paper towel dispensers mounted at one of the following reach ranges:<br><br>Above lavatories or counters no less than 20 inches or greater than 25 inches deep – mounted no higher than 44 inches above the floor?<br><br>Above lavatories or counters no less than 20 inches deep – mounted no higher than 48 inches above the floor?<br><br>No obstruction - mounted no higher than 48 inches above the floor?<br><br> | §308.2 | | | | |

CNY001520

HEGGS001065

Mayor's Office for
People with Disabilities


| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-18 | Is the centerline of the toilet 16 to 18 inches from the side wall or partition?  | §604.2 | | | | |
| 7-19 | Is the clearance around the toilet a minimum of 60 inches wide from the side wall and 56 inches from rear wall? | §604.3.1 | | | | |
| 7-20 | Note if single user toilet room constructed before 3-15-2012 the lavatory may be in clear floor space of toilet if edge is at least 18 inches from toilet center line. Is height of toilet 17 to 19 inches above floor measured to the top of the seat? | §604.4 | | | | |

Mayor's Office for People with Disabilities

CNY001521

HEGGS001066



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-21 | Side wall grab bar – at least 42 inches long, mounted 12 inches from back wall so it extends at least 54 inches from back wall,  mounted 33 to 36 inches above floor to top of gripping surface, with at least 12 inches of clearance above the bar and 1 ½ inches below the grab bar, with space between the wall and the bar 1 ½ inches? | §604.5.1, §609.3, §609.4 | | | | |

CNY001522

HEGGS001067



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-22 | Rear wall grab bar – at least 36 inches long. Extent 12 inches from center line to side wall and 24 inches on open side,  mounted 33 to 36 inches above floor to top of gripping surface with at least 12 inches of clearance above the bar and 1 ½ inches below the grab bar, with space between the wall and the bar 1 ½ inches? | §604.5.2, §609.3, §609.4 | | | | |
| 7-23 | If flush is hand operated, is it located on the open side located 48 inches above the floor? | §604.6 | | | | |

CNY001523

NYC Mayor's Office for People with Disabilities

19

HEGGS001068



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-24 | Is the toilet paper dispenser located no less than 7 inches and no more than 9 inches from front of toilet to centerline of the dispenser (note this was not a requirement under 1991)<br><br>Is the outlet for the paper located no less than 15 inches and no greater than 48 inches above the floor and not located behind the grab bar and paper has a continuous flow? | §604.7 | | | | |
| 7-25 | Is stall door self-closing?<br>Note – see door maneuvering requirements | §604.8.1.2 | | | | |

CNY001524

HEGGS001069

Mayor's Office for
People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|-----|--------------|----------|
| 7-26 | Is stall at least 60 inches wide? | §604.8.1.1 | | | | |
| 7-27 | If toilet is wall hung, is the compartment at least 56 inches deep? If toilet is floor mounted, is the compartment at least 59 inches deep? | §604.8.1.1 | | | | |

60"min

56"min

59"min

NYC Mayor's Office for People with Disabilities

CNY001525

HEGGS001070


| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 7-28 | Do the front partition and at least one side partition provide a toe clearance of 9 inches minimum above the finish floor and 6 inches deep minimum beyond the compartment-side face of the partition, exclusive of partition support members? | §604.8.1.4 | | | | |



## 8. Line-up Viewing

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 8-1 | Is there a clear path at least 36 inches wide to viewing area? | §403.5.1 | | | | |
| 8-2 | Do doors on route to viewing comply with Section 10? | n/a | | | | |
| 8-3 | Is the bottom edge of the viewing panel located 43 inches maximum above the finish floor? | n/a | | | | |

## 9. Holding Cells

| Item # | Element | Code section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 9-1 | Is there a clear path at least 36 inches wide to this area? | §403.5.1 | | | | |
| 9-2 | Do doors on route to cell comply with Section 10? | n/a | | | | |
| 9-3 | Toilets for holding cell must comply with accessible toilet requirements–insert additional pages for each accessible toilet | n/a | | | | |





