Motion to file Exhibit 21 under seal is pending.