Motion to file Exhibit 23 under seal is pending.