UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAN HEGGS, ROY BECKFORD and PHILIP LEGREE, *individually and on behalf of a class of all others similarly situation*,<br>　　　　　　　　　　　　Plaintiffs,<br>and<br><br>DISABILITY RIGHTS NEW YORK,<br>　　　　　　　　　　　　Plaintiff,<br>and<br><br>DISABLED IN ACTION,<br>　　　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>THE CITY OF NEW YORK, NEW YORK CITY POLICE (NYPD), COMMISSIONER JAMES P. O'NEILL; NYPD COMMISSIONER DERMOT F. SHEA; NYPD OFFICER (P.O.) ROBERT BERNHARDT; P.O. MOORAN, P.O. SLATER; JOHN DOES 1-8,<br>　　　　　　　　　　　　Defendants. | No. 17-CV-03234 (RJD)(TAM)<br><br>**AFFIDAVIT OF KATHLEEN M. COLLINS IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

　　　　I, KATHLEEN M. COLLINS, declare under penalty of perjury that the foregoing is true and correct:

　　　　1.　　I am a board member of Disabled In Action of Metropolitan New York, Inc. (DIA) and am currently the organization's treasurer.

　　　　2.　　I am a New Yorker who was born missing more than half of my arms and legs. I use a wheelchair and sometimes prosthetics for mobility.

　　　　3.　　The history of DIA over the past fifty-two (52) years has been to advocate for the civil rights of people with disabilities in New York City and such advocacy has included, and continues to include, promoting the right of New Yorkers with disabilities to live independently. We, members of DIA, submit written testimony, testify in person as well as meet with

1

governmental officials to recommend policies, laws and regulations to provide and improve access for all New Yorkers with disabilities as well as oppose proposed legislation that will harm New Yorkers with disabilities. Further, DIA commences actions in Court when its members civil rights are violated, and it has reached an impasse in obtaining changes out of court.

4. As a member of DIA, I have attended demonstrations, protests, and other events in support of DIA's mission.

5. Over the past several years, there have been several demonstrations, and protests, in New York City that I have decided not to attend due to a fear of being arrested and placed in a situation where my prosthetics and wheelchair could be severely damaged or lost while in police custody or worse, in a situation where I could be seriously injured or killed while in the police's custody.

6. If persons with mobility disabilities were granted reasonable accommodations during the arrest process and while held in custody, I would feel safer and thus, significantly less hesitant and fearful of attending demonstrations and protests. My fear of being seriously injured or killed while in the custody of the New York City Police Department would diminish because there would be proper policies and procedures in place that would protect me from being injured or killed just for exercising my civil right to participate in peaceful demonstrations and protests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 17, 2022

*Kathleen M. Collins*
Kathleen M. Collins