## 10. Interior Doors & Signage

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 10-1 | Are signs designating permanent rooms and spaces not likely to change over time, e.g. restrooms provided? | §216.2 | | | | |
| 10-2 | Is the sign mounted on the wall on the latch side of the door with the baseline of the lowest character is at least 48 inches above the floor and the baseline of the highest character is no more than 60 inches above the floor? <br><br> 60" max / 48" min <br><br> Note - If constructed before 3/15/2012 and mounted no higher than 60 inches to the centerline of the sign, relocation is not required. | §703.4.1 | | | | |
| 10-3 | Do text characters contrast with their backgrounds? Are text characters raised? Is there Braille? <br><br> 354 LIBRARY | §703.2, §703.5 & §703.3 | | | | |

CNY001527

HEGGS001072

23

**NYC** Mayor's Office for People with Disabilities


| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 10-4 | Can the door be opened easily (5 pounds maximum force)? | §404.2.9 | | | | |
| 10-5 | If the door has a closer, does it take at least 5 seconds to close from an open position of 90 degrees to a position of 12 degrees from the latch? | §404.2.9 | | | | |
| 10-6 | If there are signs that provide direction to or information about interior spaces: <br><br> Do text characters contrast with their backgrounds? <br><br> Is the sign mounted so that characters are at least 40 inches above the floor? <br><br> Note: Raised characters and Braille are not required. | §703.5.1 & §703.5.6 | | | | |

NYC Mayor's Office for People with Disabilities

CNY001528

HEGGS001073



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 11-1 | If there is a ramp is it at least 36 inches wide measured between the handrails? | §405.5 | | | | |
| 11-2 | Is the surface stable, firm and slip resistant? | §405.4 | | | | |
| 11-3 | For each section of the ramp, is the running slope no greater than 1:12 (8.33%) (For every inch of height change there are at least 12 inches of ramp run)?<br><br>Note: In existing facilities, rises no greater than 3 inches with a slope no steeper than 1:8 and rises no greater than 6 inches with a slope no steeper than 1:10 are permitted when such slopes are necessary due to space limitations. | §405.2 | | | | |
| 11-4 | Cross slope of ramp runs shall not be steeper than 1:48 (2%). Is each ramp segment 30 feet long maximum? | §405.6 | | | | |

CNY001529

HEGGS001074

Mayor's Office for
People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 11-5 | Does the ramp have landings at the top and the bottom of each ramp run? | §405.7 | | | | |
| 11-6 | Is there a level landing where the ramp changes direction that is at least 60 x 60 inches?  | §405.7.4 | | | | |
| 11-7 | If the ramp has a rise higher than 6 inches, are there handrails on both sides? | §405.8 | | | | |
| 11-8 | Is the top of the handrail gripping surface between 34 and 38 inches above the surface of the ramp? Is it continuous and unobstructed along the top & sides? | §505.3 & §505.4 | | | | |

NYC Mayor's Office for People with Disabilities

CNY001530

HEGGS001075


| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|-----|--------------|----------|
| 11-9 | If the handrail is circular is the gripping surface 1 ¼ to 2 inches in diameter? | §505.7.1 | | | | |
| 11-12 |  If the handrail is non-circular is the perimeter 4 to 6 ¼ inches? | §505.7.2 | | | | |
| 11-13 | Does the handrail extend at least 12 inches horizontally beyond the top and bottom of the ramp? Note: if the 12 inch extension would be hazardous it is not required. | §505.10.1 | | | | |

NYC Mayor's Office for People with Disabilities

CNY001531

HEGGS001076



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|-----|--------------|----------|
| 11-14 | Does the surface of the ramp extend at least 12 inches beyond the inside face of the handrail? Or, Is there a curb or barrier that prevents the passage of a 4-inch diameter sphere?  | §405.9.1, §405.9.2 | | | | |

CNY001532

HEGGS001077

Mayor's Office for
People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 12-1 | Are the hall call buttons no higher than 54 inches above the floor? | §407.2.1.1 | | | | |
| 12-2 | Is there a sign on both door jambs at every floor identifying the floor mounted between 48 inches to the baseline of the lowest character and 60 inches to the baseline of the highest character above the floor? (Note if constructed before 3-15-2012 and mounted with center line no higher than 60 inches above the floor, relocation not necessary)<br><br>Is there a tactile star on both jambs at the main entry level?<br>Do text characters contrast with their backgrounds?<br><br>Are text characters raised?<br><br>Is there Braille? | §407.2.3 & §408.2.3 | | | | |
| 12-3 | Does door reopen automatically when obstructed by an object or person? | §407.3.3 | | | | |
| 12-4 | Does door remain open for at least 20 seconds? | §403.3.2 | | | | |

CNY001533

HEGGS001078

Mayor's Office for People with Disabilities



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|--------|---------|--------------|-----|-----|--------------|----------|
| 12-5 | Is interior at least 54 inches deep by 36 inches wide with 32 inch door opening? (Note this is minimal size for an existing pre-ADA elevator) <br><br> 36" min <br> 32" min <br> 16 sq.ft. min <br> 54" min | §407.4.1 | | | | |
| 12-6 | Are car controls between 15 and 48 inches above the floor for forward approach and 15 and 54 inches for a side approach? <br><br> 48" max <br> 15" min <br> 54" max <br> 15" min | §408.4.6 & §407.4.6.1 | | | | |

Mayor's Office for People with Disabilities

CNY001534

HEGGS001079



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 12-7 | Are car control buttons designated with raised characters?<br><br>Are car control buttons designated with Braille?<br><br> | §407.4.7.1 & §703.2 | | | | |
| 12-8 | Are there audible signals which sound as the car passes or is about to stop at a floor? | §407.4.8 | | | | |

## 13. Lifts

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 13-1 | If a lift is provided, can it be used without assistance from others? | §410.1 | | | | |
| 13-2 | Is there a clear floor space at least 30 inches wide by at least 48 inches long to approach and reach the controls?<br><br> | §410.5 | | | | |

CNY001535

Mayor's Office for
People with Disabilities

31

HEGGS001080



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 13-3 | Are the controls between 15 and 48 inches above the floor? | §410.5 | | | | |
| 13-4 | Is there a clear floor space at least 30 inches wide by 48 inches long?  | §410.3 | | | | |
| 13-5 | If door is on end is clear opening at least 32 inches wide? | §410.6 | | | | |
| | If door is on side is the clear width at least 42 inches wide? | | | | | |

## 14. Fire Alarm System

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 14-1 | If there are fire alarm systems, do they have both flashing lights and audible signals? | §702.1 | | | | |

## 15. Parking

| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 15-1 | If parking is provided to the public, are accessible parking spaces provided (5% of the spaces must be accessible)? | NYCBC §1106.1 | | | | |



Mayor's Office for
People with Disabilities

CNY001536

HEGGS001081



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| 15-2 | For every 6 or fraction of 6 accessible parking spaces, is one a van accessible space (note if constructed prior to 3-15-2012 then one in every 8 accessible parking spaces must be van spaces)? | §208.2.4 | | | | |
| 15-3 | Are accessible parking spaces at least 8 feet wide with a 5 feet access aisle (two space can share an access aisle)? | §502.2 & 502.3 | | | | |
| 15-4 | Are the van accessible parking spaces either at least 8 feet wide with an 8 feet wide access aisle or 11 feet wide with a 5 feet wide access aisle? | §502.2 & 502.5 | | | | |

CNY001537

HEGGS001082



| Item # | Element | Code Section | YES | NO | Measurements | Comments |
|---|---|---|---|---|---|---|
| | Is there at least 98 inches of vertical clearance provided at the van accessible space and the route to the van accessible space?  | | | | | |
| 15-5 | Are the access aisles marked so as to discourage parking in them? | §502.3.3 | | | | |
| 15-6 | Is the slope of the accessible parking space and access aisle no more than 2% in all directions? | §502.4 | | | | |
| 15-7 | Do the access aisles adjoin an accessible route? | §502.3 | | | | |
| 15-8 | Are accessible parking spaces identified with a sign with the International Symbol of Accessibility with the bottom of the sign at least 60 inches above the ground? | §502.6 | | | | |

Note: Some of the figures are taken from www.ADAchecklist.org

CNY001538

HEGGS001083

Mayor's Office for
People with Disabilities